IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAN L. AUSTIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 05-1824 (PLF) |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**SCHEDULING ORDER**

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. Discovery will close on _____.

2. Plaintiff's 26(a)(2) report will be due on _____. Defendant's 26(a)(2) report will be due _____.

3. Dispositive motions must be filed by _____. Oppositions are due _____ and reply briefs are due _____.

SO ORDERED THIS _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:

| **Attorney for Defendant** | **Attorney for Plaintiff** |
|---|---|
| WYNEVA JOHNSON | Antoini Martin Jones, Esquire |
| Assistant United States Attorney | LAW OFFICE OF GIBSON, |
| 501 3rd Street, Room 4106 | JONES & ASSOCIATES |
| Washington, D.C. 20530 | The Calvert Building |
| | 6811 Kenilworth Avenue |
| | Suite 210 |
| | Riverdale, MD 20737-1333 |