# EXHIBIT 2


## NOTIFICATION of PERSONNEL ACTION
### U. S. Postal Service

| # | Field | Value |
|---|---|---|
| 01 | Effective Date | 09-22-2001 |
| 02 | Social Security Number | 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 |

**EMPLOYEE INFORMATION**

| # | Field | Value |
|---|---|---|
| 03 | Employee Name-Last | AUSTIN |
| 04 | Employee Name-First | JAN |
| 05 | Employee Name-Middle | L |
| 06 | Mailing Address Street/Box/Apts | 5036 11TH ST NE |
| 07 | Mailing Address-City | WASHINGTON |
| 08 | Mailing Address-State | DC |
| 09 | Mailing Address-Zip+4 | 20017-2848 |
| 10 | Date of Birth | 03-27-1958 |
| 11 | Veterans Preference | 1 - NO PREFERENCE |
| 12 | Sex | |
| 13 | Minority | |
| 14 | Disability | |
| 15 | Leave Comp Date | 08-20-1979 |
| 16 | Enter on Duty Date | 12-03-1988 |
| 17 | Retirement-Comp Date | 08-20-1979 |
| 18 | Serv Anniversary PPYR | 26-1988 |
| 19 | TSP Eligibility | Y - ELIGIBLE WITH DEDUCT |
| 20 | TSP Service Comp Date | |
| 21 | Prior CSRS Service | |
| 22 | Frozen Csrs Time | |
| 23 | Leave Data-Category | 8 - HOURS/PP |
| 24 | Leave Data-Chg PPYR | |
| 25 | Leave Data-Type | 1 - ADVANCED AT BEGINNING |
| 26 | Credit Military Serv | |
| 27 | Retired Military | |
| 28 | Retirement Plan | 1 - CSRS |
| 29 | Employee Status | |
| 30 | Life Insurance | Y1-Basic+5x Opt B+1x OptC |
| 31 | Special Benefits | |

**POSITION INFORMATION**

| # | Field | Value |
|---|---|---|
| 32 | Employ Office-Fin No | 10-5000 |
| 33 | Employ Office-Name | WASHINGTON POST OFFICE |
| 34 | Employ Office-Address | WASHINGTON DC 20066-9998 |
| 35 | Duty Station-Fin No | 10-5000 |
| 36 | Duty-Station-Name | WASHINGTON POST OFFICE |
| 37 | Appt Expiration Date | |
| 38 | Probation Expir Date | |

| # | Field | Value |
|---|---|---|
| 39 | FLSA Status | N - NON-EXEMPT |
| 40 | Pay Location | 016 |
| 41 | Rural Carrier-Route | |
| 42 | Rural Carr-L-Rte ID | |
| 43 | Rural Carr-Pay Type | |
| 44 | Rural Carr-Tri-Weekly | |
| 45 | Rural Carr-FLSA | |
| 46 | Rural Carr-Commit | |
| 47 | Rural Carr-EMA | |
| 48 | Rural Carr-Hours | |
| 49 | Rural Carr-Miles | |
| 50 | Job Sequence | 1 |
| 51 | Occupation Code | 2320-0003 |
| 52 | Position Title | SALES,SVC/DIST ASOC |
| 53 | Labor Dist Code | 6900 |
| 54 | Designation/Activity | 11/0 |
| 55 | Position Type | 1 - FULL TIME |
| 56 | Limit Hours | |
| 57 | Allowance Code | M - CHANGING DES/ACT, OCC |
| 58 | Employment Type | |

**SALARY INFORMATION**

| # | Field | Value |
|---|---|---|
| 59 | Pay Rate Code | A - ANNUAL RATE |
| 60 | Rate Schedule Code | P - PS |
| 61 | Grade/Step | 05/ 0 |
| 62 | Base Salary | 40,952 |
| 63 | Cola | |
| 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 65 | Next Step PPYR | |
| 66 | Merit Anniv Date | |
| 67 | Merit Lump Sum | |
| 68 | Special Salary Code | |
| 69 | Protected RSC | |
| 70 | Protected Grade/Step | |
| 71 | Expiration PP/YR | |
| 72 | Protected RC Hours | |
| 73 | Protected RC Miles | |
| 74 | RC Guaranteed Salary | |
| 75 | Annuity Amount | |
| 76 | Red Circle Code | 0 |

**NATURE OF PERSONNEL ACTION**

| # | Field | Value |
|---|---|---|
| 77 | Nature of Action Code | 705 |
| 78 | Authority | 39-USC SECT. 1001 |
| 79 | Description | CHANGE TO FULL TIME |
| 80 | Code | 511 |
| 81 | Code | |
| 82 | Code | |
| 83 | Code | |

**84 Remarks**
THIS ACTION DOES NOT CHANGE DUE DATE FOR ADVANCEMENT TO THE NEXT HIGHER STEP.
PER SNOW AWARD, PTF DISTRIBUTION AND WINDOW CLERK CONVERTED TO FULL TIME, EFF: 09-22-01.
10-03-01/JES

| # | Field | Value |
|---|---|---|
| 85 | Authorization | JERRY LANE, MANAGER CAPTIAL METRO AREA OPERATIONS |
| 86 | Processed Date | 10-04-2001 |
| 87 | Personnel Office ID | BT34 |
| 88 | OPF Location | WASHINGTON POST OFFICE |

PS Form 50, March 1990 (Exception to Standard Form 50)    2 - OPF COPY

Exhibit 1
Page 1 of 1