# EXHIBIT 6

horization for payment of medical expense by the Department of Labor, nor does it invalidate any previous issued in this case. This request for information is authorized by law (5 USC 8101 et seq.) and is required to obtain nefit. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy and the OMB Cir. A-108. Persons are not required to respond to this collection of information unless it displays a OMB control number.

OMB No. 1215-0103
Expires: 10-31-99

OWCP File Number (if known)
250199664

**pervisor: Complete this side and refer to physician**

**SIDE B - Physician: Complete this side**

s Name (Last, first, middle)
Bustin Jan Conece

Date of Injury (Month, day, yr.)
12/5/96

3. Social Security No.
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

Occupation
Clerk

Describe How the Injury Occurred and State Parts of the Body Affected

The Employee Works
5 Hours Per Day   5 Days Per Week

Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or Intermittently, and Give Number of Hours.

8. Does the History of Injury Given to You by the Employee Correspond to that Shown in Item 5? ☒ Yes ☐ No (If not, describe)

9. Description of Clinical Findings  Severe LBP.

10. Diagnosis Due to Injury  HNP S, CL.

11. Other Disabling Conditions

12. Employee Advised to Resume Work?
☒ Yes, Date Advised   ☐ No

13. Employee Able to Perform Regular Work Described on Side A?
☐ Yes, if so ☐ Full-Time or ☐ Part-Time ___ Hrs Per Day
☒ No, if not, complete below:

| Activity | Continuous | Intermittent | | Continuous | Intermittent | |
|---|---|---|---|---|---|---|
| Lifting/Carrying: State Max Wt. | #lbs 0-10 | #lbs 10-200 | 5 Hrs Per Day | #lbs 0 | #lbs 5 | 8 Hrs Per Day |
| Sitting | | X | 2 Hrs Per Day | | 3 | 4 Hrs Per Day |
| Standing | X | | 6 Hrs Per Day | | X | 1 Hrs Per Day |
| Walking | | X | 2 Hrs Per Day | | X | 2 Hrs Per Day |
| Climbing | | X | ½ Hrs Per Day | | X | 0 Hrs Per Day |
| Kneeling | | X | ½ Hrs Per Day | | X | 0 Hrs Per Day |
| Bending/Stooping | | X | 1 Hrs Per Day | | X | 0 Hrs Per Day |
| Twisting | | X | ½ Hrs Per Day | | X | 0 Hrs Per Day |
| Pulling/Pushing | | X | 1 Hrs Per Day | | X | 0 Hrs Per Day |
| Simple Grasping | | X | 6 Hrs Per Day | | X | 8 Hrs Per Day |
| Fine Manipulation (keyboarding) | | X | 6 Hrs Per Day | | X | 8 Hrs Per Day |
| Reaching above Shoulder | | X | 1 Hrs Per Day | | X | 0 Hrs Per Day |
| Driving Vehicle | | N/A | Hrs Per Day | | N/A | Hrs Per Day |
| Operating Machinery | | N/A | Hrs Per Day | | | 0 Hrs Per Day |
| Temp. Extremes | | N/A | range in degrees F | | | range in 0 degrees F |
| High Humidity | | N/A | Hrs Per Day | | | 0 Hrs Per Day |
| Chemicals, Solvents, etc. (Identify) | | n/a | Hrs Per Day | | | 0 Hrs Per Day |
| Fumes/Dust (Identify) | | n/a | Hrs Per Day | | | 0 Hrs Per Day |
| Noise (Give dBA) | | | ?-5dBA / 5Hrs Per Day | | | dBA 0 Hrs Per Day |

Other (Describe)
No lifting above 5 lbs.
No prolonged standing longer than 30 min. without a break
Patient needs back support

14. Are Interpersonal Relations Affe Condition? (e.g. Ability to Take etc.) ☐ Yes ☐ No (Describe

Exhibit 3
Page 1 of 2

15. Date of Examination 7/10

16. Date of Next Appointment

17. Specialty Orthopaedic

18. Ta

19. Physician's Signature

20. Date 7/13

Form CA-17
Rev. January 1997