# EXHIBIT 8

INJURY COMPENSATION


UNITED STATES
POSTAL SERVICE

October 10, 2002

Jan Austin
5033 11th Street, NE
Washington, DC 20017-2848

**⇒ FILE**

Ms. Austin:

A review of your CA-17 indicates that your restrictions are severe, and at this time the Agency cannot accommodate you in an assignment.

Enclosed is a CA-7 "Claim for Compensation". Please complete the "Employee Portion" of the form, and return to my attention.

If you have any questions, you may contact me at (202) 268-7680.

*Monni Preston*
Monni Preston
Injury Compensation Specialist

8211 Edgeworth Drive
Capitol Heights, MD 20790-[illegible]
(202) 268-7680  FAX: (202) 268-7376

Exhibit 6
Page 1 of 1