# EXHIBIT 10

**Claim for Compensation**　　　　　　　　　　**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

## SECTION 1　　　　　　　　　EMPLOYEE PORTION

First　　Middle　　　OMB No.: 1215-0103

b. Mailing Address: 5036 11th St. N.E. Washington, D.C. 20017

d. Date of Injury: Month 12 Day 05 Year 96

e. Social Security Number: 250499664 577906 3173 [unclear]

E-Mail Address (Optional): NONE

f. Telephone No./FAX No.: (202) 526-7222

### SECTION 2　Compensation is claimed for:

Inclusive Date Range: From 11/26/02 To 12/20/02　Intermittent? ☐ Yes ☒ No

a. ☒ Leave without pay　— Go to Section 3
b. ☐ Leave buy back　☐ Yes ☒ No — Go to Section 3, and Complete Form CA-7b
c. ☒ Other wage loss; specify type, such as downgrade, loss of night differential, etc.　Type: ND　☐ Yes ☒ No — Go to Section 3

If Intermittent, complete Form CA-7a, Time Analysis Sheet

d. ☐ Schedule Award (Go to Section 4)

RECEIVED OCT 21 2002
INJURY COMPENSATION OFFICE
WASHINGTON, DC 20260-7605

### SECTION 3　Have you worked outside your federal job during the period(s) claimed in Section 2? (Include salaried, self-employed, commissioned, volunteer, etc.)

☐ Yes　Name and Address of Business:
☒ No — Go to Section 4

Name　　Address　　ZIP Code
Dates Worked:　　Type of Work:

### SECTION 4　Is this the first CA-7 claim for compensation you have filed for this injury?

☐ Yes — Complete Sections 5 through 7 and a Form SF-1199A, "Direct Deposit Sign-up"
☒ No — Has there been any change in your dependents, or has your direct deposit information changed, or has there been a claim filed with U.S. Civil Service Retirement, another federal retirement or disability law, or with the Department of Veterans Affairs since your last CA-7 claim?

☐ Yes — Complete Sections 5 through 7 or a new SF-1199A to reflect change(s)　☐ No — Complete Section 7

### SECTION 5　List your dependents (including spouse):

| Name | Social Security # | Date of Birth | Relationship | Living with you? Yes | No |
|---|---|---|---|---|---|
| Jormaine R. Austin | | 10/01/80 | daughter | ☒ | ☐ |
| Erskine V. Roundtree | | 05/06/88 | son | ☒ | ☐ |

For dependents not living with you, complete items a and b below.

a. Are you making support payments for a dependent shown above?　☐ Yes ☒ No　If Yes, support payments are made to:

Name　　Address　　City　　State　　ZIP Code

b. Were support payments ordered by a court?　☐ Yes ☐ No　If Yes, attach copy of court order.

### SECTION 6
a. Was/Will there be a claim made against a 3rd party?　☐ Yes ☒ No
b. Have you ever applied for or received disability benefits from the Department of Veterans Affairs?

| | Claim Number | Full Address of VA Office Where Claim Filed | Nature of Disability and Monthly Payment |
|---|---|---|---|
| ☐ Yes ☒ No | | | |

c. Have you applied for or received payment under any Federal Retirement or Disability law?

| | Claim Number | Date Annuity Began | Amount of Monthly Payment | Retirement System (CSRS, FERS, SSA, Other) |
|---|---|---|---|---|
| ☐ Yes ☒ No | | | | |

### SECTION 7　I hereby make claim for compensation because of the injury sustained by me while in the performance of my duty for the United States. I certify that the information provided above is true and accurate to the best of my knowledge and belief.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud, to obtain compensation as provided by the FECA, or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment, or both. In addition, a felony conviction will result in termination of all current and future FECA benefits.

Employee's Signature: [signature]　　Date (Mo., day, year): 10/18/02

Form CA-7
Rev. Nov. 1999

Case No: 250499664　　　　Page No: 1　　　　Rec'd Date: 12/16/2002

**Employing Agency Portion**
For first CA-7 claim sent, complete sections 8 through 15.
For subsequent claims, complete sections 12 through 15 only.

