# EXHIBIT 13

 

| U.S. Postal Service | Case No. |
|---|---|
| **EEO Dispute Resolution Specialist's (DRS) Inquiry Report** | 4K2000045-03 |

### NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

## Complainant

| Name *(Last, First, MI)* | Social Security No. |
|---|---|
| **AUSTIN, JAN L.** | **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** |

| Home Address *(No., Street, City, State, ZIP + 4)* | Work Address *(Facility Name, No., Street, City, State, ZIP + 4)* |
|---|---|
| **5036 11 TH STREET NE**<br>**WASHINGTON DC 20017-2848** | **FRIENDSHIP STATION**<br>**4005 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016-9998** |

| Home Telephone No. | Email Address | Office Telephone No. |
|---|---|---|
| **(202) 526-7222** | | **(202) 523-2527** |

| Position Title | Grade Level | Tour | Duty Hours |
|---|---|---|---|
| **CLERK** | **PS 5** | | **1000-1700** |

| Off Days *(For Tour I, record of nights)* | Is EEO Poster 72 on display in Complainant's facility? |
|---|---|
| **SUN/FRIDAY** | ☒ Yes, verified on date _____   ☐ No |

| Preference Eligible | Mixed Case | MSPB Appeal Filed? |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☐ Yes  ☒ No  If Yes, Date Filed: |

## Chronology of Informal Process

| Date of Incident | Date of Initial Contact with EEO Office | Date of Initial Interview |
|---|---|---|
| | C9/05/02 ·  **10/06/2002** | **11/18/2002** |

| REDRESS™ Overview | ADR Election Form Signed | 60 Day Extension Form Signed |
|---|---|---|
| ☒ Yes  ☐ No | ☒ Yes  ☐ No | ☐ Yes  ☒ No  If Yes, Expiration Date: |

| Date Complainant Signed or Received Notice of Right to File **04/04/2003** | Date DRS Report Requested **04/22/2003** | Date DRS Report Submitted **04/28/2003** |
|---|---|---|

## Basis for Alleged Discrimination

Check and Particularize Each that Applies

| | |
|---|---|
| ☒ 1. Race (Specify): **African American** | ☒ 6. Age (Specify Date of Birth): **March 27, 1959** |
| ☐ 2. Color (Specify): | ☒ 7. Physical Disability (Specify): **job injury** |
| ☐ 3. Religion (Specify): | ☐ 8. Mental Disability (Specify): |
| ☐ 4. Sex (Specify): | ☐ 9. Retaliation (Specify Cited Prior EEO Activity): |
| ☐ 5. National Origin (Specify): | |

Discrimination Claim(s): **The counselee claims race (African American), age ((43-3/27/59), and physical disability (Permanent Partial on- the- job injury) when on the following occurred: - 8/24/02, counselee began performing an additional duty working in the postal store that was not in line with her limited medical restrictions. - 10/05/02, counselee was told that she could not sit while assisting customers, - told that they no longer have any work for her and demanded that she leave the premises immediately or be threatened with the police, - told not to return October 7, 2002, to her regular assignment duties of passport processing.**

EEO COMPLIANCE AND APPEALS
U.S. POSTAL SERVICE

APR 3 ⁰ ····

PROCESSING CENTER
CAPITAL METRO OPERATIONS

| Requested Resolution | |
|---|---|
| **Reinstatement, leave, attorney fees, restitution, pain and suffering** | Counselor's Report Page 1 of 31 |



**EEO Dispute Resolution Specialist's Checklist.**

Please check All That Apply.

☒ 1. I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO* -- an overview of the EEO process in the Postal Service.

☒ 2. I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

Representative's Name: **none** _____

Title: _____    Telephone Number: ( )_____

Fax No: ( )_____    Email Address: _____

Mailing Address: _____

_____

☒ 3. I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID __x__ / DID NOT _____ waive anonymity.

☒ 4. I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐ 5. If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐ 6. If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐ 7. If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐ 8. If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS _____ / HAS NOT __x__ been submitted.

☐ 9. If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☐ 10. I informed counselee of his/her requirement to immediately notify the area Manager, EEO Compliance and Appeals and the EEOC if the representative's or his/her mailing address change.

☐ 11. I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

Counselor's Report
Page _2_ of _32_

Case 1:05-cv-01824-PLF    Document 4-18    Filed 03/17/2006    Page 4 of 33

 

## Dispute Resolution Specialist's Inquiry

**Brief Summary of Inquiry (If applicable)**

Counselee telephonically waived anonymity (2/7/03).

Counselee elected mediation identifying an attorney as her representative. She was mailed paperwork to authorize him as her representative which was not returned. Mediation was scheduled for 4/17/03, in conjunction with the schedule of all parties. However, counselee called the office stating she no longer wanted mediation 4/2/03. Therefore, management was apprised of her claim.

In reply to her claim, (A) Manager, Elizabeth Hammond maintains that the passport is not an assignment job and not 8 hours of work. When she got there (Friendship Station) she contacted Injury Compensation relative to all limited duty employees. Counselee was a modified carrier as a window clerk and could work the store and lobby sweep in between passports. First counselee agreed and then the manager noticed her sitting in a chair while waiting on customers. She told counselee that her restrictions did not say she had to sit in a chair and not to sit while waiting on customers. Then, counselee said that she could not do the window clerk assignment and wouldn't. She was told that if she was not going to do the assignment, she could leave. She said that she was not leaving, then the (A) Manager said that she would call the police. Then, counselee left and had not been back. In the postal store counselee was only selling things off the wall, all within her restrictions.

Injury Compensation Specialist confirmed that counselee is receiving compensation payments. NOTHING FOLLOWS.

| REDRESS ™ (Dispute Resolution Specialist complete this section if counselee participated in ADR) | |
|---|---|
| Date of mediation | Disposition ☐ Resolved ☒ Not Resolved |

### Summary of Final Interview

The results of my inquiry, PS Forms 2579-A, 2565, and 2563B were mailed to counselee and signed received 4/04/03.

### Privacy Act Notice

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants

or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Office Address of Dispute Resolution Specialist (No., Street, City, State, and Zip + 4) | Office Address of Manager EEO Compliance & Appeals (No., Street, City, State, and Zip + 4) |
|---|---|
| CAPITAL DISTRICT EEO OFFICE 9201 EDGEWORTH DRIVE CAPITOL HEIGHTS MD 20790-7606 | OFFICE OF EEO COMPLIANCE & APPEALS POST OFFICE BOX 1730 ASHBURN VA 20146-1730 |

| Specialist's Office Telephone No. | Specialist's Office Hours |
|---|---|
| (301)499-7364 | |

| Signature of EEO Dispute Resolution Specialist | Typed Name of EEO Dispute Resolution Specialist | Date |
|---|---|---|
| *signature* | CLAUDIA L. PLEASANT | 04/28/2003 |

PS Form **2570**, June 2001 *(Page 3 of 3)*

Counselor's Report
Page 3 of 32



EEO DISPUTE RESOLUTION SPECIALIST


**UNITED STATES**
**POSTAL SERVICE**

April 3, 2003

JAN AUSTIN                                CERTIFIED NO. 7002 2410 0001 1189 5179
5036 11TH ST NE                           RETURN RECEIPT REQUESTED
WASHINGTON, DC 20017-2848

Since you opted out of mediation. I am forwarding the results of my inquiry and final
interview papers to you. **The day you receive these papers PS 2579A (Final Interview)**
**and 2565 (Formal Complaint) will be the recorded date of your final interview.**    You
have fifteen (15) calendar days from date of receipt to file a formal complaint, if you want to
pursue this matter.   Please send completed Form 2565 **to address provided**. PS 2563B
(Allegations of Discrimination Based on Age) for your information relative to age
discrimination.   This information is being sent by certified mail only.

