# EXHIBIT 16

UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAN AUSTIN )
)
Complainant, )
)
v. )
) Agency Case No.: 4K-200-0045-03
)
JOHN E. POTTER, )
Postmaster General )
United States Postal Service )
)
Agency. )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)

*FEB 1 1 2005*

## REQUEST FOR HEARING

I am requesting the appointment of an Administrative Judge pursuant to Title 29, Code of Federal Regulations, Part 1614.108(g). I am certifying that either more that 180 days have passed since I have filed my formal complaint or I have received a notice form the Postal Service that I have thirty (30) days within which to request a hearing.

I certify that I have sent a copy of this request for a hearing to the following person at the Postal Service:

Office of EEO Compliance and Appeals
United States Postal Service
Capital Metro Operations
PO Box 1730
Ashburn, VA 20146-1730

SCANNED

I understand that if I have not provided the Postal Service with a copy if this hearing request, this request will not be processed and an Administrative Judge will not be appointed or, if an Administrative Judge is appointed, my request will be place on the inactive docket until such time as I inform the agency of my request for a hearing.

Date: 2/8/05

Antoini M. Jones, Esquire
6811 Kenilworth Avenue
Suite 210
Riverdale, Maryland 20737
(301) 277-0770

Gibson, Jones & Associates, LLP
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL™

7004 1350 0001 3802 8871

UNITED STATES POSTAL SERVICE

0000    20146

U.S. POSTAGE
PAID
UPPER MARLBORO, MD
20772
FEB 10, 05
AMOUNT
$4.42
0010054510

Office of EEO Compliance and Appeals
United States Postal Service
Capital Metro Operations
PO Box 1730
Ashburn, VA 20146-1730