# EXHIBIT 18

## UNITED STATES POSTAL SERVICE
### EQUAL EMPLOYMENT OPPORTUNITY CASE
### IN THE MATTER OF

| | |
|---|---|
| Jan L. Austin, <br>    Complainant, <br><br>      v. <br><br> John E. Potter, <br> Postmaster General, <br> U. S. Postal Service, <br> Capital Metro Operations, <br>    Agency. | Date: August 4, 2005 <br><br> Agency Case No. 4K-200-0045-03 <br><br> EEOC No. 100-2005-00361X |

## NOTICE OF FINAL ACTION

This will be the Agency's **Notice of Final Action**, in accordance with 29 C.F.R., Part 1614.110(a) on the above-cited discrimination complaint filed on April 19, 2003.  The complainant alleged discrimination based on race (African American), sex (Female), age (DOB: 3/27/59) physical disability (on-the-job-back injury) when: (1) on August 24, 2002, she began performing an additional duty working in the postal store that was not in line with your limited medical restrictions; (2) on October 5, 2002, management told her that she could not sit while assisting customers; (3) on October 5, 2002, management told her that they no longer had any work for her and demanded that she leave the premises immediately or the police would be called and (4) on October 5, 2002, management told her not to return on October 7, 2002, to her regular assignment duties of passport processing.

On July 19, 2005, EEOC Administrative Judge Frances del Toro issued a summary judgement decision finding no discrimination by the agency against the complainant.  This decision was received by the Postal Service on July 21, 2005.

I have reviewed the entire record and I have decided to implement the decision of the Administrative Judge.

## COMPLAINANT'S APPEAL RIGHTS

### Right to file a civil action

If you are dissatisfied with this final agency decision, you may file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of this decision.  If you choose to file a civil action, that action should be captioned <u>Jan L. Austin vs John E. Potter, Postmaster General, U.S. Postal Service</u>. You may also request the court to appoint an attorney for you and to

authorize the commencement of that action without the payment of fees, costs, or security in such circumstances as the court deems just. Your application must be filed within the same 90-day time period for filing the civil action.

### Appeal to the Equal Employment Opportunity Commission

In lieu of filing a civil action, you may appeal to the Equal Employment Opportunity Commission **within 30 calendar days** of the date of your receipt of this decision, or, if you are represented by an attorney, **within 30 calendar days** of your attorney's receipt of the decision. The appeal must be in writing and filed with the Director, Office of Federal Operations, Equal Employment Opportunity Commission, PO Box 19848, Washington, DC 20036-9848, or by personal delivery to 1801 L Street NW 5th Floor, Washington, DC 20507, or facsimile to (202) 663-7022. The complainant should use PS Form 3573, Notice of Appeal/Petition, (attached to the agency's decision) and should indicate what he or she is appealing. Any supporting statement or brief must be submitted to the EEOC within 30 calendar days of filing the appeal. A copy of the appeal and any supporting documentation must also be submitted to the agency's designated office: Office of EEO Compliance and Appeals, U. S. Postal Service, Capital Metro Operations, P. O. Box 1730, Ashburn, VA 20146-1730. In or attached to the appeal to the EEOC, you must certify the date and method by which service of the appeal was made on the agency's office.

Failure to file within the 30-day period could result in the EEOC's dismissal of the appeal unless you explain, in writing, extenuating circumstances which prevented filing within the prescribed time limit. In this event, extending the time limit and accepting the appeal will be discretionary with the EEOC.

If you file an appeal with the EEOC's Office of Federal Operations, you may thereafter file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of the Office of Federal Operations' decision. A civil action may also be filed after 180 calendar days of your appeal to the EEOC, if you have not received a final decision on your appeal.

Alexander B. Branch
A/Manager, EEO Compliance & Appeals
Capital Metro Operations

Attachments:
1. Certificate of Service
2. PS Form 3573, "Notice of Appeal/Petition" (Complainant and Complainant's representative, if an attorney)

*UNITED STATES POSTAL SERVICE*
*EQUAL EMPLOYMENT OPPORTUNITY CASE*
*IN THE MATTER OF*

*Jan L. Austin, Complainant*
*Agency Case No. 4K-200-0045-03*
*EEOC No. 100-2005-00361X*

### CERTIFICATE OF SERVICE

For timeliness purposes, it is presumed that the Notice of Final Action was received by the following individuals within five (5) calendar days after it was mailed on the date indicated below.

**COMPLAINANT:**
JAN L AUSTIN
5036 11TH STREET NE
WASHINGTON DC 20017-2848

**COMPLAINANT'S REPRESENTATIVE:**
ANTOINI M JONES
ATTORNEY AT LAW
6811 KENILWORTH AVENUE SUITE 210
RIVERDALE MD 20737-1333

**AGENCY'S REPRESENTATIVE:**
AYOKA CAMPBELL ESQ
US POSTAL SERVICE
CAPITAL METRO LAW OFFICE
400VIRGINIA AVENUE SW SUITE 650
WASHINGTON DC 20024-2730

**ADMINISTRATIVE JUDGE:**
FRANCES DEL TORO
ADMINISTRATIVE JUDGE
WASHINGTON FIELD OFFICE
1801 L STREET NW SUITE 100
WASHINGTON DC 20507-0001

A copy of the Agency's Notice of Final Action and the Administrative Judge's findings and conclusions were sent to:

**MANAGER, HUMAN RESOURCES**
CAPITAL PERFORMANCE CLUSTER
U S POSTAL SERVICE
900 BRENTWOOD ROAD NE
WASHINGTON DC  20066-9994

**MANAGER, EEO DISPUTE RESOLUTION**
CAPITAL PERFORMANCE CLUSTER
U S POSTAL SERVICE
9201 EDGEWORTH DRIVE
CAPITOL HEIGHTS MD  20790-7606

August 4, 2005
Date

OFFICE OF EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS
US POSTAL SERVICE
PO BOX 1730
ASHBURN VA  20146-1730



UNITED STATES
POSTAL SERVICE

OFFICE OF EEO COMPLIANCE & APPEALS
PO BOX 1730
ASHBURN VA 20146-1730



DULLES VA 201
PM
05 AUG 2005



First Class Mail
Postage & Fees Paid
U.S.P.S.
Permit No. CODE

20024+2730

AYOKA CAMPBELL, ESQ
CAPITAL METRO LAW OFFICE
400 VIRGINIA AVENUE SW #650
WASHINGTON DC 20024-2730

RECEIVED

AUG 0 8 2005

CAPITAL METRO AREA LAW OFFICE
U.S. POSTAL SERVICE