# EXHIBIT 1

CAPITAL DISTRICT

**UNITED STATES POSTAL SERVICE**

Date: _December 16, 1996_

Subject: **LIMITED DUTY JOB OFFER**

To: _Christian_ Claim #: _____ SSN#: _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_

Reference is made to your job related injury.
As you know, current medical evidence from your physician indicates that you are capable of performing limited duty work. Please be advised that suitable limited duty work is available and so offered In accordance with your physician's recommendations, we have identified the following limited duty position:

INSTALLATION: _Friendship Station_
TOUR OF DUTY: _II_          PAY LOCATION: _O/L_
SCHEDULED HOURS: _9:00 am – 6:00 pm_
OFF DAYS: _SUN/FRI_
PHYSICAL LIMITATIONS: _____
_See attached_

DUTIES: _answer, inquires, accept-notices, age help_

Your assignment is effective: _12/16/96 – 1/16/96_

NOTICE: Please be advised that refusal of this offer may negatively affect future compensation entitlements. According to Title 5, USC 8106(c) a partially disabled employee who either refused to seek suitable work, or who refuses or neglects to work after suitable work is offered, is not entitled to compensation.

_____
Supervisor's Signature

I accept your position offer.
_____ _12/16/96_
Name                  Date

I reject your Offer.
_____ _____
Name                  Date

900 BRENTWOOD ROAD NE
WASHINGTON DC 20066

Exhibit _2_
Page _1_ of _1_