# EXHIBIT 5



# INJURY COMPENSATION

**Handbook EL-505**                                    **October 1995**

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
FORMS

Appendix D

# Forms

## Contents

| | |
|---|---|
| CA-1 | Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation |
| CA-2 | Notice of Occupational Disease and Claim for Compensation |
| CA-2a | Federal Employee's Notice of Recurrence of Disability and Claim for Continuation of Pay/Compensation |
| CA-3 | Report of Termination of Disability and/or Payment |
| CA-5 | Claim for Compensation by Widow, Widower, and/or Children |
| CA-5b | Claim for Compensation by Parents, Brothers, Sisters, Grandparents, or Grandchildren |
| CA-6 | Official Superior's Report of Employee's Death |
| CA-7 | Claim for Compensation on Account of Traumatic Injury or Occupational Disease |
| CA-8 | Claim for Continuing Compensation on Account of Disability |
| CA-10 | What a Federal Employee Should Do When Injured at Work |
| CA-11 | When Injured at Work |
| CA-13 | Work Injury Benefits for Federal Employees |
| CA-16 | Authorization for Examination and/or Treatment |
| CA-17 | Duty Status Report |
| CA-20 | Attending Physician's Report |
| CA-20a | Attending Physician's Supplemental Report |
| CA-35A | Evidence Required in Support of a Claim for Occupational Disease |
| CA-35B | Evidence Required in Support of a Claim for Work-Related Hearing Loss |
| CA-35C | Evidence Required in Support of a Claim for Asbestos-Related Illness |
| CA-35D | Evidence Required in Support of a Claim for Work-Related Coronary/Vascular Condition |

————

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
FORMS

| | |
|---|---|
| CA-35E | Evidence Required in Support of a Claim for Work-Related Skin Disease |
| CA-35F | Evidence Required in Support of a Claim for Work-Related Pulmonary Illness (not asbestosis) |
| CA-35G | Evidence Required in Support of a Claim for Work-Related Psychiatric Illness |
| CA-35H | Evidence Required in Support of a Claim for Work-Related Carpal Tunnel Syndrome |
| CA-801 | Postcard |
| CA-1207 | Application for Reinstatement of Leave |
| Form 35 | Payroll Summary and Certification |
| Form 50 | Notification of Personnel Action |
| Form 202 | Health Benefits Refund Payment Authorization |
| Form 557 | Application for Reward |
| Form 1314 | Regular Rural Carrier Time Certificate |
| Form 1769 | Accident Report |
| Form 1903-DZ | Invoice and Statement |
| Form 2240 | Pay, Leave, or Other Hours Adjustment Request |
| Form 2243 | PSDS Hours Adjustment Record |
| Form 2485 | Medical Examination and Assessment |
| Form 2488 | Authorization for Medical Report |
| Form 2489 | Identification of Physical/Mental Disability |
| Form 2491 | Medical Report — First Aid Injuries |
| Form 2556 | Third Party Statement of Recovery |
| Form 2557 | Employee's Third-Party Recovery Statement |
| Form 2559 | Third Party Claim-Information Request |
| Form 2560 | Referral of Third Party Material |
| Form 2562 | Injury Compensation Program — Notice of Potential Third Party Claim |
| Form 2573 | Request — OWCP Claim Status |
| Form 2577 | Assignment of Claim to the USPS |

**426**

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
FORMS

| | |
|---|---|
| Form 3544 | Post Office Receipt for Money |
| Form 3956 | Authorization for Medical Attention |
| Form 3971 | Request for or Notification of Absence |
| Form 6105 | Disclosure of Information About Employees to Collective Bargaining Agents |
| Form 7381 | Requisition for Supplies, Services, or Equipment |
| Form1500a | Instructions for Completeing OWCP 1500 Health Insurance Claim Form |
| Form1500 | Health Insurance Claim Form |
| OWCP-3 | Injured Worker's Rehabilitation Status Report |
| OWCP-5a | Work Capacity Evaluation Psychiatric/Psychological Problems |
| OWCP-5b | Work Capacity Evaluation Cardiovascular/Pulmonary Conditions |
| OWCP-5c | Work Capacity Evaluation Musculoskeletal Conditions |
| OWCP-6 | Initial Interview Letter |
| OWCP-9 | Rehabilitation Case Record |
| OWCP-11 | Notification of Due Process for Failure to Cooperate |
| OWCP-35 | Routine Referral and Award |
| SF-127 | Request for Official Personnel Folder |
| SF-2809 | Health Benefits Registration Form |
| SF-2810 | Notice of Change in Health Benefits Enrollment |

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
FORMS

This page intentionally left blank

————

OWCP Form CA-7 Instructions
## Claim for Compensation on Account of Traumatic Injury or Occupational Disease

# Summary

### Purpose

CA-7 serves to claim compensation or schedule award for any of the following:

a.  A wage loss for a period of disability, which is greater than three days, resulting from either a traumatic injury or an occupational disease.

b.  A schedule award for permanent impairment of a member or function of the body which resulted from either a traumatic or an occupational injury.

c.  A loss in wage-earning capacity, i.e., when the employee has been permanently reassigned to a lower level position without saved pay, and the reassignment was due to permanent partial disability resulting from either a traumatic or an occupational injury.

d.  A request of a buy-back of personal leave used during periods when OWCP compensation was authorized.

### When to Prepare

The form is prepared when either disability for work extends beyond the authorized period of continuation of pay (COP), or, when compensation is requested for disability and/or absences from work due to an occupational claim.

### General Instructions and Preparation Responsibilities

To prepare the CA-7, ensure that the following steps are completed:

1.  The ICCO provides the employee a CA-7 as required or requested.

2.  The employee or representative completes Items 1–20 and returns the completed form to the control office/point.

3.  The *employee* is responsible for having the attached CA-20 completed by the treating physician and submitting it to the control office or point.

4.  The control office completes Items 21–38, as required. If the employee does not enter his or her file number in Item 2, the ICCO should enter it, if it is available.

When an employee is in COP status and medical evidence indicates that the period of total disability will extend more than 3 days after the 45th day of COP, the ICCO will initiate the following procedures.

(1)  Provide a CA-7, with the CA-20 attached, to the employee after the 30th day of COP. Instruct the employee to return the completed forms within 7

INJURY COMPENSATION

OWCP Form CA-7 Instructions (continued)

calendar days to preclude interruption of pay. The entire period of disability supported by competent medical authority may be claimed on the CA-7.

(2) The ICCO will forward the completed CA-7 and CA-20 to the OWCP by the 40th calendar day of COP. If the CA-20 has not been returned with the CA-7, submit the CA-7 to the OWCP and advise them that the employee has not returned the required medicals.

When an employee is disabled due to a traumatic injury but is ineligible for COP, a CA-7 may be initiated after 3 days of disability and the employee may either enter a LWOP status or use sick or annual leave. If personal leave is used, the employee will be advised of the buy-back procedures.

When disability is realized following the submission of a CA-2 for an occupational illness or disease, the CA-7 will be sent to the OWCP, along with medical evidence if not already submitted, no later than 5 days after the period claimed for compensation (Item 4).

### Filing and Distribution

For filing and distribution, do the following:

a.  Send the original CA-7, CA-20, and medical reports to the OWCP by the control office.

b.  File a copy of the forms submitted in the claimant's injury compensation file.

c.  Provide copies of the medical reports to the medical or health unit as appropriate.

**Note:** If disabled, and the employee returns to work prior to the submission of Form CA-7, completion of Item 33 will eliminate the need for filing a Form CA-3. However, if your local OWCP District Office requests a CA-3, submit.

## Instructions

**A. Items 1–20 will be completed by the employee or representative.**

1.  Claimant's *complete* name; last, first, middle. Enter "NMN" if no middle name.

2.  If either a traumatic claim (CA-1) or an occupational claim (CA-2) has been submitted, enter the file number, if it is available.

3.  SSN consists of 9 digits.

4.  Enter inclusive dates covering the period(s) for which compensation is being claimed. If intermittent periods are claimed, use separate sheet to list each period.

    In the block following Item 4, identified as "Hours," enter the exact number or *work* hours within the period(s) for which compensation is being claimed.

OWCP Form CA-7 Instructions (continued)

5. If the CA-7 is being submitted to request a scheduled award in accordance with 5 U.S.C 8107, check *Yes*. *If a scheduled award is claimed, Items 4, 6, and 7 are not completed and such claim should not include a claim for compensation.*

6. Check *Yes* if pay was received for either personal leave (annual/sick or for work performed *for anyone* during the period(s) listed in Item 4). This must include the Postal Service, other federal agencies, private industry, or *self-employment*.

7. If *no* income was received from *any* source during the period listed in Item 6, enter "NA."

8. a. If pay was received during the period(s) listed in Item 4, *enter actual pay received, before deductions*. If income was received from non-USPS employment, list each source separately with the related, gross pay received, and enter the period of employment for periods(s).

   b. If self-employed and a salary or wage is not paid, claimant will enter the salary or wage which would have been paid to an employee of the claimant performing similar duties for the same number of hours.

9. Was a claim, or will a claim, be made against a third party responsible for the claimed injury or illness. Check appropriate box.

10. Self-explanatory.

11. If a third party claim has been settled, enter the gross recovery. If a third party case has not been settled, enter "Pending."

12. Check appropriate box. If *Yes*, complete *a, b,* and *c*. If block *c* is completed, be sure that the specific disability for which VA compensation is being provided is identified.

13. Check appropriate box. If *Yes*, complete *13a, b,* and *c.*

14. A wife or husband is a dependent if he or she is living with the claimant. A child is a dependent if he or she either lives with or receives support payments from the claimant, and he or she: (1) is under 18; or (2) is between 18 and 23 and is a full-time student; or (3) is incapable of self-support due to physical or mental disability. If space is insufficient to list all dependents, add a continuation sheet.

15. Indicate if employee is making support payments for dependents listed in Item 14.

16. If support payments are ordered by a court, a copy of the court order must be attached.

17. If Item 16 is *Yes*, complete this Item, completely, for each person the claimant is making support payments. Use additional sheets if necessary.

18. Include the specific amount of support paid (per week, month, etc.) for *each* person listed in Item 17.

INJURY COMPENSATION

OWCP Form CA-7 Instructions (continued)

19. Be sure that the claimant has read and understands the certification statement and *penalty statement.* In addition, show the claimant the *Privacy Act* statement, contained on the back of the instruction page.

20. Self-explanatory

**B. Items 21–38 will be completed by the ICCO.**

21. Enter claimant's grade and level or step, and appropriate date(s) if applicable.

   – If claimant is either a bargaining unit full-time or part-time regular, enter annual salary in Item 21a.

   – If claimant is either a bargaining unit part-time flexible or irregularly scheduled career employee, enter the average weekly pay for the preceding year, or for the period of employment if employed for less than one year.

   – If claimant is a casual (NTE) employee, enter the hourly wage.

   – If claimant is a salaried, non bargaining unit employee, enter annual salary.

   – If claimant is entitled to Territorial COLA , enter amount in Item 21.d and identify entry as "COLA."

22. If a claimant was paid either Sunday premium or nighttime differential, compute amount of each category paid during either the previous year, or, for the period of employment if employed for less than one year. If Item 21 was reported:

   – By annual salary, enter gross amount of each premium each per annum.

   – By average weekly pay, enter average amount of each premium paid per week.

**Note:** Casual (NTE) employees do not receive premium pay.

23. Self-explanatory.

24. Self-explanatory.

25. Answer *No* if employee is a casual or other type of temporary hire.

26. Self-explanatory.

**Note:** Those ICCO with WCIS terminals may also access the DDE/DR system to obtain the data for Items 27 and 28.

27. Check appropriate box.

   If *Yes* is checked, provide appropriate 3 character code. Refer to claimant's OPF.

   Enter the last date of the last pay period from which health benefits and optional life insurance (OLI) deductions were made. If deductions did not stop, enter "Not interrupted."

OWCP Form CA-7 Instructions (continued)

28. Refer to Standard Form 2817 in claimant's OPF.

29. *Note: These entries should agree with the dates shown in Item 4.*

    If, during period(s )of disability, the employee used either sick or annual leave, enter specific dates  by category of leave. If employee received holiday or administrative leave pay, indicate periods of same and type of leave.

