# EXHIBIT 6

OMB No. 1215-0103
Expires: 10-31-99

...horization for payment of medical expense by the Department of Labor, nor does it invalidate any previous ... issued in this case. This request for information is authorized by law (5 USC 8101 et seq.) and is required to obtain ... nefit. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy ... and the OMB Cir. A-108. Persons are not required to respond to this collection of information unless it displays a ... OMB control number.

OWCP File Number (if known): 250199661

**SIDE A - Supervisor: Complete this side and refer to physician**

1. Employee's Name (Last, first, middle): Justin Jan Lonere
2. Date of Injury (Month, day, yr.): 12/5/96
3. Social Security No.: 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
4. Occupation: Clerk
5. Describe How the Injury Occurred and State Parts of the Body Affected:
6. The Employee Works: 8 Hours Per Day, 5 Days Per Week
7. Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or Intermittently, and Give Number of Hours.

**SIDE B - Physician: Complete this side**

8. Does the History of Injury Given to You by the Employee Correspond to that Shown in Item 5? [X] Yes  [ ] No (If not, describe)
9. Description of Clinical Findings: Several LBP
10. Diagnosis Due to Injury: RAD-S, LA.
11. Other Disabling Conditions:
12. Employee Advised to Resume Work? [X] Yes, Date Advised  [ ] No
13. Employee Able to Perform Regular Work Described on Side A?
    [ ] Yes, if so [ ] Full-Time or [ ] Part-Time _____ Hrs Per Day
    [X] No, if not, complete below:

| Activity | Continuous | Intermittent | Hrs Per Day | Continuous | Intermittent | Hrs Per Day |
|---|---|---|---|---|---|---|
| Lifting/Carrying: State Max Wt. | #lbs 5-10 | #lbs 10-20 | 5 Hrs Per Day | #lbs 0 | #lbs 5 | 8 Hrs Per Day |
| Sitting |  | X | 2 Hrs Per Day | 8 |  | 8 Hrs Per Day |
| Standing | X |  | 6 Hrs Per Day |  | X | 1 Hrs Per Day |
| Walking |  | X | 2 Hrs Per Day |  | X | 2 Hrs Per Day |
| Climbing |  | X | ½ Hrs Per Day |  | X | 0 Hrs Per Day |
| Kneeling |  | X | ½ Hrs Per Day |  | X | 0 Hrs Per Day |
| Bending/Stooping |  | X | 1 Hrs Per Day |  | X | 0 Hrs Per Day |
| Twisting |  | X | ½ Hrs Per Day |  | X | 0 Hrs Per Day |
| Pulling/Pushing |  | X | 1 Hrs Per Day |  | X | 0 Hrs Per Day |
| Simple Grasping |  | X | 6 Hrs Per Day |  | X | 8 Hrs Per Day |
| Fine Manipulation (keyboarding) |  | X | 6 Hrs Per Day |  | X | 8 Hrs Per Day |
| Reaching above Shoulder |  | X | 1 Hrs Per Day |  | X | 0 Hrs Per Day |
| Driving Vehicle | N/A |  | Hrs Per Day | N/A |  | 0 Hrs Per Day |
| Operating Machinery | N/A |  | Hrs Per Day |  |  | 0 Hrs Per Day |
| Temp. Extremes | N/A |  | range in degrees F |  |  | range in degrees F |
| High Humidity | N/A |  | Hrs Per Day |  |  | 0 Hrs Per Day |
| Chemicals, Solvents, etc. (Identify) | N/A |  | Hrs Per Day |  |  | 0 Hrs Per Day |
| Fumes/Dust (Identify) | N/A |  | Hrs Per Day |  |  | 0 Hrs Per Day |
| Noise (Give dBA) |  |  | 7-5 dBA 8 Hrs Per Day |  |  | dBA 0 Hrs Per Day |

Other (Describe): No lifting above 5 lbs. No prolonged standing longer than 30 min. without a break. Patient needs back support...

14. Are Interpersonal Relations Affecting Condition? (e.g. Ability to Take etc.) [ ] Yes  [ ] No (Describe)
15. Date of Examination: 7/10/00
16. Date of Next Appointment:
17. Specialty: Orthopaedic
18. Tax ID/SS Number:
19. Physician's Signature:
20. Date: 7/10/00

Exhibit 3
Page 1 of 2

Form CA-17
Rev. January 1997