# EXHIBIT 7



Conduct

> **Note:** Copies of the report must be sent, in sealed envelopes clearly marked "Restricted Information—To Be Opened by the Addressee Only," to these addresses:
>
> VICE PRESIDENT AND GENERAL COUNSEL
> US POSTAL SERVICE
> 475 L'ENFANT PLZ SW 6TH FL
> WASHINGTON, DC 20260-1100
>
> US POSTAL SERVICE
> OFFICE OF INSPECTOR GENERAL
> ASSISTANT INSPECTOR GENERAL FOR
>   INVESTIGATIONS
> 1735 N LYNN ST 10TH FL
> ARLINGTON VA 22209-2020

## 665 Postal Service Standards of Conduct

### 665.1 General Expectations

#### 665.11 Loyalty

Employees are expected to be loyal to the United States government and uphold the policies and regulations of the Postal Service.

#### 665.12 Performance of Public Duties

Employees are expected to serve on juries and to act as witnesses when summoned by official sources.

#### 665.13 Discharge of Duties

Employees are expected to discharge their assigned duties conscientiously and effectively.

#### 665.14 Reporting Violations

Allegations of violations of postal laws by postal employees, other than mail theft, must be reported immediately to the Office of Inspector General. Allegations involving mail theft must be reported to the Inspection Service.

#### 665.15 Obedience to Orders

Employees must obey the instructions of their supervisors. If an employee has reason to question the propriety of a supervisor's order, the individual must nevertheless carry out the order and may immediately file a protest in writing to the official in charge of the installation or may appeal through official channels.

#### 665.16 Behavior and Personal Habits

Employees are expected to conduct themselves during and outside of working hours in a manner that reflects favorably upon the Postal Service. Although it is not the policy of the Postal Service to interfere with the private lives of employees, it does require that postal employees be honest, reliable, trustworthy, courteous, and of good character and reputation. The Federal Standards of Ethical Conduct referenced in 662.1 also contain regulations governing the off-duty behavior of postal employees. Employees must not engage in criminal, dishonest, notoriously disgraceful, immoral, or other