# EXHIBIT 9

2504 99664

David Doris, M.D.
Joseph T. Crow, M.D.
J. Michael Joly, M.D.
Stephen D. Webber, M.D.
Michael J. Magee, M.D.
Leonid Selya, M.D., Ph.D.

# CAPITAL ORTHOPEDIC SPECIALISTS, P.A.

*Board Certified Orthopaedic Surgeons*
*"41 Years of Service"*

Piscataway Towers
9135 Piscataway Road, Suite 300
Clinton Maryland 20735

Phone: (301) 599-9500  FAX: (301) 599-0577

GENERAL ORTHOPAEDICS
ARTHROSCOPY
SPORTS MEDICINE
SPINE
HAND
SHOULDER & ELBOW
HIP & KNEE RECONSTRUCTION
FOOT & ANKLE

CLINICAL OFFICES:
Bowie (301) 464-5575
Clinton (301) 599-9500
Greenbelt (301) 345-8636

Patient:  JAN AUSTIN
DOB:            AGE:
DOS:  1/15/03

**LEONID SELYA, M.D.**

## ORTHOPAEDIC FOLLOW UP:

This is a 43-year-old female who has been under my care for quite a long period of time with the diagnosis of herniation of nucleus pulposus at L5-S1 to the left and discogenic low back pain. Initially the patient was offered the option of surgical treatment and epidural steroid injections. She elected the nonsurgical alternative of treatment.

Clinically, the patient is in pain. It is constant low back pain radiating to the lower extremities. It affects the patient's walking, sitting and standing as well as her employment. She has been on light duty for quite a long period of time and barely can tolerate this work assignment. It affects her low back condition.

The rest of the orthopaedic and neurological exam remains the same.

Basically, the patient elected to continue with the chronic pain management. It is a quite respected approach. Under these circumstances, I will refer this patient to the chronic pain management group which will be more appropriate for her. I informed the patient that our practice is a surgical practice which does not manage chronic pain suppression. Meanwhile the patient will continue with light duty assignments at work. Hopefully, the U.S. Department of Labor will authorize the transfer of this patient to the chronic pain management group. The patient was provided with the name of Dr. Martin McLaren and as an alternative, I gave her the name of the Comprehensive Pain Management Group at Doctors Community Hospital.

LS/awp

Case No: 250499664    Page No: 1    Rec'd Date: 02/03/2003