# EXHIBIT 10

# Claim for Compensation

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

## SECTION 1 — EMPLOYEE PORTION

OMB No.: 1215-0103

b. Mailing Address: 5036 11th St. N.E. Washington, DC 20017

d. Date of Injury (Month Day Year): 12-05-96

e. Social Security Number: 250499664

E-Mail Address (Optional): NONE

f. Telephone No./FAX No.: (202) 526-7222

### SECTION 2 Compensation is claimed for:

a. ☒ Leave without pay — From 11/26/02 To 12/20/02 — Intermittent? ☐ Yes ☒ No — Go to Section 3
b. ☐ Leave buy back — ☐ Yes ☒ No — Go to Section 3, and Complete Form CA-7b
c. ☒ Other wage loss; specify type, such as downgrade, loss of night differential, etc. — Type: ND — ☐ Yes ☒ No — Go to Section 3
d. ☐ Schedule Award (Go to Section 4)

If Intermittent, complete Form CA-7a, Time Analysis Sheet

RECEIVED OCT 21 2002
INJURY COMPENSATION OFFICE
WASHINGTON, DC 20060-7605

### SECTION 3 Have you worked outside your federal job during the period(s) claimed in Section 2? (Include salaried, self-employed, commissioned, volunteer, etc.)

☐ Yes    Name and Address of Business:
☒ No — Go to Section 4

Name / Address / ZIP Code
Dates Worked: / Type of Work:

### SECTION 4 Is this the first CA-7 claim for compensation you have filed for this injury?

☐ Yes — Complete Sections 5 through 7 and a Form SF-1199A, "Direct Deposit Sign-up"
☐ No — Has there been any change in your dependents, or has your direct deposit information changed, or has there been a claim filed with U.S. Civil Service Retirement, another federal retirement or disability law, or with the Department of Veterans Affairs since your last CA-7 claim?
  ☐ Yes — Complete Sections 5 through 7 or a new SF-1199A to reflect change(s)    ☐ No — Complete Section 7

### SECTION 5 List your dependents (including spouse):

| Name | Social Security # | Date of Birth | Relationship | Living with you? Yes | No |
|---|---|---|---|---|---|
| Jormaine R. Austin | | 10/01/80 | daughter | ☒ | ☐ |
| Erskine V. Roundtree | | 05/06/88 | son | ☒ | ☐ |
| | | | | ☐ | ☐ |

For dependents not living with you, complete items a and b below.

a. Are you making support payments for a dependent shown above? ☐ Yes ☒ No — If Yes, support payments are made to:

Name / Address / City / State / ZIP Code

b. Were support payments ordered by a court? ☐ Yes ☐ No    If Yes, attach copy of court order.

### SECTION 6

a. Was/Will there be a claim made against a 3rd party? ☐ Yes ☒ No
b. Have you ever applied for or received disability benefits from the Department of Veterans Affairs?

| | Claim Number | Full Address of VA Office Where Claim Filed | Nature of Disability and Monthly Payment |
|---|---|---|---|
| ☐ Yes ☒ No | | | |

c. Have you applied for or received payment under any Federal Retirement or Disability law?

| | Claim Number | Date Annuity Began | Amount of Monthly Payment | Retirement System (CSRS, FERS, SSA, Other) |
|---|---|---|---|---|
| ☐ Yes ☒ No | | | | |

### SECTION 7

I hereby make claim for compensation because of the injury sustained by me while in the performance of my duty for the United States. I certify that the information provided above is true and accurate to the best of my knowledge and belief.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud, to obtain compensation as provided by the FECA, or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment, or both. In addition, a felony conviction will result in termination of all current and future FECA benefits.

Employee's Signature: [signed]    Date (Mo, day, year): 10/18/02

Form CA-7
Rev. Nov. 1999

**Employing Agency Portion**
For first CA-7 claim sent, complete sections 8 through 15.
For subsequent claims, complete sections 12 through 15 only.

