# EXHIBIT 11

JAN 20 2006 03:28 FR　　　　　　　　　　　　　　TO 92023146820　　P.04/09
Case 1:05-cv-01824-PLF　Document 5-16　Filed 03/17/2006　Page 2 of 3
eICPAS Compensation Tracking　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

Home | Query | Report Builder | Jan Austin | Injury Detail



**INJURY COMPENSATION PERFORMANCE ANALYSIS SYSTEM**
[ Logout ]

Rol

Case Status/Controversion Hist | **Compensation Tracking** | Medical Payment Tracking | Medical Evidence Tracking | Individual Case Cost/Cost Hist

## WORKER'S COMP CASE EMPLOYEE DETAIL
*\* RESTRICTED INFORMATION \**

**CURRENT INFORMATION:**

OWCP CASE: 250499664
NAME: Austin, Jan L
ADDRESS1: 5036 11th St Ne
ADDRESS2:
CITY STATE ZIP: Washington DC 20017-2848

ACCIDENT NUMBER:
SSN: 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
DOB/AGE: 03/27/1958 - 47
EOD DATE: 12/03/1988
YRS/MO SERVICE: 17 / 1

## COMPENSATION TRACKING
*\* RESTRICTED INFORMATION \**

| Check Date | Gross Amount | Period Covered | Paid To | Paid By | Roll Type | Pay Type | Deduction Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 12/24/2005 | $2,612.00 | 11/27/2005 - 12/24/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 11/26/2005 | $2,612.00 | 10/30/2005 - 11/26/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 10/29/2005 | $2,612.00 | 10/02/2005 - 10/29/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 10/01/2005 | $2,612.00 | 09/04/2005 - 10/01/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 09/03/2005 | $2,612.00 | 08/07/2005 - 09/03/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 08/06/2005 | $2,612.00 | 07/10/2005 - 08/06/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 07/09/2005 | $2,612.00 | 06/12/2005 - 07/09/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 06/11/2005 | $2,612.00 | 05/15/2005 - 06/11/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 05/14/2005 | $2,612.00 | 04/17/2005 - 05/14/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 04/16/2005 | $2,612.00 | 03/20/2005 - 04/16/2005 | CL | 25 | P | 1 | $234.14 | $2,377.86 |
| 04/08/2005 | $58.36 | 03/01/2005 - 03/19/2005 | CI | 25 | S | 1 | $0.00 | $58.36 |
| 03/19/2005 | $2,526.00 | 02/20/2005 - 03/19/2005 | CL | 25 | P | 1 | $234.14 | $2,291.86 |
| 02/19/2005 | $2,526.00 | 01/23/2005 - 02/19/2005 | CL | 25 | P | 1 | $234.14 | $2,291.86 |
| 01/22/2005 | $2,526.00 | 12/26/2004 - 01/22/2005 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 12/25/2004 | $2,526.00 | 11/28/2004 - 12/25/2004 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 11/27/2004 | $2,526.00 | 10/31/2004 - 11/27/2004 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 10/30/2004 | $2,526.00 | 10/03/2004 - 10/30/2004 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 10/02/2004 | $2,526.00 | 09/05/2004 - 10/02/2004 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 09/04/2004 | $2,526.00 | 08/08/2004 - 09/04/2004 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 08/07/2004 | $2,526.00 | 07/11/2004 - 08/07/2004 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 07/10/2004 | $2,526.00 | 06/13/2004 - 07/10/2004 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 06/12/2004 | $2,526.00 | 05/16/2004 - 06/12/2004 | CL | 25 | P | 1 | $216.98 | $2,309.02 |
| 05/15/2004 | $2,526.00 | 04/18/2004 - 05/15/2004 | CL | 25 | P | 1 | $203.50 | $2,322.50 |
| 04/17/2004 | $2,526.00 | 03/21/2004 - 04/17/2004 | CL | 25 | P | 1 | $203.50 | $2,322.50 |
| 03/27/2004 | $28.66 | 03/01/2004 - 03/20/2004 | CI | 25 | S | 1 | $0.00 | $28.66 |
| 03/20/2004 | $2,485.88 | 02/22/2004 - 03/20/2004 | CL | 25 | P | 1 | $203.50 | $2,295.66 |
| 02/21/2004 | $2,485.88 | 01/25/2004 - 02/21/2004 | CL | 25 | P | 1 | $216.98 | $2,268.90 |
| 01/24/2004 | $2,485.88 | 12/28/2003 - 01/24/2004 | CL | 25 | P | 1 | $194.42 | $2,291.46 |
| 12/27/2003 | $2,485.88 | 11/30/2003 - 12/27/2003 | CL | 25 | P | 1 | $194.42 | $2,291.46 |
| 11/29/2003 | $2,485.88 | 11/02/2003 - 11/29/2003 | CL | 25 | P | 1 | $194.42 | $2,291.46 |
| 11/01/2003 | $2,485.88 | 10/05/2003 - 11/01/2003 | CL | 25 | P | 1 | $194.42 | $2,291.46 |
| 10/04/2003 | $2,485.88 | 09/07/2003 - 10/04/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |

eICPAS Compensation Tracking

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/06/2003 | $2,485.88 | 08/10/2003 - 09/06/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |
| 08/09/2003 | $2,485.88 | 07/13/2003 - 08/09/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |
| 07/12/2003 | $2,485.88 | 06/15/2003 - 07/12/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |
| 06/14/2003 | $2,485.88 | 05/18/2003 - 06/14/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |
| 05/17/2003 | $2,485.88 | 04/20/2003 - 05/17/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |
| 04/19/2003 | $2,485.88 | 03/23/2003 - 04/19/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |
| 03/22/2003 | $2,485.88 | 02/23/2003 - 03/22/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |
| 02/22/2003 | $2,485.88 | 01/26/2003 - 02/22/2003 | CL | 25 | P | 1 | $104.26 | $2,381.62 |
| 02/07/2003 | $2,485.88 | 12/29/2002 - 01/25/2003 | CL | 25 | S | 1 | $102.98 | $2,382.90 |
| 01/03/2003 | $2,983.06 | 11/26/2002 - 12/28/2002 | CL | 25 | S | 1 | $117.70 | $2,865.36 |
| TOTAL | $101,802.16 | | | | | | $7,526.68 | $94,288.98 |