# EXHIBIT 12

INJURY COMPENSATION


UNITED STATES
POSTAL SERVICE

November 4, 2003

SUBJECT: Modified Assignment

To: Jan Austin          OWCP Claim: A25-0499664        SSN: 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

Based on current medical evidence, we are offering you the following position:

| Position | Level | Step | Pay Location | Salary | Des/Act |
|---|---|---|---|---|---|
| Sales, Svc/Dist. | 05 | O | 016 | $43,095 /43,664 | 110 |

| Post Office | Tour | Time | LDC | Days Off |
|---|---|---|---|---|
| Friendship | 2 | 10:00 a.m. – 7:00 p.m. | 6850 | Sat/Sun |

Effective: November 15, 2003 *Feb. 7, 2004* will remain open until accepted or ruled unsuitable.

The duties of the position include: Review documentation presented by customers; answer questions pertaining to the application process; answer phone; accept funds received; make daily bank deposits; schedule appointments; miscellaneous clerical duties as assigned.

The job offer is within the following medical limitations: Employee can work 8 hours per day. Lifting/carrying 5 pounds, intermittently; standing 1 hour, intermittently. No climbing, kneeling, bending/stooping, twisting, pulling/pushing, reaching above the shoulder. Additional notes from the physician: no lifting above 5 pounds; no prolonged standing, patient needs back support, no dangling of feet, break every 20 minutes. ✳

Please indicate your decision by checking and signing in the space below upon receipt of this offer.

If you refuse to accept this modified assignment, we will so advise the Office of Worker's Compensation Programs (OWCP), for whatever action they deem necessary.

I accept ☒ I ☐ reject your position offer.

_____        _____  11/26/03
Victor McCoy, Manager, C/S      Employee's Name          Date

_____
Mary Shelton, A/Manager, Injury Comp.

cc: Dept. of Labor/OWCP
    Area Human Resources Analyst
    Injury Comp. File

✳ Pt can accept this [illegible handwritten notes]

9201 EDGEWORTH DRIVE
CAPITOL HEIGHTS, MD 20790-9998
(202) 268-7650  FAX: (202) 268-7376