# EXHIBIT 15

EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS

 **UNITED STATES**
**POSTAL SERVICE**

May 14, 2003

Jan L. Austin
5036 11ˢᵗ Street NE                    Agency Case No. 4K-200-0045-03
Washington DC 20017-2848

Dear Ms. Austin:

We have received your complaint of discrimination filed on
April 19, 2003. Your complaint has been accepted for
investigation. The scope of the investigation will include
the following issue(s) only:

Specific Issue(s): You alleged discrimination based on race
(African American), sex (Female), age (DOB: 3/27/59), physical
disability (On-The-Job Injury/Back) when: **(1)** on August 24,
2002, you began performing an additional duty working in the
postal store that was not in line with your limited medical
restrictions; **(2)** on October 5, 2002, management told you that
you could not sit while assisting customers; **(3)** on October 5,
2002, management told you that they no longer had any work for
you and demanded that you leave the premises immediately or the
police would be called and **(4)** on October 5, 2002, management
told you not to return on October 7, 2002, to your regular
assignment duties of passport processing.

If you do not agree with the defined <u>accepted</u> issue(s), you
must provide a written response specifying the nature of your
disagreement within seven (7) calendar days of receipt of this
letter to the Senior EEO Complaints Investigator, Office of EEO
Compliance and Appeals, P. O. Box 1730, Ashburn, Virginia
20146-1730. You are reminded that any notification of
disagreement with the defined accepted issue(s) is not an
opportunity or forum to raise additional, unrelated allegations
of discrimination. Additional unrelated issues must be pursued
through established procedures with your local EEO Office.

Issues to be Investigated
Page 1 of 5

- 2 -

Your case will be assigned for investigation. Please be prepared to go forward with your case and provide an affidavit when the Investigator contacts you in the near future.

The investigation of the accepted issues will be completed within 180 calendar days of the date of your filing of the complaint, except that the complainant and the Postal Service may voluntarily agree, in writing, to extend the time period up to an additional 90 calendar days. Should you seek to amend the complaint, the amendment will extend the time for processing an additional 180 days from the date of the amendment with the total allowable time for processing the complaint and all amendments no more than 360 days.

If you have a grievance pending on the issue as those addressed in your complaint of discrimination, the agency may, at its discretion, defer the processing of this complaint until the grievance procedure has run its course and there has been a final resolution of the grievance. When an investigation is deferred, pending the outcome of the grievance process, the 180-day time period for processing the complaint is stopped temporarily, and does not restart until the grievance is resolved. If your complaint is deferred, you will be notified, in writing, of the options which may be available to you as a result.

When the investigation is completed, you will receive a copy of the investigative report, and you will be notified of your right to a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge or of your right to a final decision by the agency head or designee without a hearing. You may request a final agency decision without a hearing, at the appropriate time, by writing to the Manager, EEO Compliance and Appeals, P. O. Box 1730, Ashburn, Virginia 20146-1730.

You may request a hearing by an EEOC Administrative Judge by notifying, in writing, the District Director of the EEOC at the following address:



-3-

DISTRICT DIRECTOR
EEO COMMISSION
WASHINGTON FIELD OFFICE
1400 L STREET NW, SUITE 200
WASHINGTON DC 20005-3509


You must make your hearing request within 30 calendar days of your receipt of the investigative report and you must provide the Manager, EEO Compliance and Appeals, Capital Metro Operations with a copy of that hearing request. If you do not receive your investigative report and notification concerning your appeal rights within 180 calendar days from the date on which you filed your formal complaint, you may request a hearing by writing directly to the EEOC District Office shown above, with a copy to the Manager, EEO Compliance and Appeals, P. O. Box 1730, Ashburn, Virginia 20146-1730, at any time up to 30 calendar days after receipt of the investigative report.

If you are dissatisfied with the Postal Service's final agency decision where there has been no hearing, or with the Postal Service's final action on the decision of an Administrative Judge following a hearing, you have certain appeal rights. You may appeal to the Office of Federal Operations, Equal Employment Opportunity Commission (EEOC), at the address shown below, within 30 calendar days of the date of your receipt of the final agency decision or you may file a civil action in the appropriate U. S. District Court within 90 calendar days of your receipt of the decision. You may also appeal a final action by the Postal Service implementing a decision of an Administrative Judge following a hearing within 30 calendar days of the date of your receipt of that final action or you may file a civil action in an appropriate U. S. District Court within 90 calendar days of the date of your receipt of the final action. Finally, you may respond to an appeal by the Postal Service in connection with its final action not to implement a decision of an Administrative Judge following a hearing or you may file a civil action in an appropriate U. S. District Court within 90 calendar days of the date of your receipt of the final action and appeal.

Issues to be Investigated
Page 3 of 5

- 4 -

Any appeal to the EEOC should be addressed to the Office of Federal Operations (OFO), Equal Employment Opportunity Commission (EEOC), P. O. Box 19848, Washington, D. C. 20036-9848.  Along with your appeal, you must submit proof to the EEOC that a copy of the appeal and any supporting documentation were also submitted to the Office of EEO Compliance and Appeals, U S Postal Service, Capital Metro Operations, P. O. Box 1730, Ashburn, VA  20146-1730.

After 180 calendar days from the date of filing your formal complaint, you may file a civil action in an appropriate U. S. District Court if the Postal Service has not issued a final decision on your complaint or if no final action has been taken on a decision by an Administrative Judge.

If you decide to appeal to the Office of Federal Operations, EEOC, you may file a civil action in an appropriate U. S. District Court within 90 calendar days after your receipt of the Office of Federal Operation's decision.  If you do not receive a decision on your appeal within 180 calendar days from the date of your appeal, you may file a civil action.


Donald A. Jones
Senior EEO Complaints Investigator


Attachment:
    Certificate of Service



*UNITED STATES POSTAL SERVICE*
*EQUAL EMPLOYMENT OPPORTUNITY CASE*
*IN THE MATTER OF*


*Jan L. Austin, Complainant*
*Agency Case No. 4K-200-0045-03*


*CERTIFICATE OF SERVICE*


I hereby certify that the Agency's Acceptance of Formal EEO
Complaint has been sent by regular mail on this date to:

**COMPLAINANT:**
Jan L. Austin
5036 11ˢᵗ Street NE
Washington DC 20017-2848


**COMPLAINANT'S REPRESENTATIVE:**
Antoini M. Jones
Attorney At Law
6811 Kenilworth Avenue Suite 210
Riverdale MD 20737-1333


**MANAGER EEO DISPUTE RESOLUTION**
Capital District
US Postal Service
9201 Edgeworth Drive
Capitol Heights MD 20790-7606


May 14, 2003
      Date

OFFICE OF EEO COMPLIANCE AND APPEALS
UNITED STATES POSTAL SERVICE
CAPITAL METRO OPERATIONS
P O BOX 1730
ASHBURN VA  20146-1730

Issues to be Investigated
Page  5  of 5