IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAN L. AUSTIN<br><br>           Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No: 05-1824 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, Or, in the Alternative, for Summary Judgment, any Opposition thereto, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's complaint should be and hereby is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

**Copies to:**

**Attorney for Defendant**
WYNEVA JOHNSON
Assistant United States Attorney
501 3rd Street, Room 4106
Washington, D.C. 20530

**Attorney for Plaintiff**
Antoini Martin Jones, Esquire
LAW OFFICE OF GIBSON,
JONES & ASSOCIATES
The Calvert Building
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737-1333