UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAN AUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1824 (PLF) |
| ) | |
| JOHN E. POTTER, Postmaster General, ) | |
| United States Postal Service, ) | |
| ) | |
| Defendant. ) | |

ORDER

On February 24, 2006, the parties came before the Court for a meet and confer status conference, at which time pursuant to the parties' representations and joint report pursuant to Local Civil Rule 16.3, the Court entered a briefing schedule setting out the due date for the filing of dispositive motions as March 17, 2006, and the due date for the filing of responses to dispositive motions as April 18, 2006. Defendant filed a motion to dismiss plaintiff's complaint, or in the alternative, motion for summary judgment on March 17, 2006. Defendant filed a motion to dismiss plaintiff's complaint, or in the alternative, motion for summary judgment on March 17, 2006. Plaintiff has filed no response and the due date has passed. Accordingly, it is hereby

ORDERED that, within ten days from the date of this Order, plaintiff shall show cause in writing why the Court should not treat defendant's motion as conceded and dismiss the complaint.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE:  May 3, 2006                     United States District Judge