UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAN AUSTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, Postmaster General, )<br>United States Postal Service, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1824 (PLF) |

ORDER

On May 3, 2006 this Court ordered plaintiff to show cause within ten days why this case should not be dismissed for failure to prosecute. The Court has received nothing from plaintiff. Because plaintiff has failed to show cause why this matter should not be dismissed, it is hereby

ORDERED that this case is DISMISSED; and it is

FURTHER ORDERED that this matter shall be removed from the docket of the Court.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: June 1, 2006                United States District Judge