**SECTION 8**    Show Pay Rate as of

| | Base Pay | Additional Pay Type ND | Additional Pay Type ___ | Additional Pay Type ___ |
|---|---|---|---|---|
| Date of Injury: Date: 12/5/96 Grade: 05 Step: B | $10.10 per H. | $ ___ per ___ | $ ___ per ___ | $ ___ per ___ |
| | | Type ND | Type NA | Type NA |
| Date Employee Stopped Work: Date: 10/5/02 Grade: 05 Step: D | $42.55 per H. | $10.20 per WD | $ ___ per ___ | $ ___ per ___ |

Additional pay types include, but are not limited to: Night Differential (ND), Sunday Premium (SP), Holiday Premium (HP), Subsistence (SUB), Quarters (QTR), etc. (List each separately)

**SECTION 9**
a. Does employee work a fixed 40-hour per week schedule?  Yes ☒  No ☐
   1. If Yes, circle scheduled days:    S  (M)  (T)  (W)  (TH)  (F)  S
   2. If No, show scheduled hours for the two week pay period in which work stopped. Circle the day that work stopped.

FOR EXAMPLE ONLY

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| WEEK 1 From 5/14 to 5/20 | | 8 | 4 | 6 | (6) | | |
| WEEK 2 From 5/21 to 5/27 | | 8 | | 6 | 6 | 4 | |

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| WEEK 1 From ___ | | | | | | | |
| WEEK 2 From ___ | | | | | | | |

RECEIVED OCT 21 2002

b. Did employee work in position for 11 months prior to injury?  ☐ Yes  ☒ No
If No, would position have afforded employment for 11 months but for the injury?  ☐ Yes  ☐ No

**SECTION 10**  On date pay stopped, was employee enrolled in:
a. Health Benefits under the FEHBP?  ☐ No  ☒ Yes  Code [ill.]
b. Basic Life Insurance?  ☐ No  ☒ Yes
c. Optional Life Insurance?  ☐ No  ☒ Yes  Class Y1 (0-Z only)
d. A Retirement System?  ☐ No  ☒ Yes  Plan CSRS (Specify CSRS, FERS, Other)

**SECTION 11**  Continuation of Pay (COP) Received (Show inclusive dates):
From ___/___/___  To ___/___/___
Intermittent?  ☐ Yes  ☐ No
☐ Yes — Complete Time Analysis Sheet, Form CA-7a

**SECTION 12**  Show pay status and inclusive dates for period(s) claimed:

| | From | To | Intermittent? | |
|---|---|---|---|---|
| Sick Leave | 10/5/02 | 11/25/02 | ☒ Yes ☐ No | |
| Annual Leave | 10/15/02 | 11/25/02 | ☐ Yes ☐ No | |
| Leave without Pay | 11/26/02 | 12/20/02 | ☐ Yes ☒ No | |
| Work | ___/___ | ___/___ | ☐ Yes ☐ No | |

If intermittent, complete Form CA-7a, Time Analysis Sheet.
If leave buy back, also submit completed Form CA-7b.

**SECTION 13**  Did employee return to work?  ☐ Yes  ☒ No
If Yes, date ___/___/___
If returned, did employee return to the pre-date-of-injury job, with the same number of hours and the same duties?
☐ Yes  ☐ No  If No, explain: ___

**SECTION 14**  Remarks: LWOP status. (11/26/02 - 12/20/02)
Agency cannot accommodate based on restrictions

**SECTION 15**  An employing agency official who knowingly certifies to any false statement, misrepresentation, or concealment of fact, with respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on this form is true to the best of my knowledge, with any exceptions noted in Section 14, Remarks, above.

Signature _Lorene Preston_ (Agency Official)    Title _Injury Comp Spec._    Date 12/11/02

Name of Agency ___

If OWCP needs specific pay information, the person who should be contacted is:
Name ___