This letter is in reference to your 10/06/03,   request EEO Counseling, Case No.
4K2000045-03.

In the above,  you (counselee) claimed physical disability, race, and age discrimination and
harassment when the following occurred:  -8/24/02, counselee began performing an
additional duty working in the postal store that was not in line with her limited medical
restrictions.  –10/05/02, counselee was told that she could not sit while assisting
customers,  - told that they no longer have any work for her and demanded that she leave
the premises immediately or be threatened with the police, - told not to return October 7,
2002, to her regular assignment duties of passport processing.

In response to your claim, (A) Manager, Elizabeth Hammond maintains that the passport is
not an assignment job and not 8 hours of work.  When she got there she contacted Injury
Compensation relative to all limited duty employees.  You were a modified carrier as a
window clerk and could work the store and lobby sweep in between passports.  First you
said fine and she noticed you sitting in a chair while waiting on customers.  She told you
that your restrictions did not say you had to sit in a chair and not to sit while waiting on
customers.  Then, you said that you couldn't do the window clerk assignment and wouldn't.
She said that if you could not do your job she did not have any assignment for you.  And, if
you were not going to do the assignment, you could leave.  You said that you were not
leaving then she said that she would call the police.  Then you left.  She had stated that
unless you could do the job you accepted, she did not have any work for you.  She was not
going to have you sitting and doing nothing.  Therefore, you left and haven't been back.  In
the postal store you were only selling things off the wall, all within your restrictions.
NOTHING FOLLOWS.

If you have any questions please call me at (301) 499-7367/64.

*Cist Ph.*

Claudia L. Pleasant
EEO Dispute Resolution Specialist

Enclosures                                              Counselor's Report
                                                        Page 4 of 32

9201 EDGEWORTH DRIVE
CAPITOL HEIGHTS MD 20790-7606
(301) 499-7366




 **UNITED STATES**
**POSTAL SERVICE ®**

**Notice of Right to File Individual Complaint**

TO: Name (First, MI, Last)
JAN AUSTIN

Re: Case No.
4k 2000045-03

This notice will attest to the fact that on _____ via mail _____ I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you receive this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney. If you retained one to represent you. I am providing you with *PS Form 2565, EEO Complaint of Discrimination in the Postal Service,* for this purpose. Your complaint must be delivered to:

> OFFICE OF EEO COMPLIANCE &
> APPEALS
> CAPITAL METRO OPERATIONS
> P O BOX 1730
> ASHBURN VA 20146-1730

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, age (40+), national origin, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) **Your name, address, position, and level;**

■ If you change your address, you have a regulatory requirement to immediately report the change to the Manager, EEO Compliance and Appeals, in your area. *(If you are employed at Postal Service Headquarters, a Headquarters Field Unit or by the Postal Inspection Service, you should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)*

(2) **The specific action or matter complained of,** the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) **The specific type of discrimination alleged,** e.g., race - African American, sex - female, etc.;

■ If you allege disability discrimination, the alleged disability must be more than a temporary condition.

■ If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) **A brief statement of the facts** that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.

■ If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

■ If you allege retaliation, you must show a connection between the action at issue in the complaint you are filing and your past EEO activity. You must also show that when the alleged discriminatory action at issue in this complaint occurred, the management who took the action was aware that you had previously engaged in protected activity.

(5) **The name of the EEO Dispute Resolution Specialist** who provided you with this notice and the date you received this Notice of Right to File.

**Privacy Act Notice**

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an office audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

Signature of Dispute Resolution Specialist:

Date Issued
4/3/03

Your Signature

Counselor's Report
Page 5 of 32

*Dispute Resolution Specialist: If you are mailing this Notice, you must send it by Certified Mail, Return Receipt Requested.*

PS Form 2579-A, March 2001

 **UNITED STATES**
**POSTAL SERVICE**®

**Allegations of Discrimination Based on Age**

| Case No. |
| --- |
| 4K 2000045-03 |

To: (Full Name and Address)

JAN AUSTIN
5036 11th ST NE
WASH DC 20017-2848

The Age Discrimination in Employment Act (ADEA) of 1967, as amended, prohibits discrimination in employment on the basis of age (40 years or older). The ADEA allows persons claiming age discrimination to go directly to court without going through an agency's administrative complaint procedures. The following information is being provided to you to explain the procedures concerning age discrimination.

If your complaint alleges age discrimination, you may bypass the administrative complaint process by electing not to file a formal complaint and instead filing a civil action in an appropriate U.S. District Court. Before filing suit in U.S. District Court, you must file a notice of intent to sue with the Office of Federal Operations, Equal Employment Opportunity Commission. You must file the notice within 180 calendar days of the date of the alleged discriminatory action. Once you have filed a timely notice of intent to sue with the EEOC, you must wait thirty (30) calendar days before filing a civil action.

A. *Notices of intent to sue must be mailed to the EEOC at the following address:*

> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> OFFICE OF FEDERAL OPERATIONS
> FEDERAL SECTOR PROGRAMS
> PO BOX 19848
> WASHINGTON DC 20036-9848

*or delivered to:*

> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> OFFICE OF FEDERAL OPERATIONS
> FEDERAL SECTOR PROGRAMS
> 1801 L ST NW
> WASHINGTON DC 20507-0001

*or faxed (if no more than 10 pages) to:*

> OFFICE OF FEDERAL OPERATIONS
> FEDERAL SECTOR PROGRAMS
> 202-663-7022.

B. *The notice of intent to sue should be dated and must contain the following information:*

(1) Statement of intent to file a civil action under 29 U.S.C. 633a of the Age Discrimination in Employment Act of 1967, as amended;
(2) Your name, address, and telephone number;
(3) Name, address, and telephone number of your designated representative, if any;
(4) Name and location of the Postal facility where the alleged discriminatory action occurred;
(5) Date on which the alleged discriminatory action occurred;
(6) Statement of the nature of the alleged discriminatory action(s); and
(7) Your signature or your representative's signature.

C. If you choose to file a formal EEO complaint, you must exhaust your administrative remedies before you can file a civil action. 29 C.F.R. §1614 provides that you exhaust administrative remedies under the ADEA: (1) 180 days after filing a complaint, if the Postal Service has not taken final action and you have not filed an appeal; or (2) within 90 calendar days after receiving a final action by the Postal Service; or (3) 180 days after filing an appeal with the EEOC Commission has not issued a final decision; or (4) within 90 days after receiving the Co appeal.