30. Enter period(s) of COP. If claim is due to an occupational disease or illness, this Item does not apply.

31. Enter month, day, year, *and time* employee entered a LWOP status.

32. Refer to Item 4.

33. If claimant did not stop work, enter "NA."

    If claimant lost time from work and has returned, enter the *date and time* for each period of disability alleged or reported as being due to the condition claimed. Return date(s) and time(s) should compliment Items 4 and 32.

34. If claimant did not stop work, enter "NA."

    If claimant did not stop work but has not returned, enter "Has not returned."

    If claimant returns to work with the same workday schedule as shown in Item 23, enter "Refer to Item 23."

    If claimant returns to a new workweek schedule that is fixed, circle days scheduled.

    If claimant has a variable or rotating schedule, enter either "variable" or "rotating" and circle days scheduled during week of return to work.

35. If claimant did not stop work, enter "NA."

    Check the appropriate box and if the work assignment has changed due to the injury, describe the new position or assignment by attaching a copy of either the  limited duty or rehabilitation job offer.

36. If claimant did not stop work, enter "NA."

    If claimant did stop work but has not returned, enter "Has not returned."

    If claimant did stop work, enter pay information if different from Item 21; or, if same as 21, refer to the appropriate entry.

37. Before completing the form, the person completing it should read the certification notice in Item 37; and, if the supervisor cannot so certify, he or she should provide specific documentation/information. Enter commercial telephone number.

38. Self-explanatory. Enter commercial telephone number.

INJURY COMPENSATION

This page intentionally left blank

OWCP Form CA-7

| Claim for Compensation On Account of Traumatic Injury or Occupational Disease | U.S. Department of Labor Employment Standards Administration Office of Workers' Compensation Programs |

**Employee Statement**

| 1. Name of Employee    Last                First                Middle | 2. OWCP File Number |
|---|---|

| 3. Social Security Number | 4. Period of wage loss for which compensation is claimed   From   mo.   day   yr.   Thru   mo.   day   yr. | Hours | 5. Is this a claim for a schedule award?  ☐ Yes  ☐ No |
|---|---|---|---|

| 6. Has any pay been received for period shown in item 4?  ☐ Yes  ☐ No | 7. If yes, amount   From   mo.   day   yr.   Thru   mo.   day   yr. |
|---|---|

| 8. Was claim made against 3rd party?  ☐ Yes  ☐ No | 9. Name of 3rd party or insurance carrier |
|---|---|

| 10. Has the claim been settled? Give amount recovered. | Address |
| | City                State                Zip |

| 11. Have you ever applied for or received benefits from the Veterans Administration based on disability incurred while serving in the Armed Forces of the United States?  ☐ Yes  ☐ No   If Yes, furnish ▶ | a. Claim number | b. Address of VA office where claim is filed | c. Nature of disability and monthly payment |
|---|---|---|---|
| 12. Have you applied for or received an annuity under the U.S. Civil Service Retirement Act or any other Federal Retirement or Disability Law?  ☐ Yes  ☐ No   If Yes, furnish ▶ | a. Claim number | b. Date annuity began   mo.   day   yr. | c. Amount of monthly payment  $ |

**Dependents**

| 13. List your dependents  Name | Date of Birth   mo.   day   yr. | Relationship | Living with you? (yes/no) | Mailing Address if different from your own |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| 14. Support information for above dependents Are you making support payments for a dependent shown above?  ☐ Yes  ☐ No | 15. Were support payments ordered by a court? If so, attach copy of court order.  ☐ Yes  ☐ No |
|---|---|

16. If yes, support payments are made to:   Last                First                Middle

Street

| City                State                Zip | 17. Amount                Per |
|---|---|

**Signature of Employee**

18. I hereby make claim for compensation because of the injury sustained by me while in the performance of my duty for the United States, said injury not being due to wilful misconduct on my part or to my intention to bring about the injury or death of myself or another, or to my intoxication. I have been disabled because of this injury and have not refused or failed to perform any work I was able to do during the period for which compensation is claimed, and every statement above is true to the best of my knowledge and belief.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud, to obtain compensation under the Federal Employees' Compensation Act, or who knowingly accepts compensation to which that person is not entitled is subject to felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment, or both.

Employee's signature                Date (Mo., day, year)

19. Employee's home mailing address (include Zip Code)

Street

| City                State                Zip |
|---|

Form CA-7
Rev. Oct. 1988

INJURY COMPENSATION

OWCP Form CA-7 (continued)

**Statement of Official Superior**

| 21. Pay Rate As Of: | a. Base Pay | b. Subsistence | c. Quarters | d. Other (Specify) |
|---|---|---|---|---|
| Date of Injury | $ per | $ per | $ per | $ per |
| Date Employee Stopped Work | $ per | $ per | $ per | $ per |

22. If employee received additional pay, identify type and show amount

☐ Premium Pay | per |          ☐ Night Pay | per |

☐ Sunday Pay | per |          ☐ Other (identify) | per |

| 23. Show work schedule for week pay stopped ☐ Sun ☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri ☐ Sat | 24. Did employee work in position for 11 months prior to injury? ☐ Yes ☐ No |
|---|---|

25. If not, would position have afforded employment for 11 months but for the injury? ☐ Yes ☐ No     26. Total length of federal civilian service     Yrs.  Mos.

**Health Benefits and Optional Life Insurance**

| 27. Was the employee enrolled in a Health Benefits Program at first opportunity, or for 5 years prior to the date pay stopped? ☐ Yes ☐ No | 28. Was the employee enrolled in an Optional Life Insurance Program on the date pay stopped? ☐ Yes ☐ No |
|---|---|
| If yes, give code | If yes, was employee enrolled in Option ☐ A ☐ B ☐ C |
| Ending date of the pay period in which HBS / OLI Deductions were last made?  mo.  day  yr. | If Option B, show number of multiples |

**Leave and Continuation of Pay**

29. Type and inclusive dates employee received leave for any part of period since stopping work. Specify type of leave, SICK, ANNUAL, or OTHER

| Type of Leave | From mo. day yr.  Thru mo. day yr. | Type of Leave | From mo. day yr.  Thru mo. day yr. |
|---|---|---|---|
| Type of Leave | From                Thru | Type of Leave | From                Thru |

30. If employee received continuation of pay (COP), give dates.

| 31. Date all pay stopped     Hour mo. day yr.        :  ☐ AM ☐ PM | 32. Period for which compensation is claimed From mo. day yr.  Thru mo. day yr. |
|---|---|

**Return to Duty**

| 33. Date returned to work     Hour mo. day yr.        :  ☐ AM ☐ PM | 34. Work schedule when returned to work ☐ Sun ☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri ☐ Sat |
|---|---|

| 35. Did the work assignment change because of disability resulting from the injury? ☐ Yes ☐ No Describe. | 36. Pay rate on return to work $              Per |
|---|---|

**Certification**

37. A supervisor who knowingly certifies to any false statement, misrepresentation, or concealment of fact, with respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

Signature of supervisor _____     Date _____

Supervisor's title _____

Agency name & address _____     Office phone _____

38. If OWCP needs specific pay information the person who should be contacted is    ☐ Supervisor  ☐ Other: Name _____     Phone _____

OWCP Form CA-7 (continued)

## INSTRUCTIONS FOR COMPLETING FORM CA-7

If the employee does not qualify for continuation of pay (for 45 days), the form should be completed and filed with the OWCP as soon as pay stops. The form should also be submitted when the employee reaches maximum improvement and claims a schedule award. If the employee is receiving continuation of pay and will continue to be disabled after 45 days, the form should be filed with OWCP 5 working days prior to the end of the 45-day period.

**EMPLOYEE** (or person acting on the employee's behalf) - Complete items 1 through 20 and submit the form to the employee's supervisor.

**SUPERVISOR** (or appropriate official in the employing agency) - Complete items 21 through 38 and promptly forward the form to OWCP.

**ITEM EXPLANATIONS** - Some of the items on the form which may require further clarification are explained below:

| Item Number | Explanation |
|---|---|
| 4) Period of Wage Loss for which Compensation is Claimed | Enter inclusive dates covering the period for which you are claiming compensation. If intermittent periods are claimed, use a separate sheet to list each period individually. |
| 5) Is This a Claim for a Schedule Award? | Schedule awards are paid for permanent impairment to a member or function of the body. A claim for a schedule award should not be made on the same form as a claim for compensation for wage loss; rather, a separate CA-7 should be used. |
| 6) Has Any Pay Been Received for Period Shown in Item 4? | This question includes leave pay and COP received from the Federal job in which you were injured; and pay for work actually performed, whether at the Federal job in which you were injured or at other employment (including self-employment). |
| 7) If Yes, Amount | Give the amount of pay received and the period for which it was paid. If there is more than one period, or more than one source of pay, explain fully on a separate sheet. |
| 9) Was Claim Made Against 3rd Party? | A third party is an individual or organization (other than the injured employee or the Federal government) who is liable for the injury. For instance, the driver of a vehicle causing an accident in which an employee is injured, the owner of a building where unsafe conditions cause an employee to fall, and a manufacturer who gave improper instructions for the use of a chemical to which an employee is exposed, could all be considered third parties to the injury. |
| 14) List Your Dependents | Your wife or husband is a dependent if he or she is living with you. A child is a dependent if he or she either lives with you or receives support payments from you, and he or she: 1) is under 18; or 2) is between 18 and 23 and is a full-time student; or 3) is incapable of self-support due to physical or mental disability. |
| 22) If Employee Received Additional Pay, Identify Type and Show Amount | "Additional Pay" includes night differential, Sunday premium, holiday premium, and any other type (such as hazardous duty or "dirty work" pay) regularly received by the employee, but does not include pay for overtime. If the amount of such pay varies from pay period to pay period (as in the case of holiday premium or a rotating shift), then the total amount of such pay earned during the year immediately prior to the date of injury or the date the employee stopped work (whichever is greater) should be reported. |
| 29) Type and Inclusive Dates Employee Received Leave for Any Part of Period Since Stopping Work | Enter inclusive dates covering each period of leave. If leave was used for more than four individual periods, continue on a separate sheet. If leave was used for part of each day during a period, state how many hours were used per day; if the number of hours used per day varied, use a separate sheet to list each day. |
| 30) Dates of Pay Continuation (COP) During Period of Disability | Enter the period of Continuation of Pay (see form CA-1 for a full explanation). If the injury was not a traumatic injury reported on form CA-1, this item does not apply. |
| 31) Date All Pay Stopped | No compensation is payable for temporary total disability until the employee enters a non-pay status; therefore, item 30 refers to termination of all pay, including leave. Compensation is not payable for the first three days of disability after the end of any COP unless the disability exceeds 14 calendar days. |

INJURY COMPENSATION

This page intentionally left blank

OWCP Form CA-17 Instructions

# Summary

### Purpose

To keep the ICCO and the OWCP office informed of the injured or ill employee's ability to return to either limited or full duty.

### Prepared By

1. SIDE A.
   a. For initial disability: direct supervisor.
   b. For continuing full or partial disability: ICCO
2. SIDE B: Treating Physician

### When to Prepare

1. After initial injury to accompany the CA-16.
2. For continuing total disability for each medical visit; or at a minimum of each two weeks.
3. For continuing limited duty or follow up examinations when employee has returned to duty.

### General Procedures

1. The appropriate official completes Side A
2. The employee delivers this form, along with the CA-16, job descriptions, and OWCP Form 1500 as appropriate, to the treating physician.
3. The treating physician will complete Side B of the form and either give it, along with the approved job descriptions, to the employee for immediate return to the ICCO or, if necessary, mail to the ICCO in the envelope provided.

### Filing and Distribution

Filing and distribution procedures are as follows:

1. ICCO will forward the *original* of the form to OWCP (**Note:** the form instructions state to send a copy to OWCP, however the USPS policy is to send the original CA-17 to OWCP)
2. Keep a *copy* in the Injury Compensation file.

INJURY COMPENSATION

OWCP Form CA-17 Instructions (continued)

## Instructions

Side A  is to be completed by the immediate supervisor/control office/point.

1.   Claimant's complete name; last name, first name, and middle name.

     (Enter "NMN" if no middle name)

2.   Date of injury; Item 10 or 21 on the CA-1 or Item 29 on the CA-2.

3.   SSN consists of NINE digits.

4.   Occupation (employee's title).

5.   Brief description of injury or illness and part(s) of body affected. Refer to Item 13 and 14 on the CA-1 or Item 14 on the CA-2.