**SECTION 8**

| | Show Pay Rate as of Base Pay | Additional Pay Type _ND_ | Additional Pay Type ___ | Additional Pay Type ___ |
|---|---|---|---|---|
| Date of Injury: Date: 12/5/96 Grade: 05 Step: B | $10.10 per H. | $ ___ per ___ | $ ___ per ___ | $ ___ per ___ |
| Date Employee Stopped Work: Date: 10/5/02 Grade: 05 Step: D | $42.55 per H. | Type _ND_ $10.20 per WC | Type _NA_ $ ___ per ___ | Type _NA_ $ ___ per ___ |

Additional pay types include, but are not limited to: Night Differential (ND), Sunday Premium (SP), Holiday Premium (HP), Subsistence (SUB), Quarters (QTR), etc. (List each separately)

**SECTION 9**

a. Does employee work a fixed 40-hour per week schedule?  Yes ☒   No ☐
  1. If Yes, circle scheduled days:   S  (M)  (T)  (W)  (TH)  (F)  S
  2. If No, show scheduled hours for the two week pay period in which work stopped. Circle the day that work stopped.

**FOR EXAMPLE ONLY**

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| WEEK 1 From 5/14 to 5/20 | | 8 | 4 | 6 | (6) | | |
| WEEK 2 From 5/21 to 5/27 | | 8 | | 6 | 6 | 4 | |

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| WEEK 1 From ___ | | | | | | | |
| WEEK 2 From ___ | | | | | | | |

*RECEIVED OCT 21 2002*

b. Did employee work in position for 11 months prior to injury?   ☐ Yes  ☒ No
If No, would position have afforded employment for 11 months but for the injury?   ☐ Yes  ☐ No

**SECTION 10**   On date pay stopped, was employee enrolled in:

a. Health Benefits under the FEHBP?   ☐ No  ☒ Yes   Code _JP2_
b. Basic Life Insurance?   ☐ No  ☒ Yes
c. Optional Life Insurance?   ☐ No  ☒ Yes   Class _Y1_ (0-2 only)
d. A Retirement System?   ☐ No  ☒ Yes   Plan _CSRS_ (Specify CSRS, FERS, Other)

**SECTION 11**   Continuation of Pay (COP) Received (Show inclusive dates):

From ___/___/___   To ___/___/___

Intermittent?   ☐ Yes   ☐ No
☐ Yes — Complete Time Analysis Sheet, Form CA-7a

**SECTION 12**   Show pay status and inclusive dates for period(s) claimed:

| | From | To | Intermittent? | |
|---|---|---|---|---|
| Sick Leave | 10/5/02 | 11/25/02 | ☒ Yes  ☐ No | |
| Annual Leave | 10/15/02 | 11/25/02 | ☐ Yes  ☐ No | |
| Leave without Pay | 11/26/02 | 12/20/02 | ☐ Yes  ☒ No | |
| Work | ___/___ | ___/___ | ☐ Yes  ☐ No | |

If intermittent, complete Form CA-7a, Time Analysis Sheet.
If leave buy back, also submit completed Form CA-7b.

**SECTION 13**   Did employee return to work?   ☐ Yes   ☒ No
If Yes, date ___/___/___
If returned, did employee return to the pre-date-of-injury job, with the same number of hours and the same duties?
☐ Yes   ☐ No   If No, explain: _____

**SECTION 14**   Remarks: _LWOP status. (11/26/02 - 12/20/02) Agency cannot accommodate based on restrictions_

**SECTION 15**   An employing agency official who knowingly certifies to any false statement, misrepresentation, or concealment of fact, with respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on this form is true to the best of my knowledge, with any exceptions noted in Section 14, Remarks, above.

Signature _Yvonne Preston_ (Agency Official)   Title _Injury Comp Spec._   Date _12/11/02_

Name of Agency _____

If OWCP needs specific pay information, the person who should be contacted is:
Name _____