Counselor's Report
Page 6 of 32

| Signature of Dispute Resolution Specialist | Date Issued | Your Signature | Date Received |
| --- | --- | --- | --- |
| *[signature]* | 4/3/03 | | |

PS Form 2563-B, March 2001

 

**UNITED STATES POSTAL SERVICE**®

## EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on Reverse)*

| | | |
|---|---|---|
| 1. Name  JAN AUSTIN | 2. SSN | 3. Case No.  4K 2000045-03 |
| 4a. Mailing Address (Street or P.O. Box) | 4b. City, State and ZIP + 4 | |
| 5. Email Address * | 6. Home Phone  ( ) | 7. Work Phone  ( ) |
| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do You Have Veteran's Preference Eligibility?  ☐ Yes     ☐ No |

| | |
|---|---|
| 11. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |

| | |
|---|---|
| 13a. Name of Your Designated Representative | 13b. Title |
| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State and ZIP + 4 |
| 13e. Email Address * | 13f. Home Phone  ( )     13g. Work Phone  ( ) |

\* Providing this information will authorize the Postal Service to send important documents electronically.

| 14. Type of Discrimination You Are Alleging | | 15. Date on Which Alleged Act(s) of Discrimination Took Place |
|---|---|---|
| ☐ Race (Specify):       ☐ Sex (Specify): | | |
| ☐ Color (Specify):      ☐ Age (40+) (Specify): | | |
| ☐ Religion (Specify):   ☐ Retaliation (Specify Prior EEO Activity): | | |
| ☐ National Origin (Specify):   ☐ Disability (Specify): | | |

16. Explain the specific action(s) or situation(s) that resulted in your alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1614.106(d)*

17. What Remedy Are You Seeking to Resolve this Complaint?

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS Mediator?*

☐ Yes (Date you received the Notice of Final Interview): _____     ☐ No

Counselor's Report
Page _1_ of _31_

19a. Signature of Dispute Resolution Specialist     *via mail*
(C. L. PLEASANT)

19b. Date  4/3/03

20. Signature of Complainant or Complainant's Attorney     21. Date of this Complaint

PS Form 2565, March 2001   Page 1 of 2)



## Privacy Act Notice

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO Program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## Instructions

A. Use this form to file a formal complaint if you are an employee or applicant who believes that you have been discriminated against by the Postal Service because of your race, color, religion, sex, age (40+), national origin, or disability. You must have presented the matter to an EEO dispute resolution specialist within 45 calendar days of the date the incident occurred or, if a personnel action is involved, within 45 calendar days of the effective date of the action.

B. Unless you have agreed to extend the 30-day period for an additional 60 calendar days, you will receive a notice of right to file a formal complaint within 30 calendar days from the date of your first contact with the EEO Office. You must file your formal complaint within 15 calendar days of the date on which you receive your notice of right to file. If you do not receive a notice of right to file within the appropriate time period, you may file a formal complaint at any time thereafter, up to 15 calendar days after receiving the notice.

C. If you have agreed to participate in alternate dispute resolution (ADR), the informal process must be completed within 90 calendar days of your first contact with the EEO office. You have a right to file a formal complaint at any time thereafter, up to 15 calendar days after you have received your notice of right to file.

D. Your notice of right to file contains the address where your formal complaint must be mailed or delivered. The formal complaint will be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 days of the expiration of the filing period.

E. The time limits for filing a formal complaint may be extended if you show that you were prevented by circumstances beyond your control from timely submitting the complaint, or if you present other reasons considered sufficient by the Postal Service.

F. If you need help in preparing this form, you may obtain assistance from a representative of your choice. You may also seek guidance from the dispute resolution specialist who issued you the notice of right to file.

G. Your formal complaint must be in writing and must be signed and dated by you or your attorney. You are entitled to a representative of your choice at all stages of the EEO complaint process; however, only an attorney can sign official EEO documents on your behalf.

H. If your written complaint is accepted, it will be assigned to an EEO complaints investigator who will provide you with an opportunity to present all facts that you believe resulted in the alleged discrimination. The EEO complaints investigator will conduct a thorough review of the circumstances under which the alleged discrimination occurred.

I. While your complaint is under investigation, you may amend it to add claims that are like or related. Contact the EEO office for the address where your written amendment request must be mailed or delivered.

J. You or your representative will each be provided a copy of the completed investigative file. You have the right to request a hearing within 30 calendar days of of the date you receive the investigative file by mailing or delivering your request to the appropriate Equal Employment Opportunity Commission (EEOC) District Office within a copy to the area Manager, EEO Compliance & Appeals. If you are represented by an attorney, the 30-day period will begin on the date your attorney receives a copy of the case file. Instead of requesting a hearing, you may request an agency decision without a hearing and the head of the agency or his/her designee will issue you a decision letter with appeal rights.

K. If you request a hearing, the EEOC will appoint an administrative judge (AJ) to conduct a hearing. The AJ will notify you and the Postal Service of the right to seek discovery prior to the hearing to develop evidence reasonably on matters relevant to the issues raised in the complaint(s) to be heard. Attendance at the hearing will be limited to persons the administrative judge determines have direct knowledge relating to the complaint. Hearings are part of the investigative process and are closed to the public.

L. Following the hearing, the AJ will send you and the agency a copy of the hearing record, including the transcript and his/her decision. The head of the agency, or his/her designee, will review the entire record, including the transcript, and will determine whether or not to implement the AJ's decision. You will receive the agency's notification of final action within 40 days of the date the agency receives the AJ's decision. If the agency's final action will not fully implement the AJ's decision, the agency must appeal to the EEOC. A copy of the Postal Service's appeal will be attached to your notification of final action.

M. If you are not satisfied with the decision of the AJ, or the agency's final action on the decision, you have the right to appeal within 30 calendar days after receiving notification of the agency's final action. Your appeal must be mailed to the EEOC at the following address:

> EEOC
> OFFICE OF FEDERAL OPERATIONS
> PO BOX 19848
> WASHINGTON DC 20036-9848

N. Instead of filing an appeal of the agency's final action to the EEOC's Office of Federal Operations (OFO), you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the agency's final action.

O. You may also file a civil action in an appropriate U.S. district court: after 180 calendar days have passed from the date you filed the complaint, if the final agency action has not been issued and an appeal has not been filed; within 90 days of receipt of the OFO's decision on your appeal; or after 180 days have passed from the date you filed your appeal with the OFO, if there has been no decision issued on that appeal.

P. Special statutory provisions in the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a, relate to age discrimination. The Public Law sets forth the right to by-pass the administrative complaint processing procedure and file a civil action. For additional information, contact the EEO office.

Q. Under the Equal Pay Act, you have the right to file a civil action without exhausting the administrative procedures.

R. You must keep the EEO complaint processing office aware of your current mailing address at all times. Failure to notify the EEO complaint processing office and the EEOC of an address change could result in the dismissal of your complaint.