6.   Work schedule

7.   Complete as accurately as possible based on the work the employee *actually* performs in his or her *regular assignment.*

**Note:**  The attending physician completes Side B. A physician's assistant, nurse practitioner, nurse, or other person not within the FECA definition of a physician is not acceptable as the certifying physician. Certification by a physician's assistant will be acceptable if such certification is countersigned by a physician.

FORMS

OWCP Form CA-17

| Duty Status Report | **U.S. Department of Labor**<br>Employment Standards Administration<br>Office of Workers' Compensation Programs |  |
|---|---|---|

| This form is provided for the purpose of obtaining a duty status report for the employee named below. This request does not constitute authorization for payment of medical expense by the Department of Labor, nor does it invalidate any previous authorization issued in this case. This request for information is authorized by law (5 USC 8101 et seq.). Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and the OMB Cir. A-108. | OMB No. 1215-0103<br>Expires: 10-31-84<br><br>OWCP File Number (if known) |
|---|---|

| SIDE A – Supervisor: Complete this side and refer to physician | SIDE B – Physician: Complete this side |
|---|---|
| 1. Employee's Name (Last, first, middle) | B. Does the History of Injury Given to You by the Employee Correspond to that Shown in Item 5?  ☐ Yes  ☐ No (if not, describe) |
| 2. Date of Injury (Month, day, yr.)  3. Social Security No. | |
| 4. Occupation | 9. Description of Clinical Findings |
| 5. Describe How the Injury Occurred and State Parts of the Body Affected | 10. Diagnosis Due to Injury   11. Other Disabling Conditions |

| 6. The Employee Works<br>Hours Per Day        Days Per Week | 12. Employee Advised to Resume Work?<br>☐ Yes, Date Advised ___ / ___ / ___   ☐ No |
|---|---|

7. Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or intermittently, and Give Number of Hours.

13. Employee Able to Perform Regular Work Described on Side A?
☐ Yes, if so  ☐ Full-Time  or ☐ Part-Time _____ Hrs Per Day
☐ No, if not, complete below:

| Activity | Continuous | Intermittent | | Continuous | Intermittent | |
|---|---|---|---|---|---|---|
| a. Lifting/Carrying: State Max Wt. | #lbs. | #lbs. | Hrs Per Day | #lbs. | #lbs. | Hrs Per Day |
| b. Sitting | | | Hrs Per Day | | | Hrs Per Day |
| c. Standing | | | Hrs Per Day | | | Hrs Per Day |
| d. Walking | | | Hrs Per Day | | | Hrs Per Day |
| e. Climbing | | | Hrs Per Day | | | Hrs Per Day |
| f. Kneeling | | | Hrs Per Day | | | Hrs Per Day |
| g. Bending/Stooping | | | Hrs Per Day | | | Hrs Per Day |
| h. Twisting | | | Hrs Per Day | | | Hrs Per Day |
| i. Pulling/Pushing | | | Hrs Per Day | | | Hrs Per Day |
| j. Simple Grasping | | | Hrs Per Day | | | Hrs Per Day |
| k. Fine Manipulation (includes keyboarding) | | | Hrs Per Day | | | Hrs Per Day |
| l. Reaching above Shoulder | | | Hrs Per Day | | | Hrs Per Day |
| m. Driving a Vehicle (Specify) | | | Hrs Per Day | | | Hrs Per Day |
| n. Operating Machinery (Specify) | | | Hrs Per Day | | | Hrs Per Day |
| o. Temp. Extremes | | | range in degrees F | | | range in degrees F |
| p. High Humidity | | | Hrs Per Day | | | Hrs Per Day |
| q. Chemicals, Solvents, etc. (identify) | | | Hrs Per Day | | | Hrs Per Day |
| r. Fumes/Dust (identify) | | | Hrs Per Day | | | Hrs Per Day |
| s. Noise (Give dBA) | | | dBA Hrs Per Day | | | dBA Hrs Per Day |

t. Other (Describe)

14. Are Interpersonal Relations Affected Because of a Neuropsychiatric Condition? (e.g. Ability to Give or Take Supervision, Meet Deadlines, etc.) ☐ Yes ☐ No (Describe)

| 15. Date of Examination | 16. Date of Next Appointment |
|---|---|
| 17. Specialty | 18. Tax Identification Number |
| 19. Physician's Signature | 20. Date |

INJURY COMPENSATION

OWCP Form CA-17 (continued)

### INSTRUCTIONS FOR COMPLETING DUTY STATUS REPORT

**SUPERVISOR:** Complete Side A and refer the form to the physician to complete Side B. Fill in the address of the Employing Agency and the appropriate OWCP District Office in the spaces below. Enter the OWCP file number in the top right corner.

**PHYSICIAN:** Complete Side B, sign and return to the employing agency within 2 days to prevent interruption of the employee's income. Fill in your name and address.

> **Medical Facility Name and Address**

Send Original Report to:

> **Employing Agency Address**

Send a Copy of This Report to:

> **OFFICE OF WORKERS' COMPENSATION PROGRAMS**

**CERTIFICATION:** BY SIGNING BLOCK 19 ON THE FRONT OF THIS FORM, THE PHYSICIAN CERTIFIES AS FOLLOWS:

I CERTIFY THAT ALL THE STATEMENTS IN RESPONSE TO THE QUESTIONS ASKED ON THIS FORM CA-17 ARE TRUE, COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE. FURTHER, I UNDERSTAND THAT ANY KNOWINGLY FALSE OR MISLEADING STATEMENT, OR MISREPESENTATION OR CONCEALMENT OF MATERIAL FACT, MAY SUBJECT ME TO FELONY CRIMINAL PROSECUTION.

I FURTHER UNDERSTAND THAT THIS REQUEST DOES NOT CONSTITUTE AUTHORIZATION FOR PAYMENT OF MEDICAL EXPENSES BY THE DEPARTMENT OF LABOR, NOR DOES IT INVALIDATE ANY PREVIOUS AUTHORIZATION ISSUED IN THIS CASE.

**Public Burden Statement**

We estimate that it will take an average of 5 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0103), Washington, D.C. 20503.

**DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES**

For sale by the Superintendent of Documents, U* Tovernment Printing Office, Washington, D.C. 20402

Form CA-17
Rev. July 1991

**HBK EL-505, Injury Compensation, December 1995**
Definitions

Appendix C
# Definitions

| | |
|---|---|
| assignment | A written agreement whereby the injured employee or beneficiary transfers his/her right to recover damages from a third party to the USPS and such offer is accepted by the USPS. (See Chapter 10.) |
| beneficiary | An individual who is entitled to certain benefits under the Act when the employee dies as a result of the job-related injury. (See Chapter 1.) |

benefits    Any of the following:

1. Continuation of pay (COP) paid by USPS. (COP is not considered "compensation" by the OWCP.)

2. Money paid to claimants by the OWCP because of loss of wages or earning ability.

3. Money paid in the form of schedule awards (e.g., loss of finger).

4. Money paid as reimbursement for medical diagnostic and treatment services supplied under FECA.

5. Money paid to survivors of employees whose death is job-related.

6. Certain payments to individuals who are participating in an approved vocational rehabilitation program. (See Chapter 1.)

burden of proof    The claimant's responsibility to provide evidence to substantiate the following five features of the claim:

1. The time.

2. The fact of USPS employment.

3. The fact of injury.

4. The fact of performance of duty.

5. The existence of causal relationship between job and injury. (See Chapter 8.)

| | |
|---|---|
| challenge | The formal administrative procedure through which USPS management presents evidence to OWCP to dispute any element of an employee's claim for benefits that appears questionable. (See Chapter 8.) |
| chargeback | The system of billing Postal Service Headquarters for payments related to OWCP-approved claims and then having them charged to the local USPS installation having jurisdiction over the employee at the time of the injury or illness. (See Chapter 12.) |

**417**

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
DEFINITIONS

| | |
|---|---|
| claim | An assertion, in writing, of an individual's entitlement to benefits under FECA. This claim must be submitted on the required form. |
| | 1. A claim may be filed for a traumatic injury (Form CA-I), an occupational illness or disease (Form CA-2), or death (Form CA-5 or 5B). |
| | 2. A claim for injury may include reimbursement for the replacement or repair of medical braces, artificial limbs, and other prosthetic devices, and for such time lost while such devices or appliances are being replaced or repaired. However, a claim is not appropriate for the replacement or repair of eyeglasses and hearing aids unless the damage or destruction is a direct result of a personal job-related injury requiring medical services. (See Chapters 3 and 4.) |
| claimant | An individual whose claim for benefits and/or compensation has been filed in accordance with FECA. |
| claims examiner | An OWCP employee possessing special training and experience in claims adjudication. |
| compensation | See *benefits*. *Compensation* refers to all listed items except COP. |
| continuation of pay (COP) | A benefit a traumatically injured employee may request, i.e., continuation of his/her regular pay with no charge to sick leave or annual leave for the first 45 calendar days of disability. COP is subject to taxes and all other usual payroll deductions. The 45-day calendar period begins at the start of the employee's first full tour following the day of injury, or the first day following the disability, whichever occurs sooner. COP can be received only if the disability begins within 90 days of the occurrence of the injury. (See Chapter 4 and Chapter 13.) |
| contract medical provider | A duly licensed physician or medical facility under contract with the USPS and designated to perform specific medical duties. (See Chapters 2 and 6.) |
| control office | See *injury compensation control office*. |
| control point | An individual designated by an installation head (or functional manager in large installation). Control point personnel are trained to coordinate certain program activities with the control office. Their responsibilities include the authorization of medical treatment (i.e., issuance of Form CA-16, *Request for Examination and/or Treatment*) and to review medical documentation to determine the employee's duty status. (See Chapter 3.) |
| controversion | The formal administrative procedure through which USPS management presents evidence to OWCP to dispute an employee's claim for COP. (See Chapter 8.) |

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
DEFINITIONS

| | |
|---|---|
| daily roll | A system used by OWCP for the payment of compensation payments when the term of disability is not likely to exceed 60 days, unless return to work is imminent. The employee must submit Forms CA-8 to support continued payment while on the daily roll system. (Refer to FECA PM 2-811.) |
| damages | The measure of the injury for purposes of third-party liability. The ICCO tries to recover compensatory damages (compensation for the injury). The two types of damages are: |

1. Special damages (or "specials"), damages to which an exact dollar amount can be assigned, e.g., medical expenses.

2. General damages, those to which an exact dollar amount cannot be assigned, e.g., pain and suffering. (See Chapter 10.)

| | |
|---|---|
| employee | Postal Service employee to whom FECA coverage extends, i.e., a full-time, part-time, or temporary (including casual and transitional) employee, regardless of length of time on the job or type of position. (See Chapter 8.) |
| Employee Assistance Program (EAP) | A USPS program designed to assist employees who have job performance or conduct problems due to personal or job-related issues. The EAP provides assessment, short-term counseling, referral, and case management services to help employees maintain productivity. If there is a strong suspicion or evidence that an employee's personal or job-related problem has directly or indirectly caused an injury, an EAP referral should be initiated. Referrals and subsequent participation must be in compliance with EAP established procedures. |
| Federal Employees' Compensation Act | Statutory provisions that are the source of entitlement to workers' compensation benefits for Federal workers as cited in Title 5, United States Code, 8101, as amended in 1974. (See Chapter 1.) |
| fitness-for-duty examination (FFD) | A physical examination conducted by a physician for the USPS (i.e., contract medical provider) to determine the employee's current medical status. The results of the FFD are documented on Form 2485, *Medical Examination and Assessment*, which becomes part of the OWCP case file. A copy is also maintained in the employee's official medical folder. The purposes of a FFD are to evaluate medical status, to confirm or verify limited duty capabilities, and/or to assist in the rehabilitation effort. (See Chapter 6.) |
| first-aid injury | A work-related minor injury that requires no more than two medical visits, the second of which is to confirm full recovery. (See Chapters 3 and 4.) |

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
DEFINITIONS

| | |
|---|---|
| health unit | A unit in a designated postal facility professionally staffed with one or more nurses who provide nursing services, first-aid treatment, and triage to injured employees. The health unit nurses are supervised by the occupational health nurse administrator (OHNA). (See Chapter 6.) |
| injury | Traumatic or occupational injury. Includes damage to or destruction of medical braces, artificial limbs, and other prosthetic devices. The term does not include damage or destruction of eyeglasses and hearing aids, unless the damage is a direct result of a personal job-related injury requiring medical services. |
| injury compensation control office | The office that administers and controls all aspects of the injury compensation program within the installation in which it is domiciled and/or its defined area of responsibility. (See Chapter 1.) |

labor distribution code (LDC)    A payroll code number that identifies the major work assignment of the employee. The LDC's pertaining to Injury Compensation are:

1. LDC 68: LIMITED DUTY workhours of injured employee who is temporarily working in a modified assignment, either part- or full-time (see *limited duty*). LDC 68 should not be used when injured employee is performing:

    a. Core duties of regular assignment with minor modification or accommodation.

    b. Full duties of existing position other than his/her regular assignment.

    c. Same duties as those of regular position at another location.