Counselor's Report
Page 9 of 33

FINAL

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | FINAL |
| Return Receipt Fee (Endorsement Required) | 4/2/03 |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

To: JAN AUSTIN
Sent 5036 11th ST NE
Street WASHINGTON DC
or PL 20017-2848
City,

PS Form 3800, June 2002                    See Reverse for Instructions

7002 2410 0001 1189 5179

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2410 0001 1189 5179

Return Receipt                          2ACPRI-03-Z-0985

Counselor's Report
Page 9 of 31

 

EEO DISPUTE RESOLUTION SPECIALIST


**UNITED STATES**
**POSTAL SERVICE**

March 26, 2003

JAN AUSTIN
5036 11TH STREET NE
WASHINGTON DC 20017-2848

This letter is in reference to your 10/06/02, request for EEO Counseling, Case No.
4K2000045-03.

Per our conversation, I am mailing Representation/Anonymity papers to you as a follow up
relative to your waiving anonymity and electing Antoini Jones, Attorney, 6811 Kenilworth
Avenue Suite 210, Riverdale, MD 20737, as your representative.  Please fill out the form,
sign, date and return in envelope provided.

If you have any questions or concerns, please call me at (301) 499-7367/64.  Thanks!

This correspondence is being sent by regular mail only.


Claudia L. Pleasant
EEO Office, Capital District
Southern MD

Enclosure

Counselor's Report
Page 10 of 32

 

U.S. Postal Service
**Representation/Anonymity**

Case No.
$4K20000+5-03$

Representation

The EEO Dispute Resolution Specialist has informed me that I am entitled to representation of my choosing.

☐ I authorize to represent me:

_____
Name and Title of Representative

_____
Street Address

_____
City/State/ZIP + 4

( )
_____  _____
Area Code and Telephone Number    Email Address

☐ I waive representation at this time.

I understand that I must immediately notify the Manager, EEO Compliance and Appeals, located in my area, in writing, if at any time during the administrative processing of my complaint, I designate a representative and/or change the representative I have designated above. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Headquarters.)

Anonymity

The EEO Dispute Resolution Specialist has informed me of my right to remain anonymous during the informal processing stage.

☐ I elect to remain anonymous.

☐ I waive anonymity.

Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant and for Postal Service employees and other witness.

Counselor's Report
Page 11 of 32

_____  | Date
Counselee's Signature                     |

PS Form **2584**, March 2001

**EQUAL EMPLOYMENT OPPORTUNITY OFFICE**

DEC - 2 2002

U.S. Postal Service

## Information for Pre-Complaint Counseling

| | | |
|---|---|---|
| 7001 1140 0000 1922 6707 | | |
| Certified Mail No. | Date Mail | or  Hand Delivered On |
| By *(Initials)* | Case No. | |

On __OCTOBER 6, 2002__, you requested an appointment with a Dispute Resolution Specialist.
*Month, Day, Year*

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt*. This the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name *(Last, First, MI)*  AUSTIN JAN L

Social Security No. 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    Home Telephone No. (202) 526-7222

Your Mailing Address  5050 11ᵗʰ St. N.E.  Washington D.C. 20017

Name of Postal Facility Where You Work  Friendship Station    Office Telephone No. (202) 523-2143

Address of Postal Facility  4005 Wisconsin Ave NW  Wash, DC  20016    Email Address  N/A

Employment Status (Check One): ☐ Applicant  ☐ Casual  ☐ TE  ☒ Career    Position Title  Clerk/Passport    Grade Level  5/0

Pay Location  016    Tour    Duty Hours  1000-1700 N/7H    Off Days  Sunday/Friday    Time in Current Position  5 Years  11 Months

Your Supervisor's Name  Ms Juanita Mack    Supervisor's Title  Acting Finance Supervisor    Supervisor's Telephone No. (202) 526-2143

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation* (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? *(Please be specific, i.e., Race - African American, Sex - Female.)*

See Attachment

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____ *Month, Day, Year*, I engaged in EEO activity.  Case No.: _____

2. On _____ *Month, Day, Year*, I engaged in EEO activity.  Case No.: _____

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On August 24, 2002
*Month, Day*    *Year*

See Attachment

Counselor's Report Page 12 of 32

PS Form 2564-A, March 2001 *(Page 1 of 3)*

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____  _____
(Name of Employee)            Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
was treated differently than I when: _____

See attachment

2. _____  _____
(Name of Employee)            Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
was treated differently than I when: _____

See attachment

3. _____  _____
(Name of Employee)            Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
was treated differently than I when: _____

See attachment

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

1a. Name Ms Betty Hummond    b. Title Acting Station Manager
c. Office Friendship Station    d. Grade Level

2a. Name Ms Juanita Mack    b. Title Acting Finance Supervisor
c. Office Friendship Station    d. Grade Level

Retaliation Allegations Only: Was/were the official(s) listed in Section E above aware of your prior EEO activity?
☐ Yes ☐ No    If yes, explain how the official(s) became aware:

## F. Resolution

What are you seeking as a resolution to your pre-complaint?

See attachment

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

Counselor's Report Page 13 of 32

1. Filed a grievance on the issue? ☐ No ☒ Yes If yes, 10/5/02 (Date)    step 3 (Current Step)
2. Filed an MSPB appeal on this issue? ☒ No ☐ Yes If yes, _____ (Date Appeal Filed)

PS Form 2564-A, March 2001 (Page 2 of 3)



## Privacy Act Notice

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO Program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, benefits, clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## Instructions

A. Use this form to file a formal complaint if you are an employee or applicant who believes that you have been discriminated against by the Postal Service because of your race, color, religion, sex, age (40+), national origin, or disability. You must have presented the matter to an EEO dispute resolution specialist within 45 calendar days of the date the incident occurred or, if a personnel action is involved, within 45 calendar days of the effective date of the action.

B. Unless you have agreed to extend the 30-day period for an additional 60 calendar days, you will receive a notice of right to file a formal complaint within 30 calendar days from the date of your first contact with the EEO Office. You must file your formal complaint within 15 calendar days of the date on which you receive your notice of right to file. If you do not receive a notice of right to file within the appropriate time period, you may file a formal complaint at any time thereafter, up to 15 calendar days after receiving the notice.

C. If you have agreed to participate in alternate dispute resolution (ADR), the informal process must be completed within 90 calendar days of your first contact with the EEO office. You have a right to file a formal complaint at any time thereafter, up to 15 calendar days after you have received your notice of right to file.

D. Your notice of right to file contains the address where your formal complaint must be mailed or delivered. The formal complaint will be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 days of the expiration of the filing period.

E. The time limits for filing a formal complaint may be extended if you show that you were prevented by circumstances beyond your control from timely submitting the complaint, or if you present other reasons considered sufficient by the Postal Service.

F. If you need help in preparing this form, you may obtain assistance from a representative of your choice. You may also seek guidance from the dispute resolution specialist who issued you the notice of right to file.

G. Your formal complaint must be in writing and must be signed and dated by you or your attorney. You are entitled to a representative of your choice at all stages of the EEO complaint process; however, only an attorney can sign official EEO documents on your behalf.

H. If your written complaint is accepted, it will be assigned to an EEO complaints investigator who will provide you with an opportunity to present all facts that you believe resulted in the alleged discrimination. The EEO complaints investigator will conduct a thorough review of the circumstances under which the alleged discrimination occurred.