2. LDC 69: REHABILITATION PROGRAM workhours of injured employee who is permanently working in a modified assignment, either part- or full-time (see Rehabilitation Program). LDC 69 should not be used when injured employee is permanently assigned to:

    a. Core duties of regular assignment with minor modification or accommodation.

    b. Another existing position for which he/she can perform core duties.

    c. Residual vacancy for which he/she can perform the core duties.

| | |
|---|---|
| lien | A claim on the recovery of damages in order to satisfy a debt. (See Chapter 10.) |

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
DEFINITIONS

| | |
|---|---|
| light duty | An assignment (temporary or permanent) of an employee partially disabled from a non-job-related injury or illness. Light duty assignments are subject to the "Light Duty" provisions of the applicable collective bargaining agreement and must be initiated by the employee in writing. |
| limited duty | A temporary assignment to accommodate a temporary partial disability as a result of a job-related injury (employee is expected to return to full duty or prognosis not yet determined; employee has not been declared permanently partially disabled). See *LDC 68* and *modified assignment*. (See Chapter 7.) |
| medical emergency | An injury or sudden and unexpected onset of a condition requiring immediate medical care. Some problems are emergencies because if not treated promptly they might become more serious (e.g., animal bites, eye injuries, deep cuts, broken bones). Others are emergencies because they are potentially life-threatening (e.g., heart attacks, strokes, weapon wounds, sudden inability to breathe). (See Chapter 3.) |
| modified assignment | A temporary or permanent assignment designed to accommodate the specific medical restrictions of an injured employee. Normally, individual tasks are identified and combined to develop a modified assignment. These tasks are usually subfunctions and may be from multiple positions. Assigned tasks must be fully consistent with the physical limitations specified by the appropriate medical authority. (See Chapters 7 and 11.) |

monthly pay

The greatest of the following:

1.  Monthly pay at time of injury,

2.  Monthly pay at time disability begins.

3.  Monthly pay at time compensable disability recurs if the recurrence begins more than 6 months after the injured employee resumes full-time employment with the USPS or other government agency.

negligence

Failure to act as an ordinary prudent person would act under the same or similar circumstances when such failure is the proximate cause of an injury. (See Chapter 10). Both third-party negligence and employee negligence are factors in third-party liability cases. Negligence may be:

1.  *Comparative* greater or lessor wrongdoing of the third party or employee when their negligence is compared. The total recovery is reduced by the proportion of negligence by the employee.

2.  *Contributory* contributing to the injury. In certain states, contributory negligence by the employee bars recovery of damages.

**421**

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
DEFINITIONS

| | |
|---|---|
| occupational illness/disease | An illness or disease produced by one of the following:<br>1. Systemic infections.<br>2. Continued or repeated stress or strain.<br>3. Exposure to toxins, poisons, fumes, etc.<br>4. Other continued and repeated exposure to conditions of the work environment over a longer period of time than a single day or work shift. (See Chapter 4.) |
| occupational health nurse administrator (OHNA) | A USPS or contract nurse responsible for the administration of the National Medical Program at the district level. This responsibility includes but is not limited to supervising on-site health units, providing assistance to Postal management in all medically-related matters, and oversight of all contracted medical providers. (See Chapter 6.) |
| Office of Workers' Compensation Programs | The Office of the Department of Labor (DOL) that has overall responsibility for the administration of the Federal Employees' Compensation Act (FECA). (See Chapter 1.) |
| periodic roll | A system utilized by OWCP whereby the U.S. Treasury pays prolonged disability cases each 28 days and death cases each month automatically until advised otherwise by OWCP. (Refer to FECA PM 2-811 and 2-812.) |
| physician | Any surgeon, podiatrist, dentist, clinical psychologist, optometrist, chiropractor, or osteopathic practitioner used within the scope of his or her practice as defined by state law. Exceptions are as follows:<br>1. Chiropractors, if their reimbursable services are other than treatment consisting of manual manipulation of the spine to correct subluxation as demonstrated to exist by X ray.<br>2. Naturopaths, faith healers, and other practitioners of the healing arts, as they are not recognized as physicians within the meaning of FECA. (See Chapter 3.) |
| prima facie medical evidence | Medical evidence that indicates the employee is disabled as a result of a job-related injury. This evidence does *not* need to include a specific diagnosis, a rationalized opinion concerning causal relationship, or specific reference to the circumstances of the injury. (See Chapters 3 and 4.) |
| prosecute | Any action taken to recover damages, as from a third party. (See Chapter 10.) |
| recurrence | The reappearance of the original symptoms or pains of a previously reported and accepted injury. The recurrence must not have been caused by a specific act or series of acts. (See Chapter 5.) |

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
DEFINITIONS

| | |
|---|---|
| senior injury compensation specialist | The person who is responsible for organizing, managing and coordinating the Injury Compensation program within the boundaries of the district. This person supervises the control office staff, provides technical guidance and training to supervisors, and ensures proper program implementation. (See Chapter 1.) |
| serious injury | For purposes of third-party liability, a personal injury that results in death, dismemberment, significant disfigurement, a fracture, or permanent loss of use of a body organ, member, function, or system. (See Chapter 10.) |
| short term roll | A system utilized by OWCP whereby payment of disability compensation is made for a specified, relatively near-term period when the medical matrix or medical reports indicate full recovery within several months. The short term roll is also applicable when there is a question regarding the severity and duration of disability, or a deficiency in the medical reports. (Refer to FECA PM 2-811.) |
| subrogation | The acquisition by one person of the rights of another person to bring a claim. This can occur only if the person making payment is legally obligated to do so. Technically, the USPS is not subrogated to an injured employee's rights against the third party. Rather, it has a lien against any recovery that is made. (See Chapter 10.) |
| survivor | See *beneficiary*. |
| third-party liability | Those instances in which an injury or illness suffered by an employee is caused by a person or organization not in the employ of the USPS or any branch of the federal government. (See Chapter 10.) |
| tort | A wrongful act committed intentionally or negligently that causes injury. Third-party tort claims involve such acts resulting in injury to an employee. (See Chapter 10.) |
| traumatic injury | A wound or other condition of the body caused by external force, including stress or strain. The injury: |

1. Must be identifiable as to time and place of occurrence and member or function of the body affected.

2. Must be caused by a specific event or incident or series of events or incidents within a single day or work shift.

3. May also include damage to or destruction of prosthetic devices or appliances. (See Chapter 4.)

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
DEFINITIONS

This page intentionally left blank

# Index

## A

abbreviations, 337

abuse. *See* fraud and abuse

acceleration, Exhibit 4.6, 86

accounting. *See* timekeeping and accounting

acronyms, 337

addresses, 341

administrative leave, 315

Administrative Support Manual 353, 21

aggravation, Exhibit 4.6, 85

air mail centers, responsibilities of, 18

animal attacks, 180

annual leave. *See* sick or annual leave

annuitants, Exhibit 11.9e, 274

appeals, 14
    for reassignment or reemployment following injury or disability, 81
    of controversion or challenge decision, 153

area IC personnel
    extending modified job offer, 228
    identifying potential Rehabilitation Program participation, 218
    preparing modified job description, 225
    requesting referral for Rehabilitation Program from OWCP, 219
    responding to employee' refusal of, or refusal to respond to, modified job offer, 230
    responding to Rehabilitation Program referral package received from OWCP, 219
    responding to results of the medical examination for Rehabilitation Program, 222

area offices, responsibilities of, 17

asbestos-related illness, 25

ASM. *See* Administrative Support Manual 353

assaults, 180

assignment of claim
    deciding whether to accept assignment, 184
    Form 2577, Assignment of Claim to the USPS, 27
    pursuing recovery of damages, 184

associate area medical director, 220

attacks, 180

attendant allowance, 13

attorneys, third party liability cases, 186

authority for medical issues, 113

automobile accidents, 180

## B

bid rights, Exhibit 11.9b, 265

Bill Payment System, 116

BMCs. *See* bulk mail centers

board-certified specialists, 112

BPS. *See* Bill Payment System

Branch of Hearings and Review, 154

bulk mail centers, 34
    responsibilities of, 18

buy backs, 321

## C

CA1-through-20a series of forms, 21. *See* Appendix D

call-up messages, 292, 302
    Exhibit 12.4, 302

carpal tunnel syndrome, 25

case files
    description, 290
    Privacy Act and, 290

casual employees
    COP and, 149

HBK EL-505, INJURY COMPENSATION, DECEMBER 1995
INDEX

providing COP for, 311
recording COP for, 314
recording limited duty for, 316

casual relationships, Exhibit 4.6, 85

CE. *See* claims examiner

CFR. *See* Code of Federal Regulations

challenge. *See* controversion and challenge

Chargeback Report, 293

children. *See* dependents

chiropractors, 45

choice of physician
advising employee of rights, responsibilities, and the initial choice of physician, Exhibit 3.5a, 51
ensuring right to, 45
sample letter: employee absences covered by FMLA, Exhibit 3.5c, 56
sample letter: employee absences not covered by FMLA, Exhibit 3.5b, 54

Civil Service Retirement System
disability retirement, 78
dual benefits, 13

Claim Activity Tracking Log, 294

Claim Control Register, 293, 294

claim package, 150

claim status records, 289

claims administration heirarchy, 19

claims examiner, Exhibit 11.1, 243

claims management
conditions for compensation of claims, Exhibit 4.6, 83
conditions for COP, Exhibit 4.16, 87
considering a former or current employee for reemployment, 80
contacting employee's family in case of death, 71
determining if the traumatic injury claim is reportable, 64
determining whether employee is eligible to participate in in-house rehabilitation program, 75

determining whether to separate or not to separate an employee after remaining in an LWOP-IOD status, 76
employee rights and responsibilities in extended cases, Exhibit 4.19a, 90
ensuring recognition of appeal rights, 81
ensuring that eligible employees receive health benefits refund, 79
formally notifying OWCP of a death, 70
initiating actions for continuing health benefits enrollment, 74
initiating compensation for totally disabled employee, 74
initiating health benefits refund, 80
investigating a death from a traumatic injury or potentially from an occupational disease or illness, 70
making an initial assessment following verbal notification of a traumatic injury, 65
monitoring a partially disabled employee, 73
monitoring medical documentation to determine RTW date, 73
overview, 63
processing documentation for a traumatic injury, 65
providing COP, 72
responding to employee's election of COP, sick, or annual leave, 71
responding to notice of a potential occupational disease or illness, 68
reviewing CA-1, 66
reviewing CA-2, 69
reviewing occupational disease or illness claim information for integrity, 69
reviewing the medical documentation to assess the duty status following a traumatic injury, 66
reviewing traumatic injury information for integrity, 67
sample letter: leave buy back policy, Exhibit 4.19b, 91
sample letter: request for transfer of FEHB enrollment to OWCP, Exhibit 4.20a, 92
sample letter: transfer of FEHB enrollment to OWCP, Exhibit 4.20b, 93

HBK EL-505, INJURY COMPENSATION, DECEMBER 1995
INDEX

separating an employee in LWOP-OD status from USPS rolls, 77
submitting occupational disease or illness claim package to OWCP or retaining it., 69
submitting traumatic injury claim package, 68