I. While your complaint is under investigation, you may amend it to add claims that are like or related. Contact the EEO office for the address where your written amendment request must be mailed or delivered.

J. You or your representative will each be provided a copy of the completed investigative file. You have the right to request a hearing within 30 calendar days of of the date you receive the investigative file by mailing or delivering your request to the appropriate Equal Employment Opportunity Commission (EEOC) District Office with a copy to the area Manager, EEO Compliance & Appeals. If you are represented by an attorney, the 30-day period will begin on the date

your attorney receives a copy of the case file. Instead of requesting a hearing, you may request an agency decision without a hearing and the head of the agency or his/her designee will issue you a decision letter with appeal rights.

K. If you request a hearing, the EEOC will appoint an administrative judge (AJ) to conduct a hearing. The AJ will notify you and the Postal Service of the right to seek discovery prior to the hearing to develop evidence reasonably on matters relevant to the issues raised in the complaint(s) to be heard. Attendance at the hearing will be limited to persons the administrative judge determines have direct knowledge relating to the complaint. Hearings are part of the investigative process and are closed to the public.

L. Following the hearing, the AJ will send you and the agency a copy of the hearing record, including the transcript and his/her decision. The head of the agency, or his/her designee, will review the entire record, including the transcript, and will determine whether or not to implement the AJ's decision. You will receive the agency's notification of final action within 40 days of the date the agency receives the AJ's decision. If the agency's final action will not fully implement the AJ's decision, the agency must appeal to the EEOC. A copy of the Postal Service's appeal will be attached to your notification of final action.

M. If you are not satisfied with the decision of the AJ, or the agency's final action on the decision, you have the right to appeal within 30 calendar days after receiving notification of the agency's final action. Your appeal must be mailed to the EEOC at the following address:

> EEOC
> OFFICE OF FEDERAL OPERATIONS
> PO BOX 19848
> WASHINGTON DC 20036-9848

N. Instead of filing an appeal of the agency's final action to the EEOC's Office of Federal Operations (OFO), you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the agency's final action.

O. You may also file a civil action in an appropriate U.S. district court after 180 calendar days have passed from the date you filed the complaint, if the final agency action has not been issued and an appeal has not been filed; within 90 days of receipt of the OFO's decision on your appeal; or after 180 days have passed from the date you filed your appeal with the OFO, if there has been no decision issued on that appeal.

P. Special statutory provisions in the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a, relate to age discrimination. The Public Law sets forth the right to by-pass the administrative complaint processing procedure and file a civil action. For additional information, contact the EEO office.

Q. Under the Equal Pay Act, you have the right to file a civil action without exhausting the administrative procedures.

R. You must keep the EEO complaint processing office aware of your current mailing address at all times. Failure to notify the EEO complaint processing office and the EEOC of an address change could result in the dismissal of your complaint.

FINAL

**U.S. Postal Service**

**CERTIFIED MAIL.. RECEIPT**

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com..

7002 2410 0001 1189 5179

| | |
|---|---|
| Postage | $ |
| Certified Fee | FINAL |
| Return Reciept Fee (Endorsement Required) | 4/3/03 |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Tot *JAN AUSTIN*
Sent *5036 11th ST NE*
Street *WASHINGTON DC*
or PO *20017-2848*
City,

PS Form 3800, June 2002                    See Reverse for Instructions

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2410 0001 1189 5179

Return Receipt                    2ACPR:03-Z-098S



EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

APR 1 0 2003

CAPITOL HEIGHTS, MD 20790-7606

April 8, 2003

Cert No. _7002-3150-0003-7027-2154_
RETURN RECEIPT REQUESTED

Claudine L. Pleasant
EEO Dispute Resolution Specialist
9201 Edgeworth Drive
Capitol Heights, MD 20790-7606

Ms. Pleasant:

I am in receipt of your letter dated April 3, 2003 concerning my requesting for EEO counseling field on October 6, 2002, EEO Case No.: 4K2000045-03. On April 2, 2003 around 2:30, I did inform you that I no longer wanted to participate in the Redress or Mediation Process. My reasons being: 1. Your failure to move forward in a timely matter in scheduling a Mediation Hearing. 2. Your inconsistencies with regards to information concerning my information concerning my rights in this Mediation process. which I feel have already been violated under EEO Regulations, Guidelines and Laws. I am totally confused by receiving Final Interview and Formal Complaint documents (PS2579A and 2565), since I have never been interviewed or counseled by you to my knowledge. I am not confident that the correct EEO procedures are being utilized in proper sequence order with regards to a Final Interview, which I thought was to be done prior to even Redress/Mediation.

Jan Austin

Jean Austin
5036 11 - St N.E.
Washington, D.C. 20017

RETURN RECEIPT
REQUESTED

U.S Postal Services
Claudia Pleasant
EEO DRS
Capital District
9201 Edgeworth Dr
Capitol Heights, Mod 20790-7606

CERTIFIED MAIL

CAPITOL HEIGHTS, MD 20790-7606

7002 3150 0003 7002 2154





UNITED STATES
POSTAL SERVICE

.0000

20790



U.S. POSTAGE
PAID
WASHINGTON DC
20013
APR 08 03
AMOUNT

$4.42
0003;021-20





EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

DEC - 2 2002

**U.S. Postal Service**

## Information for Pre-Complaint Counseling

| 7001 1140 0000 1922 6707 | | |
|---|---|---|
| Certified Mail No. | Date Mail | or Hand Delivered On |
| By (Initials) | Case No. | |

On ___OCTOBER 6, 2002___, you requested an appointment with a Dispute Resolution Specialist.
: *Month, Day, Year*

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt.* This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

| Name *(Last, First, MI)* | Social Security No. | Home Telephone No. |
|---|---|---|
| AUSTIN JAN L | 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 | (202) 526-7222 |

| Your Mailing Address |
|---|
| 5050 11th St. N.E.   Washington, D.C.  20017 |

| Name of Postal Facility Where You Work | Office Telephone No. |
|---|---|
| Friendship Station | (202) 523-2143 |

| Address of Postal Facility | ZIP No. | Email Address | |
|---|---|---|---|
| 4005  Wisconsin  Ave  NW  Wash. DC | 20716 | N/A | |

| Employment Status *(Check One)* | Position Title | Grade Level |
|---|---|---|
| ☐ Applicant  ☐ Casual  ☐ TE  ☒ Career | Clerk / Passport | 5/0 |

| Pay Location | Tour | Duty Hours | Off Days *(If Tour I, Show Nights Off)* | Time in Current Position |
|---|---|---|---|---|
| 016 | | 1000-1700 M-F  0745-1635 (S) | Sunday / Friday | 5 Years  11 Months |

| Your Supervisor's Name | Supervisor's Title | Supervisor's Telephone No. |
|---|---|---|
| Ms Juanita Mack | Acting Finance Supervisor | (202) 526-2143 |

\* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability,* or in *Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as *factors.*

What Factor(s) of Discrimination Are You Alleging? *(Please be specific, i.e., Race - African American, Sex - Female.)*

See   Attachment

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity.   Case No.: _____
       *Month, Day, Year*