Code of Federal Regulations, 19

COLAs. See cost-of-living adjustments

collective bargaining agreement, Exhibit 11.7c, 258

compensation
for loss of wage-earning capacity, 12
for traumatic injuries or occupational illnesses, Exhibit 3.5a, 52
for wage loss, 10

computer systems, Exhibit 12.4, 302

consequential injuries, Exhibit 5.1, 101

consumer price index, 13

continuation of pay
authorizing and recording for regular rural carriers, 316
authorizing and recording for substitute rural carriers, 316
controverting and withholding, Exhibit 4.16, 87
following nonemergency accident or illness, 42
for employees being terminated, 313
for traumatic injuries or occupational illnesses, Exhibit 3.5a, 51
general provisions for, 10
management of 45-day entitlement period, 71, 73
providing for full-time, part-time, transitional, casual, or temporary employees, 311
providing, Exhibit 4.16, 87
recording for full-time, part-time, transitional, casual, or temporary employees, 314
recording for noncareer temporary rural carriers, 317
recovering excessive hours, 320
temporary assignments and, 149
terminating, Exhibit 4.16, 87

timekeeping work sheet, Exhibit 13.1, 324
tracking time for, 310
withholding and terminating, Exhibit 4.16, 87

continued case management, 73, 75

contract medical provider, 113
1-year follow-up FFD after modified job assignment, 236
evaluating results of medical examination for Rehabilitation Program, 222

control offices, responsibilities of, 18

control point personnel
See also designated control point personnel
authorizing medical treatment in an emergency, 40
determining duty status, 50
investigating the claim, 49
monitoring the claim, 50
responsibilities of, 18

controversion and challenge
adjusting pay when OWCP approves, 318
definition, 147
determining if entire claim, or a portion of, should be controverted or challenged, 148
disputing the transcript findings, 155
ensuring that the employee is informed of his or her rights and obligations, 153
establishing a basis for, 148
notifying employee, 152
overview, 147
preparing the package, 149
responding to the appeal decision, 156
responding to the OWCP's formal decision, 152
reviewing case and making appropriate arrangements, 155
sample letter: challenge of claim for which fact of injury is disputed requirement, Exhibt 8.3b, 158
sample letter: challenge of claim for which performance of duty is disputed requirement, Exhibt 8.3c, 160

**HBK EL-505, Injury Compensation, December 1995**
Index

sample letter: challenge of claim for which postal employee is disputed requirement, Exhibt 8.3a, 157

sample letter: controversion of COP in which time is variant for disputed requirement, Exhibit 8.3d, 161

sample letter: controversion of partial COP period for which causal relatiinship is disputed requirement, Exhibit 8.3e, 162

sample letter: employee's notice of claim denial, Exhibit 8.6, 164

sample letter: employee's notice of controverted or challenged claim, Exhibit 8.5, 163

submitting package to OWCP, 151

Controversion/Challenge Status Report, 293

COP. See continuation of pay

COP Tracking Log, 294

coronary/vascular condition, 25

cost-of-living adjustments, 13
    Exhibit 11.9e, 275

counseling services, Exhibit 11.1, 246

court appearances, 319

cover letters, 150

credibility, Exhibit 10.10c, 199

CSRS. See Civil Service Retirement System

CSS. See customer service and sales

current employee status, Exhibit 11.9d, 272

Customer Service and Sales, responsibilities of, 18


**D**

damages, definitions of, 179

death benefits, 12

death of an employee
    contacting employee's family, 71
    formally notifying OWCP, 70
    investigating a death from traumatic injury or occupational disease or illness, 70

definitions, 347

Department of Veteran's Affairs, dual benefits, 14

dependents
    death benefits, 13
    informing of compensation in case of death, 71

designated control point personnel
    initiating health benefits refund, 80
    initiating medical treatment in a nonemergency, 45
    leave and compensation administration, 318, 319
    pay adjustments and recovery, 320, 322
    providing COP, 72
    timekeeping and accounting for COP, 317, 318

direct causation, Exhibit 4.6, 85

disability annuitant
    OPM notification of reemployment of, Exhibit 11.11c, 282
    status, Exhibit 11.9d, 272

disability retirement, 78

disabled employees
    See also in-house rehabilitation program; limited duty program management; recurrence of disability; rehabilitation program
    considering a former or current employee for reemployment, 81
    determining whether employees is eligible to participate in in-house rehabilitation program, 75
    determining whether to separate an employee after remaining in LWOP-OD status, 76
    Early Nurse Intervention Program, Exhibit 6.2a, 119
    employee rights and responsibilities in extended cases, Exhibit 4.19a, 90
    ensuring recognition of appeal rights, 81
    ensuring that eligible employees receive health benefits refund, 79
    initiating actions for continuing health benefits enrollment, 74

initiating compensation for totally disabled employee, 74

initiating health benefits refund, 80

monitoring a partially disabled employee, 73

separating an employee in LWOP-OD status from USPS rolls, 77

distribution clerk, Exhibit 7.5b, 143

district HR manager

initiating management refusal action for modified job offer, 223

injury compensation unit responsibilities, 32, 33

districts, responsibilities of, 18

DOL. See U.S. Department of Labor

dual benefits, 13

due process, 231

duty status

See also limited duty program management

ensuring that medical evidence substantiates status, 108

following a traumatic injury or occupational illness, 50

reviewing medical documentation following traumatic injury, 67

**E**

Early Nurse Intervention Program. See Nurse Intervention Program

ECAB. See Employee's Compensation Appeals Board

ELM. See Employee and Labor Relations Manual 540

emergencies. See medical emergencies

Employee and Labor Relations Manual 540, 21

employee entitlements

advising employee of rights, responsibilities, and the initial choice of physician, Exhibit 3.5a, 52

attendant allowance, 13

compensation for loss of wage-earning capacity, 12

compensation for wage loss, 10

continuation of regular pay, 10

cost-of-living adjustments, 13

death benefits, 12

medical care, 16

sample letter: employee absences covered by FMLA, Exhibit 3.5c, 56

sample letter: employee absences not covered by FMLA, Exhibit 3.5b, 54

schedule awards, 11

vocational rehabilitation, 11

employee records. See records management

employee responsibilities

advising employee of rights, responsibilities, and the initial choice of physcian, Exhibit 3.5a, 52

notifying OWCP of traumatic injury or occupational illness, 38

sample letter: employee absences covered by FMLA, Exhibit 3.5c, 56

sample letter: employee absences not covered by FMLA, Exhibit 3.5b, 54

employee status, 132

Exhibit 4.6, 83

obligations for rehabilitation positions, Exhibit 11.7c, 258

Employees' Compensation Appeals Board, 15

employees' Compensation Appeals Board

decisions of, 20

review of controversion or challenge decision, 154

Employees' Compensation Commission, 9

Employment Standards Administration, 9

estimated earning capacity, Exhibit 11.6b, 253

evidence required in support of a claim, 25

extended claims management, 75, 80

Exhibit 4.19a, 90

**F**

fact of injury, Exhibit 4.6, 83

faith healers, 45

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
INDEX

falling, 180

false claim penalty, 16

false statement penalty, 15

Family and Medical Leave Act, 10
  12-week leave allowance, 41
  Notice for Employees Requesting Leave for Conditions Covered by the Family and Medical Leave Act, 58
  relevant provision of, 16
  sample letter: employee absences covered by FMLA, Exhibit 3.5c, 56
  sample letter: employee absences not covered by FMLA, Exhibit 3.5b, 54

FECA. *See* Federal Employees Compensation Act

Federal (FECA) Procedure Manual, Part 2, Claims, 20

Federal (OWCP) Procedure Manual, Part 3, Rehabilitation, 20

Federal Employee's Retirement System
  disability retirement, 78
  dual benefits, 13

Federal Employees Compensation Act
  appeal rights, 14
  appeal rights for reassignment or reemployment following injury or disability, 82
  background information, 9
  conditions for compensation of claims, Exhibit 4.6, 83
  dual benefits, 13
  eligibility, 10
  employee entitlements, 10
  obtaining copies, 19
  penalties, 15
  purpose of, 9
  third party liability, 14
  withdrawal of a claim, 15

Federal Employees Health Benefits Program
  request for transfer of FEHB enrollment to OWCP, Exhibit 4.20a, 92
  transfer of FEHB enrollment to OWCP, Exhibit 20b, 93

federal income, dual benefits, 14

Federal Records Centers, 220, 345

FEHB. *See* Federal Employees Health Benefits Program

FERS. *See* Federal Employees' Retirement System

FFD. *See* fitness-for-duty examination

first-line supervisors. *See* supervisors

fit for full duty
  ensuring that medical evidence substantiates status, 108
  following a traumatic injury or occupational illness, 50

fit for limited duty
  ensuring that medical evidence substantiates status, 108
  following a traumatic injury or occupational illness, 50

fitness-for-duty examination
  1-year follow-up after modified job assignment, 236
  assessing duty status, 67
  board-certified specialist consultation scheduling, Exhibit 6.5a, 125
  consultation scheduling, Exhibit 6.5b, 127
  determining whether employee is eligible to participate in in-house rehabilitation program, 76
  initiation of, 111
  monitoring results to determine if in-house rehabilitation program job offer can be made, 239
  scheduling, Exhibit 6.4, 123

FMLA. *See* Family and Medical Leave Act

FOCUS language, 303

Form 50 actions, Exhibit 11.11b, 278

former employees
  consideration for reemployment, 81
  extending modified job offer to, 232, 233

Forms
  *See also* Appendix D
  2491, Medical Report — First Aid Injuries, 25

2556, Third Party Statement of Recovery, 26

2557, Employee's Third Party Recovery Statement, 26

2559, Third Party Claim — Information Request, 26

2560, Referral of Third Party Material, 26

2562, Injury Compensation Program — Notice of Potential Third Party Claim, 26

2573, Request — OWCP Claim Status, 26

2577, Assignment of Claim to the USPS, 27

CA-1, Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation, 21, 66

CA-10, What a Federal Employee Should Do When Injured at Work, 24

CA-11, When Injured at Work, 24

CA-13, Work Injury Benefits for Federal Employees, 24

CA-16, Authorization for Examination and/or Treatment, 24

CA-17, Duty Status Report, 24

CA-2, Notice of Occupational Disease and Claim for Compensation, 22

CA-20, Attending Physician's Report, 24

CA-20a, Attending Physician's Supplemental Report, 25

CA-2a, Federal Employee's Notice of Recurrence of Disability and Claim of Pay/Compensation, 22

CA-3, Report of Termination of Disability and/or Payment, 22

CA-5, Claim for Compensation by Widow, Widower, and/or Children, 22

CA-5b, Claim for Compensation by Parents, Brothers, Sisters, Grandparents, or Grandchildren, 23

CA-6, Official Superior's Report of Employee's Death, 23

CA-7, Claim for Compensation on Account of Traumatic Injury or Occupational Disease, 23

CA-8, Claim for Continuing Compensation on Account of Disability, 23

HCFA-1500, Health Insurance Claim Form, 25

45-day COP entitlement period, 71, 73, 310

fraud and abuse
definition, 167
Inspection Service Reward Program, 170
monitoring cases, 170
overview, 167
referral checklist, Exhibit 9.3a, 171
responding to notification of possible case, 169
responding to possible case of, 169
sample letter:  referral memorandum, Exhibit 9.3b, 173
warning signals, 168

fraudulent benefits penalty, 16

Freedom of Information Act, 291

full-time employees
providing COP for, 312
recording COP for, 314
recording limited duty for, 316

funeral and burial expenses, 12

G

general office records, 289

General Service Credit. Exhibit 11.9e, 273

General Services Administration, 234

good faith understanding, 228

government's lien
calculating, Exhibit 10.10c, 200
notice to the attorney, Exhibit 10.12a, 207
notice to the employee and request for further information, Exhibit 10.11c, 206
notice to the employee, Exhibit 10.11a, 204
notice to the employee, Exhibit 10.14, 210
notice to third party and/or insurer, Exhibit 10.11b, 205
notifying attorney in third party liability case, 186
notifying employee in third party liability case, 185

GSA. See General Services Administration

guaranteed time, 315

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
INDEX

Guide for Managing Injuries, November 1994, 21

## H

H routes, Exhibit 13.6, 325

Handbook EL-515, 20

Handbook F-21, 21

Handbook F-22, 21

HCFA-1500, 25

health benefits refund, 322

Health Benefits Refund Program, 79

hearing loss, 25

hearing transcripts, 155

hearings, 15
for controversion or challenge decision, 154

HR. See Human Resources

HRIS. See Human Resource Information System

Human Resource Information System
function and description, Exhibit 12.4, 302
records management, 292
tracking a limited duty program, 133

Human Resources, 17

## I

IC specialist
requesting referral for Rehabilitation Program from OWCP, 219
responding to Rehabilitation Program referral package received from OWCP, 219