2. On _____, I engaged in EEO activity.   Case No.: _____
       *Month, Day, Year*

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On _August 24_, 20_02_.
        *Month, Day*         *Year*

See   Attachment

Counselor's Report
Page 18 of 32

**D. Comparisons**

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____      _____
   (Name of Employee)              Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   *See attachment*

   _____

2. _____      _____
   (Name of Employee)              Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   *See attachment*

3. _____      _____
   (Name of Employee)              Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   *See attachment*

**E. Official(s) Responsible for Action(s)**

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| | |
|---|---|
| 1a. Name *Ms. Betty Hammond* | b. Title *Acting Station Manager* |
| c. Office *Friendship Station* | d. Grade Level |
| 2a. Name *Ms Juanita Mack* | b. Title *Acting Finance Supervisor* |
| c. Office *Friendship Station* | d. Grade Level |

**Retaliation Allegations Only:** Was/were the official(s) listed in Section E above aware of your prior EEO activity?

☐ Yes    ☐ No    If yes, explain how the official(s) became aware:

_____

_____

**F. Resolution**

What are you seeking as a resolution to your pre-complaint?

*See attachment*

_____

Counselor's Report
Page *19* of *32*

**G. Grievance/MSPB Appeal**

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?    ☐ No    ☑ Yes    If yes, *about* _____ *10/5/02*    *step 3*
                                                                    (Date)         (Current Step)

2. Filed an MSPB appeal on this issue?    ☑ No    ☐ Yes    If yes, _____
                                                                              (Date Appeal Filed)

page 1 of 3

## A. REQUESTER INFORMATION

AUSTIN, Jan L.                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
Certified Mail No. 7001 1140 0000 1922 6707

## B. DISCRIMINATION FACTORS

1. Physical Disability – Permanent partial on the job disability;
2. Race – I am an African American and Ms. Betty Hammond is Caucasian;
3. Age – I am 40+ (DOB: 03/27/1959); and
4. Harassment.

## C. DESCRIPTION OF INCIDENT/ACTIVITY

On Saturday, August 24, 2002,

I began performing an additional duty working in the U.S. Postal Store that was not in line with my limited medical restrictions duty. I am a limited duty employee because of an on the job back injury I received while on duty in November 1996. In accordance with my on the job injury, the Department of Labor Form CA-17 Duty Status Report states, to safely and effectively perform this duty my medical restrictions require that I have a chair with back support and that my feet must not dangle, no prolong standing for no more than 30 minutes without a break totaling not more than one hour per day, and with other restriction (see attached). Ms. Juanita Mack, Acting Finance Supervisor, was aware of these restrictions prior to giving me this assignment. After working for approximately four Saturdays I was told on October 5, 2002 that I could not sit while assisting customers. Prior to this I was sitting with a pillow to my back and a drawer as a footrest, so as to be accommodated and to perform the duty and remain gainfully employed without violating my restrictions. Due to the lack of not having the proper chair and foot support this aggravated my back injury, causing me greater pain and having to go to the doctor and be off from work. On October 5, 2002 I was told by Ms. Betty Hammond, Caucasian Acting Station Manager, in the presence of Ms. Mack that I could not sit while serving customers. Ms. Hammond then told me that we no longer have any work for you and demanded that I leave the premises immediately or she would call the police. She further stated that I was not to return on Monday, October 7, 2002 to my regularly

page 2 of 3

assignment duties of passport processing which I have been
performing since detailed on December 16, 1996.  These
duties are in compliance with my restrictions.  Ms. Hammond
has made derogatory statements to me as well as to others
regarding injured employees on several occasions.  I have
been mistreated and discriminated against by Ms. Betty
Hammond and Ms. Juanita Mack. Because of my on the job
injury, I am unable to perform the duties that they would
like me to in the manner that they want.

**D.    COMPARISONS**

1. Alice Thompson, Female/Full Time/T6 Window Clerk/No
   physical or mental disability, was treated differently
   than I when on September 25, 2002, there was a
   situation of closing out finance.  I was asked by Ms.
   Mack to close out finance, then was told by her not to
   because Ms. Hammond want Ms. Thompson to, since Ms.
   Thompson was on the overtime desire list.  Prior to
   this date I have closed out finance by myself numerous
   occasions.  Although my closing out would have been
   within my eight (8) hour duty tour, Ms. Hammond chose
   Ms. Thompson to do close which placed her into penalty
   overtime because she had already worked 2 hours
   overtime prior to reporting for her scheduled time of
   duty.

2. Kelvin Adams, Male/Full Time/No physical or mental
   disability/Not 40 years of age, was treated
   differently than I when on October 1, 2002, I
   voluntary asked Ms. Mack if I could assist with the
   finance close out since the window service where Mr.
   Adams was working was extremely busy.  This is for the
   good of the window service Mr. Adams could remain on
   the window and I would do the close out so the
   dispatch could be ready on time.  Ms. Mack answered
   that Ms. Hammond said no, she does not want you to
   close out with no reason given.  Later Ms. Mack began
   to close out with Mr. Adams completing it.  This put
   Mr. Adams in overtime, which if I would have closed
   out finance the closeout it would have been within my
   eight hour tour and would not have made the dispatch
   delayed.

3. Linda Wright-Warrick, Female/Distribution/Window
   Clerk/No physical or mental disability, was treated
   differently than I when I was consistently temporarily

page 3 f 3

detailed told to lobby direct.  Ms. Wright-Warrick was
required to process passport applications on my
scheduled days off or in my absence.  During my
absence she was only required to do passport
applications and was not required to do lobby direct.
Although we performed the same duties processing
passport applications.

4.  Reginald Jones, Male/Full Time/Window Clerk/No physical
or mental disability, was treated differently than I when
on/about June 2002 - Sept 2002 basic duties was to assist in
the Lobby Direct and Box Section.  On many occasions I was
told by management to go assist in Lobby Direct while Mr.
Jones already was performing in that capacity.  I would
comply only to find that I was clearly not needed.  Often
after assisting in the lobby I immediately was sent back to
the lobby which violated by restrictions for standing,
walking to find, again, that I was not needed there.  While
during passport applications or other clerical duties such
as certified, second-notices, etc., I was told to go Lobby
Direct.  Clearly consistent harassment.  In addition to
doing passport applications I was already assisting in the
lobby between customers by doing money orders and selling
stamps.

**E.    OFFICIALS RESPONSIBLE FOR ACTIONS**

1.  Betty Hammond, Acting Station Manager, Friendship
Station, Unknown
2.    Juanita Mack, Acting Finance Supervisory, Friendship,
Unknown

**F.    RESOLUTIONS**

    1.  Reinstatement
    2.  Leave
    3.  Attorney Fees
    4.  Restitution
    5.  Pain and Suffering

 **UNITED STATES POSTAL SERVICE** ®

**Certification of Receipt — Publication 133**

**Privacy Act Notice**

**Privacy Act Notice.** The collection of this information is authorized the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses. .

**Certification of Receipt — Publication 133**

I hereby certify that on this date I received a copy of Publication 133, *What You Need to Know About EEO*, to keep for my personal records.