ICAS. See Injury Compensation Activity Summary

ICCO. See injury compensation control office

ICCO personnel
assisting employee in reporting a recurrence of disability, 44
authorizing medical treatment in a nonemergency, 45

authorizing medical treatment in an emergency. See designated control point personnel

considering a former or current employee for reemployment, 80

contacting employee's family in case of death, 71

contacting OHNA for assistance in claims management, 115

contacting the treating physician, 110

denying access to IC files, 296

determining if a traumatic injury is reportable, 64

determining whether employee is eligible to participate in in-house rehabilitation program, 75

determining whether requester may be allowed access to records, 295

determining whether to separate or not to separate an employee after remaining in an LWOP-IOD status, 76

ensuring recognition of appeal rights, 81

ensuring that eligible employees receive health benefits refund, 79

ensuring that medical evidence substantiates injured employee's duty status, 108

establishing a formal limited duty program, 132

establishing an informal limited duty program, 132

establishing files, 291

formally notifying OWCP in case of a death, 70

granting access to IC file, 297, 298

initiating a fitness-for-duty examination, 111

initiating a fitness-for-duty examination consultation, 112

initiating actions for continuing health benefits enrollment, 74

initiating compensation for totally disabled employee, 74

initiating health benefits refund, 80

initiating medical treatment in a nonemergency, 45

**664**

investigating a death from a traumatic injury or potentially from an occupational disease or illness, 70

leave and compensation administration, 318

limited duty program management, 132

maintaining and closing files, 292

maintaining logs, registers, and reports, 293

making an initial assessment following verbal notification of a traumatic injury, 65

managing third party liability cases, 180, 188

meeting controversion and challenge obligations, 148, 156

modified job offer assignments, 224, 230

monitoring a partially disabled employee, 73

monitoring injured employee's return to work, 234

monitoring medical documentation to determine RTW date, 73

notifying OWCP of employee's return to work following recurrence of disability, 100

obtaining information not found in IC files, 298, 299

pay adjustments and recovery, 320, 322

preparing an IC case file, 294

processing documentation for a traumatic injury, 65

processing medical bills, 116

providing COP, 72

providing in-house rehabilitation program, 239, 242

responding after fitness-for-duty examination decision, 112

responding to employee's election of COP, sick, or annual leave, 71

responding to notice of a potential occupational disease or illness, 68

responding to notice of recurrence of disability, 99

responding to results of the medical examination for Rehabilitation Program, 222

responsibilities of, 18

reviewing CA-1, 66

reviewing CA-2, 69

reviewing medical bills, 116

reviewing medical documentation, 109

reviewing occupational disease or illness claim information for integrity, 69

reviewing the medical documentation to assess the duty status following a traumatic injury, 66

reviewing traumatic injury claim information for integrity, 67

scheduling and monitoring results of 1-year follow-up FFD after modified job assignment, 224

separating an employee in LWOP-OD status from USPS rolls, 77

submitting occupational disease or illness claim package to OWCP or retaining it., 69

submitting traumatic injury claim package to OWCP, 68

timekeeping and accounting for COP, 310, 317

illness. *See* occupational illness or disease; traumatic injuries and occupational illnesses

IME. *See* independent medical examination

independent medical examination, 113

in-house rehabilitation program
  determining whether employee is eligible to participate in in-house rehabilitation program, 75
  extending job offer, 240
  identifying potential participants, 239
  obligation, 217
  responding to employee's acceptance of job offer, 241
  responding to employee's refusal of job offer, 240
  responding to injured employee's return to work, 242
  sample letter: refusal of job offer, Exhibit 11.21, 286
  scheduling and monitoring results of FFD to determine if a job offer can be made, 239

injured-on-duty employees. *See* rehabilitation program

injuries. *See* traumatic injuries and occupational illnesses; injuries beyond first aid

Injury Action Checklist, Exhibit 3.13, 60

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
INDEX

injury beyond first aid, 108

Injury Claim Log, 292

Injury Compensation Activity Summary, 293

injury compensation control office
  notification of nonemergency accident or
    illness, 40
  program records, 289

Injury Compensation for Federal Employees,
  February 1994, 20

injury compensation unit
  authorizing injury compensation positions, 32
  centralizing the processing of IC forms and
    paperwork, 33
  management of claims, 33
  overview, 31
  supplying an adequate stock of forms,
    sample letters, and supplies, 32
  supplying office equipment, 33

Inspection Service. *See* Postal Inspection
  Service

Inspection Service Reward Program, 170

installations, responsibilities of, 18

intervening causes. Exhibit 5.1, 101

intervening injuries, Exhibit 5.1, 102

investigating the claim, 49

IOD employees. *See* injured-on-duty
  employees

**J**

J routes, Exhibit 13.6, 325

jacketed case, 169

Job-Related First Aid Injuries, 21

Joint Rehabilitation Guidelines, May 1992, 20

**K**

K routes, Exhibit 13.6, 325

**L**

lab work bills, 115

labor distribution code, Exhibit 7.1, 138

LDC. *See* labor distribution code

leave. *See* sick or annual leave; administrative
  leave

leave buy back policy, 321
  Exhibit 4.19b, 91
  sample letter, Exhibit 13.19a, 332

leave credit, Exhibit 11.9c, 267

leave types, Exhibit 13.12, 327

leave without pay/injured on duty status
  1-year allowance, 76
  following a traumatic injury or occupational
    illness, 50
  for partially disabled employees following
    traumatic injury, 75
  notifying personnel, 319
  personnel notification, Exhibit 13.14a, 328
  timekeeping work sheet, Exhibit 13.1, 324

limited duty
  *See also* rehabilitation program
  availability of, Exhibit 6.1, 118
  following traumatic injury, 66
  monitoring a partially disabled employee, 73
  overtime and, Exhibit 7.1, 139
  part-time employees and, Exhibit 7.1, 139
  reassigning an employee, 75
  recording for full-time, part-time, transitional,
    casual, or temporary employees, 316
  recording hours for regular rural carriers, 317
  reviewing medical documentation, 109
  sample letter: termination of assignment,
    Exhibit 11.21, 286

limited duty program management, 135
  basic considerations for assignment, Exhibit
    7.1, 136
  establishing a formal program, 132

establishing an effective tracking system, 133

establishing an informal program, 132

following up after assignment is offered, 134

modified distribution clerk job description, Exhibit 7.5b, 143

offering an assignment, 134

overview, 131

priority for assignment, Exhibit 7.1, 136

questions and answers about limited duty, Exhibit 7.1, 138

sample letter:  limited duty assignments, Exhibit 7.4, 140

sample letter:  limited duty job offer, Exhibit 7.5a, 141

loss of wage-earning capacity
Exhibit 11.6b, 252
general provisions, 12

LWEC. See loss of wage-earning capacity

LWOP-IOD. See leave without pay/injured on duty status


**M**

manual logs, 302

master folder, 291

maximum medical improvement, 75

MBC. See medical bill certification form

medical bill certification form, 115

medical care
for traumatic injuries or occupational illnesses, Exhibit 3.5a, 52
general provisions for, 11

medical emergencies
authorizing medical treatment, 39
control point personnel responsibilities, 40
definition, 39
ICCO personnel responsibilities, 40
initiating medical treatment in an emergency, 39
supervisor responsibilities, 39

medical management
See also controversion and challenge
contacting OHNA for assistance in claims management, 115
contacting the treating physician, 110
Early Nurse Intervention Program, Exhibit 6.2a, 119
ensuring that medical evidence substantiates injured employee's duty status, 108
initiating a fitness-for-duty examination, 111
initiating a fitness-for-duty examination consultation, 112
medical initiatives, Exhibit 6.2a, 120
medical management services, Exhibit 6.2a, 120
overview, 107
physical capability testing, Exhibit 6.2a, 120
processing medical bills, 115
responding after fitness-for-duty examination decision, 112
reviewing medical bills, 116
reviewing medical documentation, 109
sample letter:  board-certified specialist fitness-for-duty examination consultation scheduling, Exhibit 6.5a, 125
sample letter:  employee fitness-for-duty examination consultation scheduling, Exhibit 6.5b, 127
sample letter:  employee fitness-for-duty examination scheduling, Exhibit 6.4, 123
sample letter:  limited duty availability, Exhibit 6.1, 118
sample letter:  referral consideration for the Nurse Intervention Program, Exhibit 6.2b, 122

medical management services, Exhibit 6.2a, 119

medical records, 296

medical treatment
authorizing in a emergency, 40
authorizing in a nonemergency, 47
initiating in a nonemergency, 45
initiating in an emergency, 39

Merit Systems Protection Board, 81

military retired pay, dual benefits, 14

Minneapolis Information Systems Service Center, 293

MISSC. *See* Minneapolis Information Systems Service Center

MMI. *See* maximum medical improvement

modified distribution clerk, job description. Exhibit 7.5b, 143

modified job offers
conducting pre-employment or reassignment interview with employee, 227
extending job offer, 228
identifying assignment, 224
management refusal of, 223
preparing job description, 225
responding to employee' acceptance of job offer, 229
responding to employee' refusal of, or refusal to respond to, modified job offer, 230
sample description, Exhibit 11.8a, 260

monitoring medical progress, 109

moving expenses, 233

MSPB. *See* merit system protection board

**N**

national files retention center, 292

naturopaths, 45

new employees, 38

new injuries or illnesses, Exhibit 5.1, 101

NFRC. *See* national files retention center

night differential, Exhibit 7.1, 138

noncareer employees
disability benefits, 78
providing COP for, 311, 314

nonemergency accidents or illnesses
advising employee of rights and responsibilities, 41
assisting employee in making a choice of COP or leave in a nonemergency, 42
assisting employee in reporting a recurrence of disability, 44

assisting employee in reporting an injury, 42
assisting employee in reporting an occupational illness or disease, 43
authorizing medical treatment, 46
completing and forwarding claim information, 48
determining duty status, 50
initiating medical treatment, 45
investigating the claim, 49
monitoring the claim, 50
notifying the ICCO, 40

nonreportable first aid injury, 64

not fit for duty
ensuring that medical evidence substantiates status, 108
following a traumatic injury or occupational illness, 50

Notice for Employees Requesting Leave for Conditions Covered by FMLA, 27

no-wage-earning-capacity status, 218

Nurse Intervention Program
Exhibit 11.1, 244
Exhibit 6.2a, 119
Exhibt 6.2b, 122

**O**

occupational health nurse administrator
contacting for assistance in claims management, 115
initiating a fitness-for-duty examination, 111
initiating a fitness-for-duty examination consultation, 112

occupational illness or disease
*See also* traumatic injuries and occupational illnesses
definitions, Exhibit 5.1, 101
evidence required in support of a claim, 25

office equipment, 33

Office of Personnel Management
dual benefits, 13
notification of reemployment of a disability annuitant, Exhibit 11.11c, 282

retirement benefits and schedule awards, 12

Office of Workers' Compensation Programs
  administration of FECA, 9
  background information, 9
  Branch of Hearings and Review, 154
  disposition of controversion or challenge, 152
  district office addresses, 341
  district office lockbox depository addresses, 343
  due process, 230
  evaluation of Rehabilitation Program referrals, 221
  Nurse Intervention Program, Exhibit 6.2a, 119, Exhibit 11.1, 244
  pay statuses, 218
  referral package, 219
  request for transfer of FEHB enrollment to OWCP, Exhibit 4.20a, 92
  responsibilities of, 17
  role in referring employees to Rehabilitation Program, Exhibit 11.1, 246
  submitting fraud or abuse information to, 169
  transfer of FEHB enrollment to OWCP, Exhibit 20b, 93

office setup. See injury compenstion unit

office visit bills, 115

official medical folder, 64

official personnel folder, 64, 220

OHNA. See occupational health nurse administrator

OMF. See official medical folder

OPF. See official personnel folder

OPM. See Office of Personnel Management

orthopedic disabilities, Exhibit 6.2a, 119

other paid leave, 315

out-of-pocket expenses, Exhibit 10.10c, 200

out-of-schedule premium pay, Exhibit 7.1, 138

overpayments, 320

overtime, Exhibit 7.1, 139

overview
  claims management, 63

controversion and challenge, 147

fraud and abuse, 167

injury compensation unit, 31

limited duty program management, 131

medical management, 107

records management, 289

recurrence of disability, 97

rehabilitation program, 217

third-party liability, 179

timekeeping and accounting, 309

traumatic injuries and occupational illnesses, 37

USPS Injury Compensation Program, 9

OWCP. See Office of Workers' Compensation Programs

**P**

P&D. See processing and distribution centers

Pamphlet CA-550, 20

partial disabilities, 77

part-time flexible employees
  See also casual employees
  limited duty, Exhibit 7.1. See casual employees
  obligations for rehabilitation positions, Exhibit 11.7c, 258
  providing COP for, 311
  recording COP for, 314
  recording limited duty for, 316

pay statuses, 218

penalty for false claim, 16

penalty for false statement, 15

penalty for fraudulently claiming benefits, 16

penalty for refusal to process claim, 16

pending disciplinary action, 16

performance of duty factor, Exhibit 4.6, 85

periodic roll reports, 218

permanent aggravation, Exhibit 4.6, 86

pharmaceutical bills, 115

physical capability testing, Exhibit 6.2a, 120

HBK EL-505, INJURY COMPENSATION, DECEMBER 1995
INDEX

physicians
    contacting the treating physician, 110
    contract medical providers, 113
    definitions, 45
    ensuring right to free choice of, 45