Signature of Recipient _____   Date ___11 / 9 / 02___

**Note:** Recipient, when you receive this form by mail, please sign and return it to the EEO Office at the same time you return your completed PS Form 2564-A, *Information for Pre-Complaint Counseling.*

**Certification of Service — Publication 133**

I hereby certify that on this date, Publication 133, *What You Need to Know About EEO,*

was mailed to _____JAN L AUSTIN_____

via Certified Mail No.____7001 1140 0000 1922 6707_____

or delivered by hand to _____

Signature of Server _____   Date ___10/15/02___

PS Form 2563-A, March 2001

**Counselor's Report**
Page __ of __



- No.        ι⟨-03

EEO DISPUTE RESOLUTION SPECIALIST



## UNITED STATES
## POSTAL SERVICE

March 26, 2003

JAN AUSTIN
5036 11TH STREET NE
WASHINGTON DC 20017-2848

This letter is in reference to your 10/06/02, request for EEO Counseling, Case No.
4K2000045-03.

Per our conversation, I am mailing Representation/Anonymity papers to you as a follow up
relative to your waiving anonymity and electing Antoini Jones, Attorney, 6811 Kenilworth
Avenue Suite 210, Riverdale, MD 20737, as your representative. Please fill out the form,
sign, date and return in envelope provided.

If you have any questions or concerns, please call me at (301) 499-7367/64. Thanks!

This correspondence is being sent by regular mail only.

Claudia L. Pleasant
EEO Office, Capital District
Southern MD

Enclosure

ea, in
and/or
uarters
alist at

ne inform

ce at your requ
act with the USF
Center for stora
of private relief
t during an offic
trative judge or
ant Opportunity (
. under 29 CFR
ce of Special
ersonnel practice
oor organization a
the Privacy Act
ie complainant, a

1201 EDGEWORTH DRIVE
CAPITOL HEIGHTS MD 20790-7606
(301) 499-7366

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?  ☐ No   ☒ Yes

## I. Representation

You have the right to retain representation of your choice. *(check one)*

☒ I waive the right to representation at this time.   ☐ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title |
|---|---|

| Organization | Telephone Number ( ) | Email Address* |
|---|---|---|

Mailing Address *(Street or P.P. Box, City, State and Zip +4)*

▪ Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request, to a expert, consultant or other person under contract with the USPS to fulfil an agency function; to the Federal Records Center for storage; to th Office of Management and Budget for review of private relief legislation to an independent certified public accountant during an official audit o USPS finances; to an investigator, administrative judge or complaint examiner appointed by the Equal Employment Opportunity Commissio for investigation of a formal EEO complaint under 29 CFR 1614; to th Merit Systems Protection Board or Office of Special Counsel fo proceedings or investigations involving personnel practices and othe matters within their jurisdiction; and to a labor organization as required b the National Labor Relations Act. Under the Privacy Act provision, th information requested is voluntary for the complainant, and for Posta Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if like or related to a formal complaint that I have already filed, or if the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, Information for Pre-complaint Counseling, I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.*

| Please print your name here | |
|---|---|
| Tom L Austin | |
| Your Signature | Date signed  11/17/02 |

Please return this form to:

EEO OFFICE
CAPITAL DISTRICT
9201 EDGEWORTH DRIVE
CAPITOL HEIGHTS MD 20790-7606

Counselor's Report
Page 25 of 31

PS Form 2564-A, March 2001 *(Page 4 of 3)*



www.usps.com

ITY

www.usps.com

OPPORTUNITY OFFICE

DEC - 2 2002

CAPITOL HEIGHTS, MD 20790-7606

*~~lusta~~*
*# A1 NE*
*).C 30017*

**TO** *Manager EEO Complaint*
*Southern Maryland Field Division*
*9201 Edgeworth Drive*
*Capitol Height, Maryland*
*20790-7606*

▲ **PLACE LABEL HERE** ▲

*E ENVELOPE.*
*h the envelope...Just pack all your correspondence and*
*pay only the FLAT RATE Priority Mail postage.*

© EP14F FEBRUARY 2002 USPS   ALL RIGHTS RESERVED

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

SEP 1 0 2002

CAPITOL HEIGHTS, MD 20790-7806

Manager, EEO Complaint Processing
Southern Maryland Field Division
9201 Edgeworth Drive
Capitol Heights, MD  20790-9411

    I am requesting Counseling on an EEO Complaint.

NAME: _Jon Laniece Austin_   SSN#: _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_

ADDRESS: _5036  11ᵗʰ St N.E.  Washington D.C 20017_

TEL. NO# (H): _202-526-7222_   TEL. NO# (W): _202-533-2143_
                                               _202-533-2151_

PL: _016_        WORK PLACE: _Friendship Finance_
       M-TH  10:00am - 7:00pm   _4005 Wisconsin Ave Section_
WORK HOURS: _Sat  7:45 am - 4:15pm_   Washington, D.C. 20016

                             SIGNATURE: _____

                             DATE: _9/4/03_

My Representative is:

NAME: _____

ADDRESS: _____

WORK HOURS: _____

Counselor's Report
Page _21_ of _32_

5036 11th St., N.E.
Washington, D.C. 20017

**RETURN RECEIPT
REQUESTED**

7002 0460 0002 6315 0860

CERTIFIED MAIL

20790 95411



Manager, EEO Complaint Processing
Northern Maryland Field Division
8701 Edgeworth Drive
Capitol Heights, Maryland
20790-9411



U.S. POSTAGE
PAID
WASHINGTON, DC
SEP 23 '02
AMOUNT
$4.42
0006?735-31

0000

20790

Manager, EEO Complaint Processing
Southern Maryland Field Division
9201 Edgeworth Drive
Capitol Heights, MD  20790-9411

I am requesting Counseling on an EEO Complaint.

NAME: _Jan L Austin_____  SSN# _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_

ADDRESS: _5036  11₃ St. N.E.  Wash, D.C. 20017_

TEL. NO# (H): _202-526-7222_   TEL. NO# (W) _202-523-215/_

PL: _C16_____   WORK PLACE: _Friendship Finance_
                                             _Station_

WORK HOURS: _M-TH  10:00 - 7:00pm_
            _Sat  9:45am - 4:05pm_
                          SIGNATURE: _Jan L Austin_

                          DATE: _10/5/02_

My Representative is:

NAME: _____

ADDRESS: _____

WORK HOURS: _____

Counselor's Report
Page 29 of 32



5036 11th St. N.E.
Washington, D.C. 20017

RETURN RECEIPT
REQUESTED

PLEASE FOLD AT TOP OF LINE ONE TO THE RIGHT
IF THE RETURN ADDRESS IS NOT DOT INCLUDED

CERTIFIED MAIL

7002 0460 0007 9046 8849

Manager, EEO Compliance Processing
Southern Maryland Field Division
9201 Edgeworth Drive
Capitol Heights, Maryland 20790-5411