Plants, responsibilities of, 18

PM. See procedure manuals

PN. See no wage-earning-capacity

policies, 19

Postal Inspection Service, 170

Postal Reorganization Act, 10

post-reemployment or reassignment employee
    interview, Exhibit 11.16a, 284

post-reemployment or reassignment supervisor
    interview, Exhibit 11.16b, 285

PR. See regular-periodic-roll

pre-employment medical examination, sample
    letter: scheduling, Exhibit 11.4b, 249

pre-reemployment medical examination, 221

precipitation, Exhibit 4.6, 86

pre-reemployment interview, 227
    checklist, Exhibit 11.9b, 265
    sample letter: scheduling, Exhibit 11.9a, 264

pretermination notice, 152

prima facie evidence, 43

Privacy Act, 10, 21
    computer systems consideration, Exhibit
        12.4, 303
    log for accounting of IC information
        disclosure, Exhibt 12.1b, 301
    records management, 290

Privacy Act Disclosure Log, 295

Privacy Act of 1974, 290

Privacy Act Statement, Exhibit 13.16, 331

probationary periods, Exhibit 11.9b, 265

probationary periods, Exhibit 11.9c, 267

procedure manuals, 20

procedures, 19

processing and distribution centers,
    responsibilities of, 18

program administration records, 289

PSDS Supervisor's Guide, May 1992, 21

psychiatric illness, 25

psychological records, 295

public information, 297

Publication 540, 21

Publication 71, 27

Publication 71, Attachment, Exhibit 3.5c, 58

Publication CA-810, 20

pulmonary illness, 25

purpose of the handbook, 5

Q

Questions and Answers About the Federal
    Employees' Compensation Act, 20

R

RC. See rehabilitation counselor

reassignment and reemployment, 80
    restoration rights and benefits, Exhibit 11.9c,
        267

reassignment interview, 227
    checklist, Exhibit 11.9b, 265
    sample letter: scheduling, Exhibit 11.9a, 264

reassignment medical examination, 221
    sample letter: scheduling, Exhibit 11.4b, 249

reconsiderations, 15
    of controversion or challenge decision, 153

records management
    denying access to IC files, 296
    determining whether requester may be
        allowed access to records, 295
    disclosure conditions, Exhibit 12.1a, 300
    ensuring that Privacy Act requirements are
        met, 290
    establishing files, 291

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
INDEX

granting access to IC file information by mail, 298

granting access to IC file information by telephone, 298

granting on-site access to IC file information, 298

Human Resource Information System, Exhibit 12.4, 302

individual case files, 294

injury compensation case files, 290, 293

injury compensation Privacy Act log for accounting of disclosure, Exhibt 12.1b, 301

maintaining and closing files, 292

maintaining logs, registers, and reports, 293

noncompliant response to a subpoena, Exhibit 12.8, 304

overview, 289

preparing an IC case file, 294

Privacy Act consideration, Exhibit 12.4, 303

requesting materials from OWCP claim files, 298

requesting materials from the medical unit, 298

requesting permission to inspect OWCP claim files, 299

types of WCIRS reports, Exhibit 12.4, 303

using logs, registers, and reports, 292

Workers' Compensation Information System, Exhibit 12.4, 302

records retention, 292

recurrence of disability
See also disabled employees
assisting employee in reporting, 44
definition, Exhibit 5.1, 102
identifying a recurrence, 98
initiating claim forms, 98
new injuries and illnesses vs. recurrences, Exhibit 5.1, 101
notifying OWCP of employee's return to work, 100
overview, 97
responding to notice of, 99

reemployed annuitants, Exhibit 11.e, 273

Referral of Third Party Material, 26

referral package, 219

refusal to process claim penalty, 16

regular craft
Exhibit 11.7b, 257
Exhibit 7.1, 136

regular periodic roll, 218

regular schedule employees, 312

regular tour of duty
Exhibit 11.7b, 257
Exhibit 7.1, 136

regular work facility, Exhibit 7.1, 136, Exhibit 11.7b, 257

regulations, 19

rehabilitation counselor
actions taken by, Exhibit 11.1, 246
referral by rehabilitation specialist, Exhibit 11.1, 246

rehabilitation program
See also in-house rehabilitation program; vocational rehabilitation
actions taken by rehabilitation counselor, Exhibit 11.1, 246
arranging for payment of relocation expenses, 233
conducting pre-employment or reassignment interview with employee, 227
contact with agency, Exhibit 11.1, 245
contractual obligations for rehabilitation positions, Exhibit 11.7c, 258
determining appropriate action, Exhibit 11.1, 244
evaluating results of medical examinations, 220
extending job offer, 228
identifying modified job assignment, 224
identifying modified position for current or former employees who have relocated for health conditions, 233
identifying potential participants, 218
initial employee contact, Exhibit 11.1, 243
initiating job offer for a relocated injured former employee, 232
initiating management refusal action, 223

interview with the employee, Exhibit 11.1, 244

loss of wage-earning capacity, Exhibit 11.6b, 252

monitoring injured employee's return to work, 234

Nurse Intervention Program, Exhibit 11.1, 244

OPM notification of reemployment of a disability annuitant, Exhibit 11.11c, 282

overview, 217

OWCP's role in referring employees, Exhibit 11.1, 245

preparing job description, 225

questions and answers on retirement credit for time spent in receipt of OWCP benefits, Exhibit 11.9e, 273

referral to rehabilitation counselor by rehabilitation specialist, Exhibit 11.1, 246

referral to the USPS. Exhibit 11.1, 247

rehabilitation assignment priority, Exhibit 11.7b, 257

request for medical review of proposed job description, Exhibit 11.8b, 261

requesting referral for Rehabilitation Program from OWCP, 219

responding to employee' acceptance of job offer, 229

responding to employee' refusal of, or refusal to respond to, modified job offer, 230

responding to referral package received from OWCP, 219

responding to results of the medical examination, 222

restoration rights and benefits, Exhibit 11.9c, 267

retirement considerations, Exhibit 11.9d, 270

sample Form 50 actions, Exhibit 11.11b, 278

sample letter:  employee return-to-duty, Exhibit 11.11a, 277

sample letter:  employee scheduling for pre-reemployment or reassignment interview, Exhibit 11.9a, 264

sample letter:  employee scheduling for pre-reemployment or reassignment medical examination, Exhibit 11.4b, 249

sample letter:  post-reemployment or reassignment supervisor interview, Exhibit 11.16b, 285

sample letter:  post-reemployment or reassignment employee interview, Exhibit 11.16a, 284

sample letter:  pre-reemployment or pre-assignment employee interview checklist, Exhibit 11.9b, 265

sample letter:  refusal of in-house rehabilitation program job offer, Exhibit 11.21, 286

sample letter:  Rehabilitation Program job offer, Exhibit 11.8c, 262

sample letter:  request for identification of rehabilitation position, Exhibit 11.7a, 255

sample letter:  task force review letter, Exhibit 11.4a, 248

sample letter:  termination of limited duty assignment, Exhibit 11.21, 286

sample lettter:  request for concurrence on management refusal, Exhibit 11.6a, 251

sample modified job description, Exhibit 11.8a, 260

scheduling and monitoring results of 1-year follow-up FFD, 236

screening, Exhibit 11.1, 243

rehabilitation specialists, Exhibit 11.1, 235, 246

reinstatement of leave, Exhibit 13.19c, 335

relocated employees
    extended modified job offer to, 232
    moving expenses, 233

report to duty, Exhibit 11.11a, 277

request for transfer of FEHB enrollment to OWCP, Exhibit 4.20a, 92

residual vacancies, 225

resource materials, 19

restoration appeal rights, 81

restricted information, Exhibit 12.4, 303

retirement credit
    disability retirement, 78
    for time spent in receipt of OWCP benefits, Exhibit 11.9e, 273
    rehabilitation program and, Exhibit 11.9d, 270

retirement pay, dual benefits, 14

return to duty
for traumatic injuries or occupational
illnesses, Exhibit 3.5a, 52
personnel notification, Exhibit 13.14b, 329

return to work
monitoring medical documentation to
determine date of, 72, 73
notifying OWCP following recurrence of
disability, 100
of injured employee, 236

reviews, for controversion or challenge
decision, 154

Roosevelt, Theodore, 9

routine use of records, Exhibit 6.2a, 120

RS. *See* rehabilitation specialists

RTW. *See* return to work

rural carriers
authorizing and recording COP for, 316, 317
authorizing and recording limited duty hours
for, 317

rural routes
rates of pay for, Exhibit 13.6, 325
type of, Exhibit 13.6, 325

**S**

Safety and Risk Management
initiating management refusal action for
modified job offer, 223
responsibilities of, 17

salary determination, Exhibit 11.9c, 267

sample letters
board-certified specialist fitness-for-duty
examination consultation scheduling,
Exhibit 6.5a, 125
challenge of claim for which fact of injury is
disputed requirement, Exhibt 8.3b, 158
challenge of claim for which performance of
duty is disputed requirement, Exhibt 8.3c,
160
challenge of claim for which postal employee
is disputed requirement, Exhibt 8.3a, 157

controversion of COP for which time is the
disputed requirement, Exhibit 8.3d, 161
controversion of partial COP period for which
causal relationship is disputed requirement,
Exhibit 8.3e, 162
employee fitness-for-duty examination
consultation scheduling, Exhibit 6.5b, 127
employee fitness-for-duty examination
scheduling, Exhibit 6.4, 123
employee report to duty, Exhibit 11.11a, 277
employee rights, responsibilities, and choice
of physician for absences covered by
FMLA, Exhibit 3.5c, 56
employee rights, responsibilities, and choice
of physician for absences not covered by
FMLA, Exhibit 3.5b, 54
employee scheduling for pre-reemployment
or reassignment interview, Exhibit 11.9a,
264
employee scheduling for pre-reemployment
or reassignment medical examination,
Exhibit 11.4b, 249
employee's notice of claim denial, Exhibit 8.6,
164
employee's notice of controverted or
challenged claim, Exhibit 8.5, 163
Form letter CA-1207, Exhibit 13.19b, 334
fraud and abuse referral memorandum,
Exhibit 9.3b, 173
leave buy back policy, Exhibit 13.19a, 332
leave buy back policy, Exhibit 4.19b, 91
limited duty assignments, Exhibit 7.4, 140
limited duty availability, Exhibit 6.1, 118
limited duty job offer, Exhibit 7.5a, 141
memo to the USPS disbursement office
advising of disbursement to be made,
Exhibit 10.15, 211
notice to injured employee of potential third
party claim and OWCP procedures, Exhibit
10.3a, 190
notice to the attorney of the government's
lien, Exhibit 10.12a, 207
notice to the employee of the government's
lien and request for further information,
Exhibit 10.11c, 206