OCT 16 2002

Counselor's Report
Page 30 of 31

PAGE 02/03

04/28/2003  18:21   283                76
Compensation Payment

Page 1 of 1



**AQS Case Compensation Payment History**

| | |
|---|---|
| **AGENCY:** | 548400 - US POSTAL SERVICE , WASHINGTON DC POST OFFICE |
| **CASE#:** | 250499564          **MASTER:** |
| **NAME:** | AUSTIN, JAN L          SSN: 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          Sex: F |
| **Address:** | 5036 11TH STREET NE          DOB/Age: 03/27/1959-44 |
| **City State Zip:** | WASHINGTON, DC 20017          DOI: 12/05/1996 |
| **Occupation:** | P2340-MISC POSTAL |
| **Reported** | |
| **Condition:** | 8472 - SPRAIN LUMBAR REGION          Condition Accepted |
| | 7244 L - LUMBOSACRAL NEURITIS NOS |
| **Claim Rcv'd:** | 7 - 12/16/2002          Form Rcv'd:- 2 01/13/1997          CEID: P17          Injury ZIP: 20016 |

## CASE STATUS

**Adjudication Status** ● AP  - 02/03/2003 -     Accepted - Periodic Roll Payment

**Current Case Status** ● PR  - 02/03/2003 -     Periodic Roll

**Current Location** ● CBL - 06/10/2002 -     - CLAIMS EXAMINER

### COMPENSATION PAYMENT HISTORY

| Compensation Period: From - To | Rel Code | Roll Type | Payment Method | Payment Amount | Payment Date | Payment Type | Sequence Number | Cncl Chk |
|---|---|---|---|---|---|---|---|---|
| 11/26/2002-12/28/2002 | CL | Supp Pmt | Check | 2865.36 | 01/03/2003 | Disability | 00001275 | |
| 12/29/2002-01/25/2003 | CL | Supp Pmt | Check | 2382.90 | 02/07/2003 | Disability | 00002108 | |
| 01/26/2003-02/22/2003 | CL | Periodic | Check | 2381.62 | 02/22/2003 | Disability | 00046641 | |
| 02/23/2003-03/22/2003 | CL | Periodic | Check | 2381.62 | 03/22/2003 | Disability | 00046594 | |
| 03/23/2003-04/19/2003 | CL | Periodic | Check | 2381.62 | 04/19/2003 | Disability | 00046632 | |

NEW CASE ● Compensation Payments ✓ Compensation Tracking
➔ Resolved Bills    Unresolved Bills ●●● AQS HOME PAGE ✖ HELP !

Counselor's Report
Page 31 of 37

PAGE 03/03

04/28/2003  18:21  202___  76        U.S. Department ... Labor

Employment Standards ...stration
Office of Workers' Comp...tion Programs

This form is provided for the purpose of obtaining a duty status report for the employee named below. This request does not constitute authorization for payment of medical expense by the Department of Labor, nor does it invalidate any previous authorization issued in this case. This request for information is authorized by law (5 USC 8101 et seq.) and is required to obtain or retain a benefit. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and the OMB Cir. A-108. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

OMB No.     1215-0103
Expires:    10-31-99

OWCP File Number
(If known)
250499664

| SIDE A - Supervisor: Complete this side and refer to physician | SIDE B - Physician: Complete this side |
|---|---|
| 1. Employee's Name (Last, first, middle)  Austin Jan Lanece | 8. Does the History of Injury Given to You by the Employee Correspond to that Shown in item 5?  ☑ Yes ☐ No (if not, describe) |
| 2. Date of Injury (Month, day, yr.)  12/5/96    3. Social Security No.  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 | |
| 4. Occupation  Clerk | 9. Description of Clinical Findings  Severe (R8)... |
| 5. Describe How the Injury Occurred and State Parts of the Body Affected | 10. Diagnosis Due to Injury  finger...  CR.    11. Other Disabling Conditions |
| 6. The Employee Works  8 Hours Per Day    5 Days Per Week | 12. Employee Advised to Resume Work?  ☑ Yes, Date Advised    ☐ No |
| 7. Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or Intermittently, and Give Number of Hours. | 13. Employee Able to Perform Regular Work Described on Side A?  ☐ Yes, if so ☐ Full-Time or ☐ Part-Time _____ Hrs Per Day  ☑ No, if not, complete below: |

| Activity | Continuous | Intermittent | | Continuous | Intermittent | |
|---|---|---|---|---|---|---|
| a. Lifting/Carrying State Max Wt. | #lbs 0-10 | #lbs 10-100 | 8 Hrs Per Day | #lbs 0 | #lbs 5 | 8 Hrs Per Day |
| b. Sitting | | X | 2 Hrs Per Day | | 8 | 8 Hrs Per Day |
| c. Standing | X | | 6 Hrs Per Day | | X | 1 Hrs Per Day |
| d. Walking | | X | 2 Hrs Per Day | | X | 2 Hrs Per Day |
| e. Climbing | | X | 1/2 Hrs Per Day | | X | 0 Hrs Per Day |
| f. Kneeling | | X | 1/2 Hrs Per Day | | X | 0 Hrs Per Day |
| g. Bending/Stooping | | X | 1 Hrs Per Day | | X | 0 Hrs Per Day |
| h. Twisting | | X | 1/2 Hrs Per Day | | X | 0 Hrs Per Day |
| i. Pulling/Pushing | | X | 1 Hrs Per Day | | X | 0 Hrs Per Day |
| j. Simple Grasping | | X | 6 Hrs Per Day | | X | 0 Hrs Per Day |
| k. Fine Manipulation (includes keyboarding) | | X | 6 Hrs Per Day | | X | 8 Hrs Per Day |
| l. Reaching above Shoulder | | X | 6 Hrs Per Day | | X | 8 Hrs Per Day |
| m. Driving a Vehicle (Specify) | | X | 1 Hrs Per Day | | X | 0 Hrs Per Day |
| n. Operating Machinery (Specify) | N/A | | Hrs Per Day | N/A | | 0 Hrs Per Day |
| o. Temp. Extremes | N/A | | range in degrees F | | | 0 Hrs Per Day |
| p. High Humidity | N/A | | Hrs Per Day | | | range in degrees F |
| q. Chemicals, Solvents, etc. (Identify) | N/A | | Hrs Per Day | | | 0 Hrs Per Day |
| r. Fumes/Dust (Identify) | N/A | | Hrs Per Day | | | 0 Hrs Per Day |
| s. Noise (Give dBA) | | | ?-5 dBA  3 5 Hrs Per Day | | | dBA  0 Hrs Per Day |

RECEIVED  JUL 08 2002  BY INJURY COMPENSATION OFFICE  4443 MARTIN DR, LG 20066-7805

8. Other (Describe)

No lifting above 5 lbs.
No prolonged standing longer
than 30 min. without a break
Patient needs back support
+ no dangling of the
feet. No walking longer than 30   These are permanent

| 14. Are Interpersonal Relations Affected Because of a Neuropsychiatric Condition? (e.g. Ability to Take Supervision, Meet Deadlines, etc.) ☐ Yes ☐ No (Describe) | |
|---|---|
| 15. Date of Examination  7/10/02 | 16. Date of Next Appointment PTC |
| 17. Specialty  Orthopedic | 18. Tele... 962... |
| 19. Physician's Signature | 20. Date  7/15/02 |

Form CA-17
Rev. January 1997