HBK EL-505, INJURY COMPENSATION, DECEMBER 1995
INDEX

notice to the employee of the government's lien, Exhibit 10.11a, 204

notice to the employee of the Postal Service decision to accept assignment, Exhibt 10.9b, 196

notice to the employee of the USPS decision not to accept assignment and information on the employee options, Exhibit 10.9a, 195

notice to the OWCP of third party involvement, Exhibit 10.5, 194

notice to the third party of assignment of the Postal employee's claim and request for settlement discussion, Exhibit 10.10a, 197

notice to the third party of the injury, Exhibit 10.3c, 193

notice to third party and/or insurer of the government's lien, Exhibit 10.11b, 205

personnel notification-leave without pay, Exhibit 13.14a, 328

personnel notification-return to duty, Exhibit 13.14b, 329

post-reemployment or reassignment supervisor interview, Exhibit 11.16b, 285

post-reemployment or reassignment employee interview, Exhibit 11.16a, 284

pre-reemployment or reassignment employee interview checklist, Exhibit 11.9b, 265

referral consideration for the Nurse Intervention Program, Exhibit 6.2b, 122

Rehabilitation Program job offer, Exhibit 11.8c, 262

request for concurrence on management refusal, Exhibit 11.6a, 251

request for identification of rehabilitation position, Exhibit 11.7a, 255

request for information from the employee and notice to the employee of the government's lien, Exhibit 10.14, 210

request for status and transmission of further information, Exhibit 10.12b, 209

request for transfer of FEHB enrollment to OWCP, Exhibit 4.20a, 92

request to the third party for settlement, Exhibit 10.10b, 198

second request for Form 2562, notice of potential third party claim, Exhibit 10.3b, 192

task force review letter, Exhibit 11.4a, 248

termination of limited duty assignment or refusal of in-house rehabilitation program job offer, Exhibit 11.21, 286

transfer of FEHB enrollment to OWCP, Exhibit 4.20b, 93

satellite offices, 17

schedule awards
  for traumatic injuries or occupational illnesses, Exhibit 3.5a, 53
  general provisions for, 11

screeners, Exhibit 11.1, 243

second opinions, 114

senior IC specialist
  ensuring that Privacy Act requirements are met, 290
  extending job offer to relocated employee, 232, 233
  initiating management refusal action for modified job offer, 223
  injury compensation unit responsibilities, 32, 33
  monitoring fraud and abuse cases, 170
  responsibilities of, 18
  reviewing case and making appropriate arrangements following appeal of OWCP decision, 155
  using logs, registers, and reports, 292

seniority, Exhibit 11.7c, 259

sensitive information, Exhibit 12.4, 303

separated employee status, Exhibit 11.9d, 272

settlements, third party liability cases, 188

severance pay, dual benefits, 14

"Shadrick formula," Exhibit 11.6b, 252

sick or annual leave
  authorizing during COP period, 318
  following nonemergency accident or illness, 42

HBK EL-505, INJURY COMPENSATION, DECEMBER 1995
INDEX

for traumatic injuries or occupational illnesses, Exhibit 3.5a, 52

responding to employee's election of, 71

skin disease, 25

Snow Arbitration Decision, Exhibit 11.7c, 258

Social Security Administration
disability benefits for noncareer employees, 78
dual benefits, 14

Special Postal Bulletin, August 2, 1990, 21

spouse
See also surviving spouse
death benefits, 12

"splitting the difference," Exhibit 10.10c, 200

SSA. See Social Security Administration

statutory time limits, Exhibit 4.6, 83

step increases, Exhibit 11.9c, 269

subpoena, Exhibit 12.8, 304

substitute rural carriers
authorizing and recording COP for, 316
rates of pay for, Exhibit 13.6, 325

supervisor's, contacting employee's family in case of death, 71

supervisors
acting as control point, 49
advising employee in making choice of COP or leave in a nonemergency, 42
advising employee of rights and responsibilities in a nonemergency, 42
assisting employee in reporting a recurrence of disability, 44
assisting employee in reporting an injury in a nonemergency, 42
assisting employee in reporting an occupational illness or disease, 43
authorizing medical treatment in a nonemergency, 46
completing and forwarding claim information, 48
contacting employee's family in case of death, 71
determining if fraud and abuse exist, 168

identifying a recurrence of disability, 98
informing employees of their responsibilities for reporting traumatic injury or occupational illness, 38
initiating claims forms for recurrence of disability, 98
initiating medical treatment in an emergency, 39
investigating a death from traumatic injury or occupational disease or illness, 70
monitoring injured employee's return to work, 234
notifying ICCO in a nonemergency, 40
responding to possible case of fraud and abuse, 169
responsibilities of, 19

surviving spouse
death benefits, 12
informing of compensation in case of death, 71

T

telephone negotiating, Exhibit 10.10c, 202

temporary aggravation, Exhibit 4.6, 85

temporary assignments, COP and, 149

temporary employees
providing COP for, 311
recording COP for, 314
recording limited duty for, 316

third-party liability
See also records management; timekeeping and accounting
attorney pursuit of recovery, 186
case attorney information sheet, Exhibit 10.12a, 208
common questions from attorney or adjuster, Exhibit 10.10c, 201
conduct of negotiations, Exhibit 10.10c, 200
court appearance abscences, Exhibit 13.16, 330
deciding whether DOL or USPS has authority to pursue recovery of damages, 181
deciding whether to accept assignment when employee assigns claim to USPS, 183

HBK EL-505, INJURY COMPENSATION, DECEMBER 1995
INDEX

deciding whether to pursue recovery of damages, 181

deciding whether to seek assignment when employee does not, 187

determining whether employee intends to pursue action, 183

disbursing settlement funds, 188

DOL authority, 182

employee indecision or failure, 187, 188

employee pursuit of recovery, 185

important points of telephone negotiating, Exhibit 10.10c, 202

investigating potential cases, 180

keeping DOL updated when USPS has authority, 183

language of negotiations, Exhibit 10.10c, 202

monitoring case when DOL has authority, 182

negotiation strategy, Exhibit 10.10c, 199

notifying attorney of government's lien and monitoring case, 186

notifying employee and third party of a potential claim, 181

notifying employee of government's lien and monitoring case, 185

notifying OWCP of potential third party claim when DOL has authoriry, 182

overview, 179

pursuing recovery of damages when employees assigns claim to USPS, 184

recognizing potential cases, 180

recording court appearance time when USPS prosecutes, 319

sample letter: memo to the USPS disbursement office advising of disbursement to be made, Exhibit 10.15, 211

sample letter: notice to injured employee of potential third party claim and OWCP procedures, Exhibit 10.3a, 190

sample letter: notice to the attorney of the government's lien, Exhibit 10.12a, 207

sample letter: notice to the employee of the government's lien and request for further information, Exhibit 10.11c, 206

sample letter: notice to the employee of the government's lien, Exhibit 10.11a, 204

sample letter: notice to the employee of the Postal Service decision to accept assignment, Exhibit 10.9b, 196

sample letter: notice to the employee of the USPS decision not to accept assignment and information on the employee options, Exhibit 10.9a, 195

sample letter: notice to the OWCP of third party involvement, Exhibit 10.5, 194

sample letter: notice to the third party of assignment of the postal employee's claim and request for settlement discussion, Exhibit 10.10a, 197

sample letter: notice to the third party of the injury, Exhibit 10.3c, 193

sample letter: notice to third party and/or insurer of the governement's lien, Exhibit 10.11b, 205

sample letter: request for information from the employee and notice to the employee of the government's lien, Exhibit 10.14, 210

sample letter: request for status and transmission of further information, Exhibit 10.12b, 209

sample letter: request to the third party for settlement, Exhibit 10.10b, 198

sample letter: second request for Form 2562, notice of potential third party claim, Exhibit 10.3b, 192

seeking assignment of the case to the USPS when the employee does not pursue, 187

summary for claim negotiators, Exhibit 10.10c, 203

USPS authority, 183

USPS pursue or recovery, 183, 184

35A-through-H series of forms, 25

Time and Attendance, October 7, 1988, 21

time limits for filing claims, Exhibit 4.6, 83

timekeeping and accounting
    See also recurrence of disability
    adjusting pay when OWCP approves controversion of COP, 318
    application for reinstatement of leave, Exhibit 13.19c, 335
    authorizing and recording COP for regular rural carriers, 316

**HBK EL-505, INJURY COMPENSATION, DECEMBER 1995**
INDEX

authorizing and recording COP for substitute rural carriers, 316

authorizing sick or annual leave during COP period, 318

COP/LWOP-IOD timekeeping work sheet, Exhibit 13.1, 324

initiating health benefits refund, 322

leave buy back policy, Exhibit 13.19a, 332

leave types, Exhibit 13.12, 327

notifying personnel of LWOP status, 319

overview, 309

processing leave buy back, 321

providing COP for employees being terminated, 313

providing for full-time, part-time, transitional, casual, or temporary employees, 311

recording absences when a claim is pending, 318

recording absences when employee receives compensation for wage loss from OWCP, 318

recording COP for full-time, part-time, transitional, casual, or temporary employees, 314

recording COP for noncareer temporary rural carriers, 317

recording court appearance time when employee prosecutes third party case, 319

recording court appearance time when USPS prosecutes third party case, 319

recording limited duty for full-time, part-time, transitional, casual, or temporary employees, 316

recording limited duty hours for regular rural carriers, 317

recovering compensation overpayment, 320

recovering excessive COP hours, 320

regular rural routes, Exhibit 13.6, 325

sample letter: form letter CA-1207, Exhibit 13.19b, 334

sample letter: leave buy back policy, Exhibit 13.19a, 332

sample letter: personnel notification-leave without pay, Exhibit 13.14a, 328

sample letter: personnel notification-return to duty, Exhibit 13.14b, 329

third party court appearance, Exhibit 13.16, 330

timekeeping codes, Exhibit 13.11, 326

tracking time for, 310

timekeeping codes, Exhibit 13.11, 326

tracking system. See Human Resources Information System

transitional employees
  providing COP for, 311
  recording COP for, 314
  recording limited duty for, 316

traumatic injuries and occupational illnesses
  See also claims management; third party liability

  advising employee of rights, responsibilities in a nonemergency, 41

  advising employee of rights, responsibilities in an emergency, 42

  advising employee of rights, responsibilities, and initial choice of physician, Exhibit 3.5a, 51

  assisting employee in reporting a recurrence of disability, 44

  assisting employee in reporting an occupational illness or disease, 43

  assisting employees in reporting an injury in a nonemergency, 42

  authorizing medical treatment in a nonemergency, 46

  authorizing medical treatment in an emergency. See designated control point personnel

  completing and forwarding claim information, 48

  definitions, Exhibit 5.1, 101

  determining duty status, 50

  informing employees of their responsibilities, 38

  initiating medical treatment in a nonemergency, 45

  initiating medical treatment in an emergency, 39

  Injury Action Checklist. Exhibit 3.13, 60

  investigating the claim, 49

  monitoring the claim, 50

**HBK EL-505,** INJURY COMPENSATION, DECEMBER 1995
INDEX

Notice for Employees Requesting Leave for Conditions Covered by the Family and Medical Leave Act, 58

notifying ICCO in a nonemergency, 40

overview, 37

sample letter: employee rights, responsibilities, and choice of physician, Exhibit 3.5c, 56

treating physician. *See* physicians

Tripping, 180

12-week leave allowance, 41

**U**

U.S. Department of Labor
Administration of FECA, 9
authority to pursue recovery of damages in third party liability, 181, 182
responsibilities of, 17

U.S. Postal Service
authority to pursue recovery of damages in third party liability, 181, 183
pursuing recovery of damages, 184
pursuit of recovery in third party liability when employee assigns claim to USPS, 183, 184
responsibilities of, 17

unemployment compensation benefits, dual benefits, 14

use of this handbook, 5

USPS. *See* U. S. Postal Service

USPS Injury Compensation Program
*See also* Federal Employees Compensation Act
history of program, 9
overview, 9
Privacy Act, 10
purpose of FECA, 9

**V**

VA. *See* Department of Veterans Affairs

vehicle maintenance facilities, 34

VMFs. *See* vehicle maintenance facilities

vocational rehabilitation
for traumatic injuries or occupational illnesses, Exhibit 3.5a, 51
general provisions for, 11

vocational rehabilitation services, 238

**W**

WCIS. *See* Workers' Compensation Information System

WCRIS. *See* Workers' Compensation Information Reporting System

withdrawal of a claim, 15

work limitations, 236

Worker's Compensation Information Reporting System, function and description, Exhibit 12.4, 303

Workers' Compensation Information System
function and description, Exhibit 12.4, 302
records management, 68, Exhibit 12.4, 302

Workers' Compensation-Injury on Duty Report, 293

**X**

X ray bills, 115